| | |
|---|---|
| From: | Jo Anne Embleton |
| Date: | August 24, 2020 12:03:11 PM (-05) |
| To: | Allie McAlpin |
| Subject: | **Re: Jacksonville Progress/Abortion billboard press inquiry** |
| Attachments: | |

I appreciate your quick response, Allie!

```
Sincerely,
Jo Anne Embleton
Jacksonville Progress
reporter@jacksonvilleprogress.com
(903)586-2236
```

On 8/24/2020 11:02 AM, Allie McAlpin wrote:

> Hi Jo Anne,
>
> Thank you for reaching out. Here are the answers to your questions:
>
> - When was the billboard erected? The billboards went up the week of August 10.
> - When was the Rusk sign removed? The Rusk sign was vandalized and completely removed on Thursday night/Friday morning.
> - Are the others still up or they removed, and why? Two of the Lamar billboard locations in Texas displaying messages related to abortion were vandalized and removed. We are working with local authorities to identify those responsible. The other two locations are still up.
> - Have you received public outcry about the billboards? Yes, we have received many complaints about the billboards.
> - Why prompted y'all to initially post the messages? The billboard space was purchased by Lilith Fund, which developed the copy/message. Lamar Advertising supports the First Amendment rights of advertisers and those who want to use our medium to convey political, editorial, public service and other noncommercial messages. Per policy, we do not accept or reject copy based on our agreement or disagreement with the views expressed.
>
> Best,
> Allie
>
> 
>
> **Allie McAlpin** / Communications Director
> amcalpin@lamar.com
>
> **Lamar Advertising Company**
> 225.926.1000 ext. 6412
> 5321 Corporate Blvd, Baton Rouge, LA 70808
> www.lamar.com
>
> ---------- Forwarded message ---------
> From: <donotreply@lamar.com>
> Date: Sun, Aug 23, 2020 at 11:05 PM
> Subject: Contact Us Form
> To: <pr@lamar.com>
>
> The following customer inquiry was submitted through Lamar.com.
>
> **Name:** Jo Anne Embleton
>
> **Company:** Jacksonville Progress

**Email:** reporter@jacksonvilleprogress.com

**City:** Jacksonville

**State/Province:** TX

**Phone:** 9035862236

**Message:** Hi – I am with the Jacksonville Progress, and am working on a about an "Abortion is a Blessing" message recently erected in Rusk, Texas. • When was the billboard erected? • When was the Rusk sign removed? Are the others still up or they removed, and why? • Have you received public outcry about the billboards? • Why prompted y'all to initially post the messages? I am writing for a noon deadline Monday/tomorrow, and appreciate any help you are able to provide.

**Sign up for Newsletter:** 0

Category: Press Inquiry