# Lamar Advertising Copy Acceptance Policy

Lamar Advertising supports the First Amendment right of advertisers to promote legal products and services. We also advocate the use of our medium for political, editorial, public service and other noncommercial messages. We believe it is in the best interest of our Company and the communities we serve to accept advertising copy openly, subject only to requirements imposed by law and reasonable standards of fairness and decency. Application of this policy for several years has made it clear there are issues that require special scrutiny before copy may be accepted. All submissions which contain negative references concerning religion, human rights, nationality (such as Israeli-Palestinian or Turkish-Armenian), abortion or similar subjects must be submitted to the Vice-President of Governmental Relations for consideration before any decision on acceptance or rejection may be made.

Lamar reserves the right to reject advertising copy for any reason, but rejects copy for the following specific reasons:
- The copy is factually inaccurate, misleading, fraudulent or deceptive.
- The copy is obscene, offensive or otherwise inconsistent with local community standards.
- The copy promotes an illegal activity.
- Advertisers who have a pattern of using provocative and critical copy to create negative impressions of other entities may be barred from posting copy.

Lamar will accept copy for a sexually-oriented business (SOB) with the following guidelines:
- Lamar's local General Manager, in consultation with the Regional Manager, will decide which areas within his/her market are appropriate for SOB ads.
- No photographs or silhouettes will be accepted except tasteful head shots.
- Written copy must not be offensive.
- No SOB copy will be accepted near churches, schools or other such places.
- Regional Managers may impose stricter guidelines on the acceptance of SOB copy.
- Less restrictive guidelines apply in Las Vegas, NV and Times Square, NY.

Text addresses are acceptable in billboard copy but should include an additional statement such as "Please do not text while driving." QR codes may not be displayed on billboards but are acceptable for transit advertising or street level media when not intended to be read by drivers.

Lamar will not accept or reject copy based upon agreement or disagreement with the views presented.

When a website address is contained in advertising copy, the content of the website will be considered in Lamar's process of deciding whether copy is acceptable.

When a local General Manager questions whether copy should be accepted, he will forward the copy to his Regional Manager. If the Regional Manager decides the copy should be accepted, he communicates that decision to the General Manager. If the Regional Manager decides the copy is unacceptable or is unsure, he will further communicate with the Vice-President of Governmental Relations. All copy which a General or Regional Manager thinks should be rejected must be forwarded. If necessary, the Chief Executive Officer and General Counsel will be consulted as well. The decision rendered in this process will be final.

Lamar pledges to communicate the reason for any rejection of advertising copy and will work with advertisers to achieve acceptable copy if the originally submitted copy is not accepted.

For copy determined to be sensitive but acceptable by Lamar, the identity of the advertiser must be clearly stated in an easily readable disclaimer with letters no smaller than 8 inches tall on billboards up to 300 square feet and in letters no smaller than 10 inches tall on billboards larger than 300 square feet (for example "Paid for by the ABC Committee").

Revised July, 2016