| From: | Tom Hill |
|---|---|
| Date: | September 15, 2020 9:54:00 AM (-05) |
| To: | Jason Graham; Thomas Gibbens |
| Subject: | **Satanic Temple Creative** |

Attachments:

Jason, can you have Hal review the designs below?   Totally different content from what they originally provided. She says these designs were previously approved by Lamar but best we double check.

Thanks

---------- Forwarded message ---------
From: **Jacqueline Basulto** <jacqueline@seedx.us>
Date: Tue, Sep 15, 2020 at 9:41 AM
Subject: Re: Lamar Advertising
To: Tom Hill <thill@lamar.com>


Hi Tom,

Thank you so much. Here is the creative I am trying to push to get approved ASAP!

Design option 1: https://marvelapp.com/prototype/69ac76h/screen/72654929
Design option 2: https://marvelapp.com/prototype/69ac76h/screen/72594823
Design option 3: https://marvelapp.com/prototype/69ac76h/screen/72525916
Design option 4: https://marvelapp.com/prototype/69ac76h/screen/72494110
Design option 5: https://marvelapp.com/prototype/69ac76h/screen/72469144


--
**Tom Hill**
m: 812.208.1239