| | |
|---|---|
| From: | Whit Weeks |
| Date: | September 15, 2020 10:44:15 AM (-05) |
| To: | Alex Neal; Brent McCord; Lacey Nast; Sheridan Mercer; Sonja Barnett; Steve Jackson; Tiffany Case |
| Subject: | **Agency Requests without Customer** |
| Attachments: | TST Billboard – TST-NewVersionBillboard-v2.jpg.html; TST Billboard – st1.jpg.html; TST Billboard – satanic-temple's-2.html; TST Billboard – satanic-temple's-1.jpg.html; TST Billboard – ST-VallaPublicitaria1-Boceto.png.html; |

Good Morning.

One of these pieces of creative that will be running in NW Arkansas starting at the end of the month.

This is why we shouldn't respond to agency requests listed as "Client X" or without gaining knowledge of the customer. This will be running in our market and below rate.

I'm embarrassed that this will represent us.


**Whit Weeks** | General Manager
wweeks@lamar.com


**Lamar Advertising Company**
(o)479-442-0300 | (c) 479-200-9387
*Office:* 1855 Shelby Lane, Fayetteville, AR 72704
*Mailing:* PO Box 10352, Fayetteville, AR 72703
www.lamar.com