| | |
|---|---|
| From: | Whit Weeks |
| Date: | September 15, 2020 10:46:59 AM (-05) |
| To: | Thomas Gibbens |
| Subject: | **Re: Satanic Temple Creative** |

Attachments:

This is ridiculous.

**Whit Weeks** | General Manager
wweeks@lamar.com

**Lamar Advertising Company**
(o)479-442-0300 | (c) 479-200-9387
*Office:* 1855 Shelby Lane, Fayetteville, AR 72704
*Mailing:* PO Box 10352, Fayetteville, AR 72703
www.lamar.com

On Tue, Sep 15, 2020 at 10:00 AM Thomas Gibbens <tgibbens@lamar.com> wrote:
> fyi
> Tom Gibbens
> VP/TM/GM
> Lamar Advertising
> www.lamar.com
> Little Rock, AR
> 501-562-2476 off
> 501-568-0085 fx
>
>
> ---------- Forwarded message ---------
> From: **Hal Kilshaw** <hkilshaw@lamar.com>
> Date: Tue, Sep 15, 2020 at 9:58 AM
> Subject: Re: Satanic Temple Creative
> To: Thomas Gibbens <tgibbens@lamar.com>
>
>
> I have not approved any of those. It'll take awhile to review.
>
> On Tue, Sep 15, 2020 at 9:57 AM Thomas Gibbens <tgibbens@lamar.com> wrote:
>> New copy files attached for review.
>>
>> Thx
>> Tom Gibbens
>>
>> VP/TM/GM
>>
>> Lamar Advertising
>>
>> www.lamar.com
>>
>> Little Rock, AR
>>
>> 501-562-2476 off

501-568-0085 fx

---------- Forwarded message ---------
From: **Tom Hill** <thill@lamar.com>
Date: Tue, Sep 15, 2020 at 9:54 AM
Subject: Satanic Temple Creative
To: Jason Graham <jgraham@lamar.com>, Thomas Gibbens <tgibbens@lamar.com>

Jason, can you have Hal review the designs below? Totally different content from what they originally provided. She says these designs were previously approved by Lamar but best we double check.

Thanks

---------- Forwarded message ---------
From: **Jacqueline Basulto** <jacqueline@seedx.us>
Date: Tue, Sep 15, 2020 at 9:41 AM
Subject: Re: Lamar Advertising
To: Tom Hill <thill@lamar.com>

Hi Tom,

Thank you so much. Here is the creative I am trying to push to get approved ASAP!

Design option 1: https://marvelapp.com/prototype/69ac76h/screen/72654929
Design option 2: https://marvelapp.com/prototype/69ac76h/screen/72594823
Design option 3: https://marvelapp.com/prototype/69ac76h/screen/72525916
Design option 4: https://marvelapp.com/prototype/69ac76h/screen/72494110
Design option 5: https://marvelapp.com/prototype/69ac76h/screen/72469144

--
**Tom Hill**
m: 812.208.1239

--
Hal P. Kilshaw
Vice President of Governmental Relations
Lamar Advertising
5321 Corporate Blvd.
Baton Rouge, LA 70808
225-237-1047
Fax 225-923-0658