| | |
|---|---|
| From: | Hal Kilshaw |
| Date: | September 15, 2020 10:58:42 AM (-05) |
| To: | Jason Graham |
| Cc: | Thomas Gibbens |
| Bcc: | amcalpin@lamar.com |
| Subject: | **Re: Satanic Temple Creative** |

Attachments:

Jason,

All of these are misleading and offensive so no on all of them.

On Tue, Sep 15, 2020 at 10:02 AM Jason Graham <jgraham@lamar.com> wrote:
> Hal,
>
> This client has more copies they want approved.   I don't see the paid for disclaimer so I know they need that.  But how else do you feel about these copies?
>
>
> **Jason Graham**
>
> *Vice President / General Manager*
>
> Lamar Advertising of Indianapolis / Terre Haute IN
>
> cell 646-379-2246
>
> office 317-484-0396
>
>
>
> ---------- Forwarded message ---------
> From: **Tom Hill** <thill@lamar.com>
> Date: Tue, Sep 15, 2020 at 10:54 AM
> Subject: Satanic Temple Creative
> To: Jason Graham <jgraham@lamar.com>, Thomas Gibbens <tgibbens@lamar.com>
>
>
> Jason, can you have Hal review the designs below?   Totally different content from what they originally provided. She says these designs were previously approved by Lamar but best we double check.
>
> Thanks
>
> ---------- Forwarded message ---------
> From: **Jacqueline Basulto** <jacqueline@seedx.us>
> Date: Tue, Sep 15, 2020 at 9:41 AM
> Subject: Re: Lamar Advertising
> To: Tom Hill <thill@lamar.com>
>
>
> Hi Tom,
>
> Thank you so much. Here is the creative I am trying to push to get approved ASAP!
>
> Design option 1: https://marvelapp.com/prototype/69ac76h/screen/72654929
> Design option 2: https://marvelapp.com/prototype/69ac76h/screen/72594823
> Design option 3: https://marvelapp.com/prototype/69ac76h/screen/72525916
> Design option 4: https://marvelapp.com/prototype/69ac76h/screen/72494110
> Design option 5: https://marvelapp.com/prototype/69ac76h/screen/72469144

--
**Tom Hill**
m: 812.208.1239

--
Hal P. Kilshaw
Vice President of Governmental Relations
Lamar Advertising
5321 Corporate Blvd.
Baton Rouge, LA 70808
225-237-1047
Fax 225-923-0658