| | |
|---|---|
| From: | Bryan Bodkin |
| Date: | September 17, 2020 8:18:47 AM (-05) |
| To: | Thomas Hill |
| Subject: | |
| Attachments: | |

**Bryan Bodkin**, 2020-09-17 06:18:47

Only you could pull off getting The Satanic Temple up

**Thomas Hill**, 2020-09-17 06:20:36

haha!  creative is pending approval at corportate

**Thomas Hill**, 2020-09-17 06:20:43

where did you see that?

**Bryan Bodkin**, 2020-09-17 06:21:23

In that TCV challenge thing. Impressive. I tried to get the Atheists to do something 3 years ago after that little keep Christ out of Christmas campaign but Carter said No

**Thomas Hill**, 2020-09-17 06:23:28

haha!

**Thomas Hill**, 2020-09-17 06:23:47

hey ask Chris if you're going to get anymore out of Hensley?

**Thomas Hill**, 2020-09-17 06:24:20

He will say No.   then you say, 'If you let me work with Tom we'd get more.  He just doesn't like working with you!'

**Bryan Bodkin**, 2020-09-17 06:24:46

Can you Quote you? Just kidding. I'll give him some shit on it.

**Thomas Hill**, 2020-09-17 06:25:25

I just turned in $600k and desperately wants them to add posters

**Thomas Hill**, 2020-09-17 06:25:29

you been good!

**Bryan Bodkin**, 2020-09-17 06:25:46

Yeah that was a nice chunk

**Bryan Bodkin**, 2020-09-17 06:25:59

We've killed it the last 3-4 weeks

**Bryan Bodkin**, 2020-09-17 06:26:38

we made Sept yesterday and need 35k for OCt 63k for Nov and 93k for Dec

**Bryan Bodkin**, 2020-09-17 06:26:59

about 50k to make up but I've got about 20k to turn in this week still for Sept

**Thomas Hill**, 2020-09-17 06:27:10

let's Go!   nice work

**Bryan Bodkin**, 2020-09-17 06:27:22

Hopefully it continues. I think schools staying in is the key

**Bryan Bodkin**, 2020-09-17 06:27:24

and thanks!

**Thomas Hill**, 2020-09-17 06:30:09

i don't think i've ever hustled like this!

**Bryan Bodkin**, 2020-09-17 06:33:07

me either.