# Kezhaya Law PLC



Matthew A. Kezhaya                                                                P: (479) 431-6112
1202 NE McClain Rd                                                                F: (479) 282-2892
Bentonville, AR 72712                                                             matt@kezhaya.law

September 23, 2020

Lamar Advertising Company
c/o Mr. Tom Hill
    **by email only to**: thill@lamar.com

Re: <u>TST v. Lamar Advertising Company</u> – demand letter and preservation notice

Good afternoon,

    I represent The Satanic Temple ("**TST**") in its efforts to place billboards advertising the news of the recently-unveiled abortion ritual. My client is working through a marketing firm called SeedX Inc., who I understand you have been directly communicating with. Near as I can tell, your organization owns all of the billboards in the suitable area for my client's advertisements. My client and your organization have a contract to display several billboards throughout Arkansas and Indiana for a period beginning September 28, 2020 and ending October 25, 2020.

    The problem is that someone in your organization is declining to adhere to the terms of the deal. Ostensibly, the issue is that my client's designs are not "in good taste and within the moral standards of the individual communities in which it is to be displayed." See Agreement at ¶ 6. But you have refused to indicate what, exactly, is wrong with the designs so the problem can be remediated.

    It appears that one of two things are going on. Your organization could be discriminating against my client on the basis of its religious tenets, which would violate the Arkansas Civil Rights Act. See ACA § 16-123-107(a)(4)(prohibiting discrimination because of religion in contractual transactions).

    Or, your organization could simply be running afoul of the implied warranty of good faith and fair dealing. E.g. <u>W. Memphis Adolescent Residential, LLC v. Compton</u>, 2010 Ark. App. 450, 5, 374 S.W.3d 922, 925 (2010) ("Every contract imposes upon each party a duty of good faith and fair dealing in its performance and its enforcement.")

    In any event, your organization is bound in contract to put up billboards advertising TST's abortion ritual by September 28. You can provide meaningful feedback in a timely manner to permit corrections to the designs, or you can put up the designs that have been put forward. You cannot reject them without comment. Not without incurring substantial legal expenses, at least.

    Time is a critical factor on this matter. Please advise how your organization plans to proceed by **September 24, 2020** at 5:00 pm central time. Regardless, this letter is your notice to preserve all internal correspondence on this matter as it will be valuable evidence in the ensuing litigation.

Sincerely,

*/s/ Matthew A. Kezhaya*
Matthew A. Kezhaya