| | |
|---|---|
| From: | Thomas Hill |
| Date: | October 06, 2020 7:41:01 AM (-05) |
| To: | Michael Gibson |
| Subject: | |
| Attachments: | |

**Thomas Hill,** 2020-10-06 05:41:01

thx for sending to Hal..... I don&#39;t think cares to much for AE&#39;s sending him stuff ��

**Michael Gibson,** 2020-10-06 05:41:33

No worries.  We have kept him busy this political season.  He is always quick to reply.

**Thomas Hill,** 2020-10-06 05:42:58

i got this satanic temple deal hanging over my head down there right now so my name isn&#39;t gold right now

**Michael Gibson,** 2020-10-06 05:44:18

I&#39;m sure they are playing the &quot;Free Speech&quot; argument....

**Thomas Hill,** 2020-10-06 05:51:56

yes and they wanted to change the content but we just replied with &#39;we will cancel the contract&#39;

**Michael Gibson,** 2020-10-06 05:52:51

Had something similar with a politician earlier this year.  Odd dude to say the least.  Tried to chase us down a rabbit hole but were able to cancel him.

**Thomas Hill,** 2020-10-06 05:53:26

fun times.... what we signed up for riht

**Michael Gibson,** 2020-10-06 05:53:49

Sometimes it is pretty interesting.  19 years for me this month.

**Thomas Hill,** 2020-10-06 05:54:14

wow!  good for you man!

**Michael Gibson,** 2020-10-06 05::884:33

Looks like we need a little more info to get the approval.

**Thomas Hill,** 2020-10-06 07:16:53

good feedback

**Thomas Hill,** 2020-10-06 07:16:58

just sent it over to client