IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

THE SATANIC TEMPLE, INC.                                                                PLAINTIFF

V.                          CASE NO. 5:22-CV-5033-TLB

LAMAR MEDIA COMPANY
LAMAR ADVANTAGE GP COMPANY, LLC and
LAMAR ADVANTAGE HOLDING COMPANY                                          DEFENDANTS

## DEFENDANTS' UNOPPOSED MOTION FOR ADDITIONAL TIME TO RESPOND TO AMENDED COMPLAINT

Lamar Media Company, Lamar Advantage GP Company, LLC, and Lamar Advantage Holding Company, for their unopposed motion for extension of time to respond to amended complaint, state:

1. Lamar Media Company, Lamar Advantage GP Company, LLC, and Lamar Advantage Holding Company ("Defendants") need additional time to answer or respond otherwise to plaintiff's complaint.

2. Defendants request an extension of time up to and including April 12, 2022, in which to answer or respond otherwise to plaintiff's complaint.

3. Defendants have conferred with plaintiff and are authorized to state that plaintiff has no objection to the requested extension.

WHEREFORE, Lamar Media Company, Lamar Advantage GP Company, LLC, and Lamar Advantage Holding Company pray that this Court extend the time in which they may answer or respond otherwise to plaintiff's complaint to and including April 12, 2022.

Respectfully Submitted,

Michael N. Shannon (Ark. Bar No. 92186)
Sarah Keith-Bolden (Ark. Bar No. 2007135)
**QUATTLEBAUM, GROOMS & TULL PLLC**
111 Center Street, Suite 1900
Little Rock, AR 72201
Phone: 501-379-1700
Fax: 501-379-1701
mshannon@qgtlaw.com
sbolden@qgtlaw.com