IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THE SATANIC TEMPLE, INC.                                                  PLAINTIFF

V.                      CASE NO. 5:22-CV-5033-TLB

LAMAR MEDIA COMPANY
LAMAR ADVANTAGE GP COMPANY, LLC and
LAMAR ADVANTAGE HOLDING COMPANY                DEFENDANTS

# EXHIBIT 1

# TO DEFENDANTS' MOTION TO DISMISS

Michael N. Shannon (Ark. Bar No. 92186)
Sarah Keith-Bolden (Ark. Bar No. 2007135)
**QUATTLEBAUM, GROOMS & TULL PLLC**
111 Center Street, Suite 1900
Little Rock, AR 72201
Phone: 501-379-1700
Fax: 501-379-1701
sbolden@qgtlaw.com

*Counsel for Lamar Media Corp.,*
*Lamar Advantage GP Company, LLC, and*
*Lamar Advantage Holding Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THE SATANIC TEMPLE, INC.                                                                 PLAINTIFF

V.                              CASE NO. 5:22-CV-5033-TLB

LAMAR MEDIA COMPANY
LAMAR ADVANTAGE GP COMPANY, LLC and
LAMAR ADVANTAGE HOLDING COMPANY                                      DEFENDANTS

### AFFIDAVIT OF HAL KILSHAW

I, Hal Kilshaw, first being duly sworn, state the following:

1. My name is Hal Kilshaw. I am a resident of the state of Louisiana. I am over the age of 18 and of sound mind. I have personal knowledge of the matters stated in this affidavit.

2. I am the Executive Vice President of Governmental Relations for Lamar Advertising Company.

3. Lamar Advertising Company is a Delaware corporation that is headquartered in Baton Rouge, Louisiana.

4. Lamar Advertising Company has various subsidiaries that operate in different states. Each subsidiary has its own employees who conduct business in that state.

5. My office is located in Lamar Advertising Company's corporate headquarters in Baton Rouge, Louisiana.

6. One of my duties is to review advertising copy proposed by customers of various direct/indirect subsidiaries of Lamar Advertising Company across the United States if the General or Regional Manager of that entity is concerned that the advertising copy may not meet Lamar Advertising Company's advertising copy acceptance policy.

EXHIBIT 1

7. I usually and routinely conduct this activity from my office in Baton Rouge, Louisiana.

8. One of the entities for whom I review advertising copy is Lamar Advantage GP Company, LLC ("Lamar (Indiana"), which operates in Indiana.

9. Tom Hill is an Account Executive for Lamar (Indiana). He is based out of Indiana.

10. Jason Graham is the General Manager of Lamar (Indiana). He is based out of Indiana.

11. I was responsible for determining whether the advertising copy provided to Mr. Hill by Ms. Basulto met Lamar Advertising Company's advertising copy acceptance policy.

12. Lamar Advertising Company does not have a subsidiary with the legal name "Lamar Media Corporation" or "Lamar Media Company."

13. Lamar Advertising Company has a subsidiary named "Lamar Media Corp." Lamar Media Corp. is headquartered in Louisiana does not have any employees in the State of Arkansas. It has no offices or places of business in Arkansas. It does not own real property or other assets in Arkansas, nor does it have a bank account in Arkansas.

14. Lamar (Indiana) is headquartered in Indiana and does not have any employees in the State of Arkansas. It has no offices or places of business in Arkansas. It does not own real property or other assets in Arkansas, nor does it have a bank account in Arkansas.

FURTHER THE AFFIANT SAYETH NOT.

_____
Hal Kilshaw

SUBSCRIBED AND SWORN to me this 12th day of April 2022.

_____
Notary Public

My Commission Expires: _____

**Connor B. Eglin**
Louisiana Bar Roll No. 23723
My Commission is for Life

3