IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THE SATANIC TEMPLE, INC.                                                                                    PLAINTIFF

V.                                             CASE NO. 5:22-CV-5033-TLB

LAMAR MEDIA COMPANY
LAMAR ADVANTAGE GP COMPANY, LLC and
LAMAR ADVANTAGE HOLDING COMPANY                                                 DEFENDANTS

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Lamar Advantage Holding Company states that it is wholly owned by Lamar Advantage Outdoor Company, L.P. Lamar Advantage Outdoor Company, L.P. is owned by Lamar Advantage LP Company, LLC and Lamar Advantage GP Company, LLC. Both Lamar Advantage LP Company, LLC and Lamar Advantage GP Company, LLC are wholly owned by Lamar Central Outdoor, LLC, which is wholly owned by Lamar Advertising Company, a publicly traded corporation.

Respectfully Submitted,

Michael N. Shannon (Ark. Bar No. 92186)
Sarah Keith-Bolden (Ark. Bar No. 2007135)
**QUATTLEBAUM, GROOMS & TULL PLLC**
111 Center Street, Suite 1900
Little Rock, AR 72201
Phone:  501-379-1700
Fax:  501-379-1701
mshannon@qgtlaw.com
sbolden@qgtlaw.com

*Counsel for Lamar Advantage Holding Company*