IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THE SATANIC TEMPLE, INC.                                                              PLAINTIFF

V.                                    CASE NO. 5:22-CV-5033-TLB

LAMAR MEDIA COMPANY
LAMAR ADVANTAGE GP COMPANY, LLC and
LAMAR ADVANTAGE HOLDING COMPANY                                  DEFENDANTS

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Lamar Media Corp. states that it is a wholly-owned subsidiary of Lamar Advertising Company, a publicly traded corporation.

                Respectfully Submitted,

                Michael N. Shannon (Ark. Bar No. 92186)
                Sarah Keith-Bolden (Ark. Bar No. 2007135)
                **QUATTLEBAUM, GROOMS & TULL PLLC**
                111 Center Street, Suite 1900
                Little Rock, AR 72201
                Phone:  501-379-1700
                Fax:  501-379-1701
                mshannon@qgtlaw.com
                sbolden@qgtlaw.com

                *Counsel for Lamar Media Corp.*