IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THE SATANIC TEMPLE, INC.                                                      PLAINTIFF

V.                      CASE NO. 5:22-CV-5033-TLB

LAMAR MEDIA COMPANY
LAMAR ADVANTAGE GP COMPANY, LLC and
LAMAR ADVANTAGE HOLDING COMPANY                        DEFENDANTS

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Lamar Advantage GP Company, LLC states that it is a wholly-owned subsidiary of Lamar Central Outdoor, LLC. Lamar Central Outdoor, LLC, is a wholly-owned subsidiary of Lamar Media Corp., which is a wholly-owned subsidiary of Lamar Advertising Company, a publicly traded corporation.

                                                         Respectfully Submitted,

                                                         Michael N. Shannon (Ark. Bar No. 92186)
                                                         Sarah Keith-Bolden (Ark. Bar No. 2007135)
                                                         **QUATTLEBAUM, GROOMS & TULL PLLC**
                                                         111 Center Street, Suite 1900
                                                         Little Rock, AR 72201
                                                         Phone: 501-379-1700
                                                         Fax: 501-379-1701
                                                         mshannon@qgtlaw.com
                                                         sbolden@qgtlaw.com

                                                         *Counsel for Lamar Advantage GP Company, LLC*