IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| THE SATANIC TEMPLE, INC. | | PLAINTIFF |
| | CASE NUMBER: | |
| v. | 22-CV-5033 | |
| LAMAR MEDIA CORPORATION | | DEFENDANTS |
| LAMAR ADVANTAGE GP COMPANY, LLC and | | |
| LAMAR ADVANTAGE HOLDING COMPANY | | |

**UNOPPOSED MOTION TO EXTEND DEADLINE**

**COMES NOW** The Satanic Temple, Inc. ("**TST**"), by and through counsel of record, with an unopposed motion to extend the deadline for TST's response to Defendants' motion to dismiss (doc. 10) to **May 11, 2022**.

1. TST's deadline to respond to the motion to dismiss is this Wednesday, April 27, 2022.

2. Good cause exists to extend the deadline. On that same date, undersigned counsel has a response brief due to the Arkansas Court of Appeals (final extension). Undersigned counsel is also in the midst of preparing for a criminal trial taking place from May 2-6, 2022, in Washington County Circuit Court.

3. Additional time would permit TST to fully and adequately brief the issues involved in this case. In turn, this will assist the Court in its determination of the issues.

4. TST seeks a deadline extension for the response brief of two weeks, until **May 11, 2022**.

5. Having already conferred with opposing counsel on this matter, this motion will be unopposed.

**WHEREFORE** the Court should grant a two-week extension for TST's response brief.

> Respectfully submitted on
> April 25, 2022,
> on behalf of The Satanic Temple, Inc.
> By: Matthew A. Kezhaya, ABA # 2014161
> **KEZHAYA LAW PLC**
> 1202 NE McClain Rd
> Bentonville, AR 72712
> phone: (479) 431-6112
> email: matt@kezhaya.law

### CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Matthew A. Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on April 25, 2022 which sends service to registered users, including all other counsel of record in this cause. s/ Matthew A. Kezhaya