IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THE SATANIC TEMPLE, INC.                                                                          PLAINTIFF

V.                                            CASE NO. 5:22-CV-5033-TLB

LAMAR MEDIA COMPANY
LAMAR ADVANTAGE GP COMPANY, LLC and
LAMAR ADVANTAGE HOLDING COMPANY                                          DEFENDANTS

## MOTION FOR LEAVE TO FILE REPLY
## IN SUPPORT OF MOTION TO DISMISS

Lamar Media Corp., Lamar Advantage GP Company, LLC, and Lamar Advantage Holding Company, for their motion for leave to file a reply in support of their motion to dismiss, state:

1. Lamar Media Corp., Lamar Advantage GP Company, LLC, and Lamar Advantage Holding Company filed a motion to dismiss on April 12, 2022.

2. The Satanic Temple filed a response to the motion on May 11, 2022.

3. Lamar Media Corp., Lamar Advantage GP Company, LLC, and Lamar Advantage Holding Company would like to address points raised in The Satanic Temple's response and believe that a reply brief will assist the Court in understanding the issues to be decided by the Court.

4. Lamar Media Corp., Lamar Advantage GP Company, LLC, and Lamar Advantage Holding Company request leave to file a reply in support of their motion to dismiss.

5. Lamar Media Corp., Lamar Advantage GP Company, LLC, and Lamar Advantage Holding Company request that they be granted until May 23, 2022, to file their reply.

WHEREFORE, Lamar Media Corp., Lamar Advantage GP Company, LLC, and Lamar Advantage Holding Company respectfully request that this Court grant this motion and grant leave to file a reply in support of the motion to dismiss.

        Respectfully Submitted,

        /s/ Sarah Keith-Bolden
        Michael N. Shannon (Ark. Bar No. 92186)
        Sarah Keith-Bolden (Ark. Bar No. 2007135)
        **QUATTLEBAUM, GROOMS & TULL PLLC**
        111 Center Street, Suite 1900
        Little Rock, AR 72201
        Phone:  501-379-1700
        Fax:  501-379-1701
        mshannon@qgtlaw.com
        sbolden@qgtlaw.com

        *Counsel for Lamar Media Corp., Lamar Advantage GP Company, LLC, and Lamar Advantage Holding Company*