IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| THE SATANIC TEMPLE, INC. | | PLAINTIFF |
| | CASE NUMBER: | |
| V. | 5:22-CV-5033 | |
| LAMAR MEDIA COMPANY | | DEFENDANTS |
| LAMAR ADVANTAGE GP COMPANY, LLC and | | |
| LAMAR ADVANTAGE HOLDING COMPANY | | |

**TST'S CORPORATE DISCLOSURE STATEMENT**

COMES NOW TST, by and through counsel of record, with a corporate disclosure statement pursuant to FRCP 7.1

1. Plaintiff The Satanic Temple, Inc. is a nonprofit religious corporation with no parent corporations. No publicly held corporations own 10% or more of Plaintiff's stock.

2. As a nonprofit religious corporation, Plaintiff no stock and no owners.

Respectfully submitted on May 18, 2022,
For: The Satanic Temple, Inc.
by: Matthew A. Kezhaya, ABA # 2014161
KEZHAYA LAW PLC
333 N. Washington Ave. # 300
Minneapolis, MN  55401
phone: (479) 431-6112
email: matt@kezhaya.law

### CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Matthew A. Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on May 18, 2022 which sends service to registered users, including all other counsel of record in this cause. s/ Matthew A. Kezhaya