From: Thomas Gibbens
Date: September 23, 2020 5:24:34 PM (-05)
To: Thomas Gibbens
Subject: **Fwd: Lamar Advertising**

Attachments:

Tom Gibbens
VP/TM/GM
Lamar Advertising
www.lamar.com
Little Rock, AR
501-562-2476 off
501-568-0085 fx

---------- Forwarded message ---------
From: **Hal Kilshaw** <hkilshaw@lamar.com>
Date: Tue, Sep 15, 2020 at 9:55 AM
Subject: Re: Lamar Advertising
To: Thomas Gibbens <tgibbens@lamar.com>

No worries

On Tue, Sep 15, 2020 at 9:53 AM Thomas Gibbens <tgibbens@lamar.com> wrote:
> Just covering my bases.
>
> Thx
> Tom Gibbens
>
> VP/TM/GM
>
> Lamar Advertising
>
> www.lamar.com
>
> Little Rock, AR
>
> 501-562-2476 off
>
> 501-568-0085 fx
>
> On Tue, Sep 15, 2020 at 9:51 AM Hal Kilshaw <hkilshaw@lamar.com> wrote:
>> I approved the copy on 9/8. We run thousands of church ads and have to post the occasional atheist, satanic, etc. submissions we receive.
>>
>> On Tue, Sep 15, 2020 at 9:38 AM Thomas Gibbens <tgibbens@lamar.com> wrote:
>>> Hal -
>>>
>>> Can you buzz me about the satanic temple. We just found out this buy is coming through an agency. The contract originated from the Indaniapolis office. I do not have the final artwork yet. Can we reject this based on not meeting the moral standards of our community? I would include Springdale AR as well.

**EXHIBIT 1**

LADV000180

I'll send you the contract in the next e-mail

Thx
Tom Gibbens

VP/TM/GM

Lamar Advertising

www.lamar.com

Little Rock, AR

501-562-2476 off

501-568-0085 fx

---------- Forwarded message ---------
From: **Tom Hill** <thill@lamar.com>
Date: Tue, Sep 15, 2020 at 9:21 AM
Subject: Fwd: Lamar Advertising
To: Thomas Gibbens <tgibbens@lamar.com>

See below copy

---------- Forwarded message ---------
From: **Jacqueline Basulto** <jacqueline@seedx.us>
Date: Wed, Sep 2, 2020 at 9:58 PM
Subject: Re: Lamar Advertising
To: Tom Hill <thill@lamar.com>
Cc: Arif Afsheen <arif@seedx.us>, Justin Rashidi <justin@seedx.us>

Hi Tom,

Hope all is well! As promised, here are the areas we are interested in in both the Indianapolis-area and Little Rock-area markets. I'd like to get an estimate for 4 billboards on the highway paths I highlighted in the screenshots. Perhaps we can talk again or you can help me figure out which ones and the price?

I am also attaching our past campaign with Lamar to show you what creative looked like in the past.

Look forward to hearing from you!

Best wishes,
Jacqueline



On Wed, Sep 2, 2020 at 9:58 AM Tom Hill <thill@lamar.com> wrote:
> Hey Jacqueline, I'm actually free now if you are

On Tue, Sep 1, 2020 at 5:58 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
> Sure!! My number is +16464003071
>
> Sent from my iPhone: please excuse any brevity or grammatical error on my part.
>
>> On Sep 1, 2020, at 5:19 PM, Tom Hill <thill@lamar.com> wrote:
>>
>> Absolutely.   Would 1pm est work?
>>
>> On Tue, Sep 1, 2020 at 5:39 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
>>> Hi Tom,
>>>
>>> Can we set up a time to talk through this tomorrow? Let me know when you're available!
>>>
>>> Sent from my iPhone: please excuse any brevity or grammatical error on my part.
>>>
>>>> On Sep 1, 2020, at 3:02 PM, Tom Hill <thill@lamar.com> wrote:
>>>>
>>>> Good afternoon Arif,
>>>>
>>>> I wanted to circle back with you and see if any questions have come up that I can help answer.   If you see any locations of interest, please let me know and I'd be glad to check and confirm availability.
>>>>
>>>> Thank You!
>>>>
>>>> On Wed, Aug 26, 2020 at 8:14 AM Tom Hill <thill@lamar.com> wrote:
>>>>> Good morning,

LADV000182

The links below will provide additional inventory across the state of Indiana. Wanted to point a few quick things....

- The maps can be zoomed in/out to get a better idea of where the locations are
- Top right corner of each map is a 'traffic' tab.... that provides real time traffic conditions
- Each photo will show a 'Weekly Impressions' figure. That number is the amount of impressions each location will provide each week

Upon your review, I'd love the opportunity to connect briefly over the phone to answer any questions and discuss details further.

