## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**THE SATANIC TEMPLE, INC.**                                                                         **PLAINTIFF**

**V.**                      **CASE NO. 5:22-CV-5033-TLB**

**LAMAR MEDIA COMPANY**
**LAMAR ADVANTAGE GP COMPANY, LLC and**
**LAMAR ADVANTAGE HOLDING COMPANY**                    **DEFENDANTS**

## EXHIBIT 1
## ANSWER TO AMENDED COMPLAINT
## WITH JURY DEMAND

**Proposed Design 1**



**Proposed Design 2**



**Proposed Design 3**



EXHIBIT 1

**Proposed Design 4**



**Proposed Design 5**

