UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| **The Satanic Temple, Inc.** | 5:22-CV-5033-TLB |
| *Plaintiff* | |
| v. | MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |
| Lamar Media Corp.; Lamar Advantage GP Company, LLC; Lamar Advantage Holding Company; and Lamar Advertising Company | |
| *Defendants.* | |

   Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff respectfully moves the Court for leave to file an amended complaint. Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

   1. On December 6, 2022, the Court denied Defendants' motion to dismiss as to Lamar Advantage GP Company, LLC and Lamar Advantage Holding Company and granted Lamar Media Corp.'s motion to dismiss.

Plaintiffs confused Lamar Media Corp. with Lamar Advertising Company. The Court has no jurisdiction over Lamar Media Corp. <u>In its December 6th Order (ECF Doc No 30) The Court noted that "TST most likely confused Lamar Media Corp. with Lamar Advertising Company, i.e., Lamar-HQ—an understandable error</u>

given the layers of wholly owned subsidiaries and complicated corporate structure." Or. Denying Defs.' Mot. to Dismiss at 22 (Dec. 6, 2022). The Court went on to state that if that was the case, TST may "seek leave to name Lamar Advertising Company as a defendant." *Id*.

2. In keeping with the Court's December 6 Order, Plaintiffs request the Court grant leave to file an Amended Complaint to remove Lamar Media Corp as a party and add Lamar Advertising Company as a party in its place.

WHEREFORE Plaintiff prays that the Court grant leave to file the proposed Second Amended Complaint.

Respectfully submitted on January 13, 2023, by:



**Matt Kezhaya**  matt@crown.law
Ark. # 2014161  direct: (479) 431-6112
Minn. # 0403196  general: (612) 349-2216
100 South Fifth Street, 19th Floor, Minneapolis, MN 55402

### Certificate of service

I, Matthew A. Kezhaya, e-filed a copy of this document by uploading it to the Court's CM/ECF system on January 13, 2023, which sends service to registered users, including all other counsel of record in this cause. */s/ Matthew A. Kezhaya*