IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**THE SATANIC TEMPLE, INC.**                                                       **PLAINTIFF**

**V.**                         **CASE NO. 5:22-CV-5033-TLB**

**LAMAR ADVANTAGE GP COMPANY, LLC and**
**LAMAR ADVANTAGE HOLDING COMPANY**            **DEFENDANTS**

### RESPONSE TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Lamar Advantage GP Company, LLC and Lamar Advantage Holding Company, for their response to The Satanic Temple, Inc.'s Motion for Leave to File Amended Complaint, state:

1. The deadline to amend pleadings in this matter expired on September 14, 2022. *See* Corrected Case Management Order (Doc. 29).

2. In this Court's order denying defendants' motion to dismiss, the Court indicated that The Satanic Temple, Inc. could "seek leave to name Lamar Advertising Company as a defendant." *See* Memorandum Opinion and Order (Doc. 30) at p. 22.

3. On January 13, 2023, The Satanic Temple moved for leave to amend its complaint without attaching the proposed amendment as required by Local Rule 5.5(e). On January 17, 2023, The Satanic Temple amended its motion to include a copy of the proposed amended complaint. *See* Mot. for Leave (Doc. 33-0) & (Doc. 33-1).

4. The Satanic Temple, Inc.'s proposed amended complaint contains **numerous** changes that are not related to naming Lamar Advertising Company as a defendant.

5. The Satanic Temple, Inc.'s motion for leave to amend does not address these proposed changes or explain why leave should be granted to amend the complaint to make these changes four months after the deadline to amend pleadings. *See* Local Rule 5.5(e) (stating that a

motion for leave to amend a pleading "must contain a concise statement setting out what exactly is being amended in the new pleading – e.g. added defendant X, adding a claim for X, corrected spelling").

6. Attached as Exhibit 1 to this response is a redline generated by converting the Amended Complaint and proposed Second Amended Complaint to Microsoft Word format and using Word's "compare" feature.

7. The Satanic Temple, Inc.'s motion for leave to file amended complaint should be denied for failure to meet the requirements of Rule 5.5(e) and because it is untimely under the Court's scheduling order. The discovery deadline is currently less than one (1) month away and the defendants would be prejudiced by TST's substantial reworking of its compliant.

Respectfully Submitted,

QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
mshannon@qgtlaw.com
sbolden@qgtlaw.com

By: /s/ Sarah Keith-Bolden
    Michael N. Shannon (92168)
    Sarah Keith-Bolden (2007235)

*Lamar Advantage GP Company, LLC, and*
*Lamar Advantage Holding Company*