# UNITED STATE DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

| | |
|---|---|
| **The Satanic Temple, Inc.**  *Plaintiff*  v.  Lamar Media Corp.; Lamar Advantage GP Company, LLC; Lamar Advantage Holding Company; and Lamar Advertising Company  *Defendants.* | 5:22-CV-5033-TLB  **MOTION FOR ADMISSION PRO HAC VICE** |

**COMES NOW** Matthew A. Kezhaya ABA #2014161, respectfully moves for the admission *pro hac vice* of Nicholas Henry of the law firm of Crown Law, 100 S. Fifth St., Suite 1900, Minneapolis, MN 55413, (612) 895-3186., for purposes of appearance as co-counsel on behalf of the Plaintiff in the above-captioned action pursuant to LR 83.5.

Nicholas Henry is not admitted to practice in the United States District Court for the Western District of Arkansas and is a member in good standing of The Minnesota Bar and The United States District Court for the District of Minnesota.

Movant is in good standing of The Arkansas Bar and the United States District Court for the Western District of Arkansas.

**WHEREFOR**, Movant, moves this Court to enter an Order for Nicholas Henry, to appear before this Court on behalf of Plaintiff, for all purposes relating to the proceedings in the above-captioned action.

Respectfully submitted on February 10, 2023, by:
On behalf of Movant/Plaintiff



| **Matt Kezhaya** | matt@crown.law |
|---|---|
| Ark. # 2014161 | direct: (479) 431-6112 |
| Minn. # 0402193 | general: (612) 276-2216 |

100 S. Fifth St., Ste. 1900, Minneapolis, MN 55402

### Certificate and Notice of Service

**Notice is given** that I, Matthew A. Kezhaya, submitted for electronic filing the foregoing document by uploading it to Court's CM/ECF system on February 10, 2023. The CM/ECF system sends notification to all counsel of record. */s/ Matthew Kezhaya*