IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THE SATANIC TEMPLE, INC.                                                              PLAINTIFF

V.                                    CASE NO. 5:22-CV-5033-TLB

LAMAR ADVANTAGE GP COMPANY, LLC and
LAMAR ADVANTAGE HOLDING COMPANY                                      DEFENDANTS

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

The parties, for their joint motion for entry of agreed protective order, state:

1. The Satanic Temple, Inc., Lamar Advantage GP Company, LLC, and Lamar Advantage Holding Company agree that a protective order is appropriate to govern the use and disclosure of certain information that will be produced in this case, namely, information regarding certain rental payments defendants received for the billboards at issue in this lawsuit.

2. The parties have agreed to the form of the proposed protective order attached as Exhibit A to this motion.

3. The proposed protective order complies with this Court's policy regarding the filing of sealed documents. *See* Ex. A at ¶ 9.

WHEREFORE, the parties respectfully request that this Court grant this motion and enter the agreed protective order attached as Exhibit A to this motion.

1

Respectfully Submitted,

 /s/ Matthew A. Kezhaya
Matthew A. Kezhaya (Ark. Bar No. 2014161)
Nicholas Henry (*pro hac vice*)
**CROWN LAW**
100 S. Fifth Street, Suite 1900
Minneapolis, MN 55402
Tel.: (479) 431-6112
matt@crown.law
nick@crown.law

*Attorneys for The Satanic Temple, Inc.*


 /s/ Sarah Keith-Bolden
Michael N. Shannon (Ark. Bar No. 92186)
Sarah Keith-Bolden (Ark. Bar No. 2007135)
**QUATTLEBAUM, GROOMS & TULL PLLC**
111 Center Street, Suite 1900
Little Rock, AR 72201
Phone:  501-379-1700
Fax:  501-379-1701
mshannon@qgtlaw.com
sbolden@qgtlaw.com

*Attorneys for Lamar Advantage GP Company, LLC and Lamar Advantage Holding Company*