IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**THE SATANIC TEMPLE, INC.**                                                  **PLAINTIFF**

**V.**                      **CASE NO. 5:22-CV-5033-TLB**

**LAMAR ADVANTAGE GP COMPANY, LLC and**
**LAMAR ADVANTAGE HOLDING COMPANY**                 **DEFENDANTS**

### LAMAR ADVANTAGE GP COMPANY, LLC AND LAMAR ADVANTAGE HOLDING COMPANY'S MOTION FOR SUMMARY JUDGMENT

Lamar Advantage GP Company, LLC ("Lamar Indiana") and Lamar Advantage Holding Company ("Lamar Arkansas"), for their motion for summary judgment, state:

1. The Satanic Temple ("TST") asserts that its Satanic Abortion Ritual "averts many state restrictions" on abortion. Am. Compl. (Doc. 3) at ¶ 69.

2. This position has yet to be accepted by any abortion clinic or court. Mot. Ex. 1, TST Dep. at 12:20-13:22.

3. TST now seeks to hold Lamar Indiana and Lamar Arkansas liable for violation of the Arkansas Civil Rights Act, breach of contract, and promissory estoppel because Lamar Indiana determined that billboards advertising TST's unproven exemption from state abortion laws were misleading and offensive and declined to post them.

4. The undisputed facts show that neither defendant discriminated against TST on the basis of religion.

5. The undisputed facts show that neither defendant breached the terms of any contract with TST.

6. The undisputed facts show that TST is not entitled to relief under a theory of promissory estoppel.

7. Defendants are entitled to judgment as a matter of law as to all TST's claims.

8. The following exhibits are attached and incorporated by reference:

    a. Exhibit 1 comprises excerpts from The Satanic Temple's 30(b)(6) designee, Lucien Greaves;

    b. Exhibit 2 comprises excerpts from the deposition of Malcolm Jarry;

    c. Exhibit 3 is a Press Kit for the Religious Abortion Ritual;

    d. Exhibit 4 is the Complaint (Doc. 1) in Case No. 4:21-cv-00387 (S.D. Tex);

    e. Exhibit 5 is the Lamar Copy Acceptance Policy;

    f. Exhibit 6 comprises emails between Jaqueline Basulto and Malcolm Jarry (Nov. 5, 2020);

    g. Exhibit 7 comprises excerpts from the deposition of Hal Kilshaw;

    h. Exhibit 8 is a contract between Lamar Indiana and SeedX as agent for The Satanic Temple;

    i. Exhibit 9 comprises email correspondence between Thomas Hill and SeedX (Aug. 24–Sept. 2, 2020);

    j. Exhibit 10 comprises email correspondence between Thomas Hill, Jason Graham, and Hal Kilshaw (Sept. 8, 2020);

    k. Exhibit 11 comprises email correspondence between Thomas Gibbens and Hal Kilshaw (Sept. 15, 2020);

    l. Exhibit 12 is an email from Thomas Gibbens to Sam Cooper and Lisa Fulmer (Sept. 15, 2020);

    m. Exhibit 13, is an email from Whit Weeks to Alex Neal, et al. (Sept. 15, 2020);

      n.      Exhibit 14 comprises email correspondence between Jacqueline Basulto and Thomas Hill (Sept. 8–14, 2020);

      o.      Exhibit 15 comprises email correspondence between Jacqueline Basulto and Thomas Hill (Sept. 8-14, 2020);

      p.      Exhibit 16 comprises email correspondence between Thomas Hill and Jacqueline Basulto (Aug. 24 to Sept. 22, 2020);

      q.      Exhibit 17 comprises proposed billboard designs (Sept. 15, 2020);

      r.      Exhibit 18 comprises email correspondence between Thomas Hill and Jacqueline Basulto (Aug. 24 to Sept. 15, 2020);

      s.      Exhibit 19 comprises email correspondence between Hal Kilshaw and Jason Graham (Sept. 15, 2020);

      t.      Exhibit 20 comprises email correspondence between Hal Kilshaw and Jason Graham (Sept. 22, 2020);

      u.      Exhibit 21 is an email from Jacqueline Basulto to Thomas Hill and Justin Rashidi (Sept. 21, 2020);

      v.      Exhibit 22 comprises proposed billboard designs (Sept. 21, 2020);

      w.      Exhibit 23 is an email and attached letter from Matt Kezhaya to Thomas Hill (Sept. 23, 2020);

      x.      Exhibit 24 is an email from Thomas Hill to Coleen Baird and Thomas Gibbens (Sept. 25, 2020);

      y.      Exhibit 25, is an email from Thomas Hill to Jacqueline Basulto (Sept. 30, 2020); and

        z.      Exhibit 26 comprises email correspondence between Thomas Gibbens and Lisa Rust (Sept. 21, 2020).

      9.      A brief in support of this motion is being filed with this motion and is incorporated by reference.

      10.      A statement of undisputed material facts is being filed with this motion and is incorporated by reference.

WHEREFORE, Lamar Advantage GP Company, LLC and Lamar Advantage Holding Company respectfully request that this Court grant their motion, enter judgment as a matter of law as to all of The Satanic Temple, Inc.'s claims, and grant them all other relief to which they are entitled.

              Respectfully Submitted,

              QUATTLEBAUM, GROOMS & TULL PLLC
              111 Center Street, Suite 1900
              Little Rock, Arkansas 72201
              Telephone: (501) 379-1700
              Facsimile: (501) 379-1701
              mshannon@qgtlaw.com
              sbolden@qgtlaw.com

              By: /s/ Sarah Keith-Bolden
                    Michael N. Shannon (92168)
                    Sarah Keith-Bolden (2007235)

              *Lamar Advantage GP Company, LLC, and*
              *Lamar Advantage Holding Company*