I74 between Indy & Cincinnati

I80/90 East of South Bend

I69 & SR67 Bloomington

I69 Between Anderson & Ft Wayne

I65 Between Crown Point & Lebanon

I70 Between Terre Haute & Indy

On Tue, Aug 25, 2020 at 4:04 PM Arif Afsheen <arif@seedx.us> wrote:
> Good afternoon to you as well,
>
> Thank you Tom for responding back promptly and providing us some material to cross check!
>
> Looking forward to more Indiana markets.
>
> We will take a look and and get back to you.
>
>
> Best Regards,
>
> A Arif
>
> On Tue, Aug 25, 2020 at 3:52 PM Tom Hill <thill@lamar.com> wrote:
>> Good afternoon Arif & team,
>>
>> The link below will provide some available locations in the Indianapolis area. Please review and let me know if you see any locations of interest.
>>
>> Indianapolis
>>
>> Please note that on the digital locations (orange dots) there are no production costs. On our bulletins, you're looking $1000 to print & install each board.
>>
>> I'll share a few more Indiana markets here shortly. If you see any locations of interest, please let me know so I can confirm availability.
>>
>> Thank You!
>>
>> On Tue, Aug 25, 2020 at 7:26 AM Tom Hill <thill@lamar.com> wrote:
>>> Good morning Arif, I have added poster & bulletin specs for both our static & digital boards.

Static Poster Retro Spec Sheet (and 4 more)

Stay tuned for available inventory.  Do we have a specific advertiser on this potential campaign?

On Mon, Aug 24, 2020 at 6:58 PM Arif Afsheen <arif@seedx.us> wrote:
Thank you Tom! We are looking specifically for Indiana and Arkansas. Can you send us the specs required for a poster and/or bulletin board design?

On Mon, Aug 24, 2020 at 2:47 PM Tom Hill <thill@lamar.com> wrote:
Good afternoon Arif! Thank You for reaching out. See below answers to your questions.  If you're available, I'd like to try and connect briefly tomorrow to see what areas are of most interest to you.  The link below will provide some general information for review in the meantime.

Thank You for the opportunity!

OOH Quick Facts (and 3 more)

1. We would place 4-6 billboards near each other (on the same highway, etc.) in Indiana – is this possible? Yes, we have coverage on all major interstates across Indiana.  Are you specifically focused on Indianapolis?  We can also cover Terre Haute, Lafayette, Ft Wayne, Evansville, NW Indiana (Lake Co) & Bloomington, IN

2. What is the availability like? We would like to place them by the 15th of September to 15th October. We're running over 90% in September.  Will share available locations for consideration.

3. What would be the cost of each billboard space?  Varies based on location & Impressions delivered

4. Are there different sizes and what are they? Standard sized are 14x48 & 10.6x36

5. Do you also provide the entire process of having the logo and design to be set out on these billboards? If so, what are the costs? We can design.   Cost per board ranges from $800-$1200 each.   Digital billboards have $0 production costs

6. What is the market like in Indiana? Is it heavily populated as we would be interested to know which areas are more occupied to compare. Indianapolis and surrounding counties are highest populated.  Ft Wayne, Evansville, Bloomington, Lafayette, Terre Haute & Hammond are next in line

7. Is there a pricing difference in each area or is it standard pricing for all the billboards? Prices vary based on Impressions Delivered & availability

8. What is the process to get it placed? We will share available locations for your review.  Once we have locations contracted, it takes about 2wks to get materials ordered, shipped and installed.  If we use any digital locations, we can start as soon as the design (s) are approved.

--

**Tom Hill**
Senior Account Executive
m: 812.208.1239
LAMAR | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

**Tom Hill**
Senior Account Executive
m: 812.208.1239
LAMAR | INDIANAPOLIS
Make Online Payments @ Payments.Lamar.com

--

**Tom Hill**
Senior Account Executive
m: 812.208.1239
LAMAR | INDIANAPOLIS
Make Online Payments @ Payments.Lamar.com

--

**Tom Hill**
Senior Account Executive
m: 812.208.1239
LAMAR | INDIANAPOLIS
Make Online Payments @ Payments.Lamar.com

--

**Tom Hill**
Senior Account Executive
m: 812.208.1239
LAMAR | INDIANAPOLIS
Make Online Payments @ Payments.Lamar.com

--
Sent from Gmail Mobile

--

**Tom Hill**
Senior Account Executive
m: 812.208.1239
LAMAR | INDIANAPOLIS
Make Online Payments @ Payments.Lamar.com

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR | INDIANAPOLIS**
**Make Online Payments @ Payments.Lamar.com**


--
Hal P. Kilshaw


Vice President of Governmental Relations
Lamar Advertising


5321 Corporate Blvd.


Baton Rouge, LA 70808


225-237-1047


Fax 225-923-0658


--
Hal P. Kilshaw
Vice President of Governmental Relations
Lamar Advertising
5321 Corporate Blvd.
Baton Rouge, LA 70808
225-237-1047
Fax 225-923-0658