1               IN THE UNITED STATES DISTRICT COURT

2              FOR THE WESTERN DISTRICT OF ARKANSAS

3                      FAYETTEVILLE DIVISION

4      _____

5      THE SATANIC TEMPLE, INC.,

6            Plaintiff,

7         v.                              Case No.

8      LAMAR MEDIA COMPANY, LAMAR          5:22-CV-5033-

9      ADVANTAGE GP COMPANY, LLC, and      TLB

10     LAMAR ADVANTAGE HOLDING COMPANY,

11           Defendants.

12     _____

13                 VIDEOTAPED DEPOSITION OF

14      CORPORATE REPRESENTATIVE FOR THE SATANIC TEMPLE, INC.

15               LUCIEN GREAVES, (PSEUDONYM)

16     DATE:        Friday, February 3, 2023

17     TIME:        10:29 a.m.

18     LOCATION:    The Satanic Temple

19                  64 Bridge Street

20                  Salem, MA 01970

21     REPORTED BY: Robert Lombardi, Notary Public

22     JOB NO.:     5694152

23
                                    **EXHIBIT**
24
                                       **1**
25

                                              Page 1

1          Q     So let's go to the page that's marked
2     CDEX000061 at the bottom.  I think that's page 2.
3     There's just one part of it that I'd like us to look
4     at.  Up at the top, do you see where it says "The
5     Satanic Temple (TST) has announced that its religious
6     abortions during the first trimester are exempt from
7     state regulations that hinder access to pregnancy
8     termination services and serve no medical purpose.";
9     did I get that right?
10         A     Correct.
11         Q     Can you tell me what the basis for this
12    statement was?
13         A     Well, the idea is that this is attached to a
14    religious practice for us, so we'd be utilizing
15    religious liberty laws for an exemption from state
16    restrictions.
17         Q     Anything else?
18         A     Perhaps.  Can you -- can you specify?
19         Q     Pretty broad.  Let me ask you a more
20    specific question.  When making this statement, was
21    TST aware of any situation in which a clinic exempted
22    someone from an abortion requirement imposed by state
23    law because they were participating in the Satanic
24    abortion ritual?
25         A     No.  I -- as far as I know, we're the first

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    to -- to press this kind of claim in this way.

2         Q    When making this statement, was TST aware of

3    any -- I'm sorry -- The Satanic Temple.  Was The

4    Satanic Temple aware of any situation in which a

5    clinic exempted someone from an abortion-related

6    requirement imposed by state law because of their

7    Satanic beliefs in general?

8         A    No.  But we feel that our position is

9    perfectly in line with the law, and I find it

10   impossible to see the law coming to any other

11   conclusion than that this is a valid claim.

12        Q    When making this statement, was TST aware of

13   any situation in which a court found that someone was

14   exempt from an abortion requirement imposed by state

15   law because they were participating in the Satanic

16   abortion ritual?

17        A    No.  This is -- this is a first.

18        Q    And is The Satanic Temple aware of any

19   situation in which a court has found that someone was

20   exempt from an abortion requirement imposed by state

21   law because of their Satanic beliefs in general?

22        A    Not -- not to our awareness.

23        Q    All right.  So I'm going to pull up a few

24   documents related to court cases.  And as I said,

25   we're not going to discuss them in depth.  I just want

Bushman Reporting                    800-556-8974
A Veritext Company                www.veritext.com

1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE WESTERN DISTRICT OF ARKANSAS

3                   FAYETTEVILLE DIVISION

4      _____

5      THE SATANIC TEMPLE, INC.,

6            Plaintiff,

7         v.                          CASE NO.

8      LAMAR ADVANTAGE GP COMPANY, LLC    5:22-CV-5033-TLB

9      and LAMAR ADVANTAGE HOLDING

10     COMPANY,

11           Defendants.

12     _____

13                  VIDEOTAPED DEPOSITION OF

14                     MALCOLM JARRY

15     DATE:          Thursday, February 2, 2023

16     TIME:          10:37 a.m.

17     LOCATION:      The Satanic Temple

18                    64 Bridge St

19                    Salem, MA 01970

20     REPORTED BY:   Robert Lombardi, Notary Public

21     JOB NO.:       5694151

22

23

24                                      EXHIBIT

                                        2

25

                                              Page 1

```
 1    clarify my response.  It wasn't restricted to

 2    Missouri.  It was -- it was a matter of defining our

 3    position with regard to restrictions in general.

 4        Q    Was that documented in a written document at

 5    that time?

 6        A    To the extent that it was communications

 7    between me and the attorney I was working with.  But

 8    beyond that, it -- it was -- it was just the

 9    development of -- of our position in how it comported

10    with -- with the law.

11              MS. KEITH-BOLDEN:  Can we get document

12    number 7?  Provide that, please.

13              (Exhibit 2 was marked for

14              identification.)

15              THE REPORTER:  Would this be Exhibit 2,

16    Counsel?

17              MS. KEITH-BOLDEN:  Yes, please.

18              Can everybody see this one?

19              MR. KEZHAYA:  Yes.

20              THE WITNESS:  Yes.

21    BY MS. KEITH-BOLDEN:

22        Q    This is a Missouri Supreme Court case from

23    2019.  It was in a state court of Missouri.  Do you

24    know whether this is the lawsuit that you were talking

25    about when you said that had a member in Missouri?
```

Page 25

1        A     We had multiple lawsuits in Missouri, and

2    they went up the -- but yes, this is -- this would be

3    one of the appeals that went -- the -- the appeal of

4    one of the two that went to the Missouri Supreme

5    Court.

6        Q     So I think you already told me that The

7    Satanic Temple is not, as far as I can tell, a party

8    to this lawsuit.  Was The Satanic Temple involved in

9    this lawsuit?

10       A     Yes.

11       Q     Did it fund the lawsuit?

12       A     Yes.

13       Q     So you had talked about developing your

14   position.  And reading through this case, I think we

15   can see what that position was.  It says, "In support

16   of her claims, Ms. Doe further alleged that she is a

17   member of The Satanic Temple and, under its tenets,

18   her 'body is inviolable and subject to her will

19   alone'; she must make health-related decisions 'based

20   on the best scientific understanding of the world,

21   even if the science does not comport with the

22   religious or political beliefs of others.'"  Do those

23   statements correspond with tenets of The Satanic

24   Temple?

25       A     Yes.

1    speculation.

2              MR. SHANNON:  This is Mike.  I got

3    admonished the other day for speaking objections in

4    the deposition of Tom Hill.  So I would just ask that

5    what's good for the goose be good for the gander.

6              MR. KEZHAYA:  I agree.  However, I need

7    to state the grounds of my objection.

8              MR. SHANNON:  That's what I was doing

9    with Tom Hill, and I got called out.  So I want to

10   make sure that we're playing by the same rules.

11             MR. KEZHAYA:  Fair point.

12             MS. KEITH-BOLDEN:  So you mentioned

13   other litigation that you were involved or that The

14   Satanic Temple was involved in, in Missouri.

15             Can we pull up document number 8 and

16   mark it as Exhibit 3?

17             (Exhibit 3 was marked for

18             identification.)

19   BY MS. KEITH-BOLDEN:

20      Q    This is another lawsuit in Missouri, this

21   time in federal court.  Are you familiar with this

22   lawsuit?

23      A    Yes.

24      Q    So if we look at this, the opinion here

25   says, "Plaintiff Judy Doe, 'Doe' or 'Plaintiff,' is a

Bushman Reporting          800-556-8974
A Veritext Company         www.veritext.com

1    competent adult woman who is pregnant and plans to

2    have an abortion in St. Louis, Missouri.  Doe is a

3    Missouri citizen and a member of The Satanic Temple.

4    Doe holds certain religious beliefs as a member of The

5    Satanic Temple.  Doe complains that Missouri's

6    Voluntary and Informed Consent Law" -- and there's a

7    statutory citation -- "violates the First Amendment's

8    Establishment and Free Exercise Clauses."  You said

9    you recall this lawsuit?

10        A    Yes.

11        Q    Was The Satanic Temple involved?

12        A    Yes.

13        Q    And did it fund the lawsuit?

14        A    Yes.

15        Q    If we go to page 3, towards the end of the

16   second column, the plaintiff here has cited certain

17   religious beliefs related The Satanic Temple's tenets;

18   is that correct?

19        A    That is correct.

20        Q    And again, we have the tenet that "a woman's

21   body is inviolable and subject to her will alone";

22   correct?

23        A    That is correct.

24        Q    And that "she makes decisions regarding her

25   health based on the best scientific understanding of

Page 30

1    reasoning.

2         Q    Were there any lawsuits that you're aware of

3    in Missouri, other than these two we've talked about?

4         A    I believe it was just these two in Missouri.

5         Q    Are you aware of a court ever issuing an

6    injunction against a state or a clinic telling them

7    that they could not enforce an abortion restriction?

8         A    Our lawsuits take years.  We're -- we're

9    still in the process of -- of making such requests.

10        Q    I understand that.  Are you aware of any

11   court that has found or has issued an injunction to

12   prevent the enforcement of an abortion regulation?

13        A    No.

14        Q    So that was true in 2020 when you were

15   creating the religious abortion ritual; is that

16   correct?

17        A    That is correct.

18        Q    And it's still true today?

19        A    That is still true today.

20        Q    So I notice that the date on this Eighth

21   Circuit opinion is June 2020.  Does that comport with

22   your recollection?

23        A    I don't dispute the -- the date, so I, you

24   know, I -- don't want to get into my recollection, but

25   I accept that it was June 2020.

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1      Q    Did that decision have an impact on the

2  decision to create the Satanic abortion ritual?

3      A    I would imagine everything, you know,

4  not -- I would say -- not isolated, but I would say

5  that the -- the lawsuits themselves were certainly

6  contributive, a contributing factor.

7      Q    Were there other contributing factors?

8      A    Yes, the -- the needs of our members.

9      Q    So why was the Satanic abortion ritual

10  developed?

11      A    We're a religious organization.  Many

12  members in the organization have had to terminate

13  their pregnancy.  And through the development of

14  this -- of this campaign and overseeing it, running

15  it, this was brought to my attention that as a

16  religious organization, we should be offering and

17  providing spiritual, emotional support to our members

18  that were consistent with our tenets.

19      Q    You had actually mentioned this before, but

20  was part of the reason to also provide a new avenue

21  for legal challenges to abortion restrictions?

22      A    I'd say that's a happy consequence, but the

23  primary motivation is to support the needs of our

24  members.

25      Q    Other than you -- I think we've already

Page 34

```
 1    afraid we lost the court reporter.  I'll back up.
 2    BY MS. KEITH-BOLDEN:
 3         Q    So we've got this allegation here, "On
 4    January 22, 2021, Ms. Doe's religious beliefs
 5    compelled her to seek a religious exemption to these
 6    regulations, both because the regulations violate her
 7    beliefs and because they substantially interfere with
 8    the Satanic Abortion Ritual"; is that correct?
 9         A    Yes.
10         Q    "The facility refused to grant it"; is that
11    also correct?
12         A    Yes.
13         Q    And then, "Neither Ms. Doe nor TST fault the
14    facility"; is that accurate?
15         A    Yes.
16         Q    You did not blame, in this case, Planned
17    Parenthood for refusing to honor that exemption
18    letter?
19         A    That is correct.
20         Q    Or the exemption?
21         A    That is correct.
22         Q    And then next, it says, "As written, the
23    regulations do not provide for religious exemptions";
24    is that also correct?
25         A    That is correct.
```

Page 44

1        Q    And then finally, "If the facility granted

2    Ms. Doe a religious exemption, the facility would

3    incur sanctions from the Department"; is that also

4    correct?

5        A    That is correct.

6        Q    Other than this lawsuit, are you aware of

7    any other lawsuits The Satanic Temple has become

8    involved in since the Dobbs vs. Jackson Women's Health

9    decision?

10       A    Well, we have two lawsuits in Texas.

11       Q    Okay.  So we've looked at one of them.  Can

12   you tell me about the other one?

13       A    They're -- I -- I believe one is -- one is

14   state and one is federal.  You know, I have to consult

15   with -- yeah, with Matthew on that, on the details he

16   can provide you.  And I'm sure he can -- you know,

17   it's public information.

18       Q    So we have two lawsuits in Texas.  Anything

19   else?

20       A    Well, we're currently suing over -- I

21   believe those are -- those are the only two

22   outstanding cases regarding reproductive rights.

23       Q    Are you aware of litigation in Idaho?

24       A    Oh, yes.

25       Q    And then some litigation in Indiana?

Page 45

```
 1         A    Yes.

 2         Q    Are you also familiar with that?

 3         A    Yes.  Yes.

 4         Q    Anything else you can think of, other than

 5    those?

 6         A    No.

 7         Q    If we go to page 25 of Exhibit 6, do you see

 8    this letter from TST's attorney to the Texas

 9    Department of State Health Services?

10         A    I'm getting there.

11         Q    Take your time.

12         A    Yes, got it.

13         Q    In the middle of the page, it looks like

14    it's the maybe second paragraph, under the bulleted

15    list.  "This letter is a demand for a religious

16    exemption to the sonogram requirement" -- and then

17    there's a citation to a statute -- "I use the word

18    'demand' in the legal sense; i.e., only as the

19    assertion of a legal right, without connoting any ill

20    will.  If this matter does turn to litigation, please

21    know that TST and Ms. Doe both support the mission of

22    Planned Parenthood and understand its obligation to

23    adhere to applicable Texas law and regulations."  Do

24    you agree with that statement?

25         A    Yes.
```

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    state restrictions"; correct?

2         A     Yeah.

3         Q     What was your involvement in this one?

4         A     This would just be whatever refinement of

5    someone else's idea that I thought with SeedX.  And

6    this is the first time where -- where it's being

7    suggested that it was Ashlee.  But yeah, I -- I might

8    have, you know, tried to make the text a little -- a

9    little -- as far as the quotes, I -- I'm sure I might

10   have honed in a little bit more on the message and

11   then certainly the, you know, the averts restriction

12   thing was the -- the decision that we -- we came to in

13   consultation with counsel as far as how to best

14   express the, you know, one of the -- the central

15   component to the campaign.

16        Q     Was this the key point of the billboard, the

17   "averts many state restrictions" language?

18        A     Well, yeah, that's -- that's sort

19   of -- that's central to the billboard, otherwise, you

20   know -- you know, it's not really conveying a whole

21   lot.

22        Q     Then we have the last one.  I think you said

23   this was your idea?

24        A     Yeah, this one would be mine too.

25        Q     What were you trying to -- go ahead.

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com



# THE SATANIC TEMPLE

# RELIGIOUS ABORTION RITUAL

## RELIGIOUS REPRODUCTIVE RIGHTS CAMPAIGN

RELIGIOUS FREEDOM ENSURES SATANISTS HAVE ACCESS TO SAFE ABORTIONS THAT ARE FREE FROM UNWARRANTED STATE INTERFERENCE.

EXHIBIT
3

SEEDX000060

# Press Release

## The Satanic Temple Announces its Abortions are Exempt from Many State Laws
### Hobby Lobby ruling means Satanists' abortion rituals are not subject to unnecessary regulations

SALEM, MA -- The Satanic Temple (TST) has announced that its religious abortions during the first trimester are exempt from state regulations that hinder access to pregnancy termination services and serve no medical purpose. TST has expressed concerns about the opportunity for its members to perform certain voluntary religious practices, specifically its abortion ritual. Currently, those seeking to terminate a pregnancy around the country may be required to endure unnecessary waiting periods, mandatory counseling, unwanted sonograms, and may be given unscientific reading materials that are designed to elicit shame and sway their decision.

TST argues that these requirements, as well as other legal obligations, are not medically necessary, and insists that Satanists are exempt from these regulations if they undergo first-trimester abortions in accordance with TST's religious ritual. The satanic abortion ritual involves the recitation of TST's Third and Fifth Tenets, which celebrate bodily autonomy and the adherence to best scientific practices, along with a personal affirmation that is ceremoniously intertwined with the abortion.

TST bases its assertions of abortion mandate exemptions on the protections provided by State Religious Freedom Restoration Acts (RFRA), which generally prohibits the government from substantially interfering with a person's free exercise of religion. This law was famously affirmed in the 2014 Hobby Lobby case, *Burwell v. Hobby Lobby Stores*, 573 U.S. 682 (2014). Hobby Lobby successfully argued that it did not have to cover the costs of certain contraceptives for their female employees despite being mandated to do so under the Affordable Care Act because its owners held a religious belief that the contraceptives were abortifacients.

TST's reproductive rights spokesperson, Jane Essex, notes, "Many states have laws that interfere with our members' ability to practice their religious beliefs. No Christian would accept a mandatory waiting period before they can partake in Communion. No Christian would tolerate a law that insists state counseling is necessary before someone can be baptized. Our members are justly entitled to religious liberty in order to practice our rituals as well."

Essex adds, "The law is clearly on our side. If RFRA states do not want to recognize our rights, they will ultimately have to claim that our abortions are not satanic. Given that many people fanatically insist that all abortions are satanic, the states' argument will be very unpopular. Not only will those who deny Satanists their religious freedom be denounced by defenders of liberty, but they will also be detested by those who demonize abortion. Hopefully, states will do the right thing and respect our legal rights."

## About The Satanic Temple
The mission of The Satanic Temple is to encourage benevolence and empathy among all people, reject tyrannical authority, advocate for practical common sense and justice, and be directed by the human conscience to undertake noble pursuits guided by the individual will. For more information on The Satanic Temple, visit https://thesatanictemple.com/.

SEEDX000061



# RFRA AT A GLANCE

The Religious Freedom of Restoration Act (RFRA), first passed
into federal law in 1993, prohibits the government from
unnecessarily inhibiting a person's right to freely exercise their
religion. Although the Supreme Court ruled that the federal
government could not enforce this mandate onto the individual
states, thirty-one states have enacted into law their own
iterations of RFRA that echo the federal legislation.

The initial purpose of RFRA was to ensure that minority
religions and their associated practices were legally protected.
In 2014, Hobby Lobby successfully used RFRA to argue that they
did not have to provide contraceptive care in their insurance
packages to their employees despite its mandate by the
Affordable Care Act (ACA). Hobby Lobby claimed that, under
RFRA, the ACA requirement violated their religious values as a
Christian organization.

As a federally-recognized religion, The Satanic Temple is
utilizing RFRA and the Hobby Lobby precedent to protect its
members from unnecessary abortion regulations that inhibit
their religious practices and force them to violate their deeply-
held beliefs.

SEEDX000062

# SATANIC ABORTION RITUAL

The Satanic Abortion Ritual is a destruction ritual that serves as a protective rite. Its purpose is to cast off notions of guilt, shame, and mental discomfort that a patient may be experiencing due to choosing to have a legal and medically-safe abortion.

Even the most confident and unapologetic individual can experience uncomfortable feelings and anxiety for choosing to terminate their pregnancy. Laws in many states that impose waiting periods and state-mandated counseling can exacerbate these feelings, as can social condemnation and outright harassment by those who oppose abortion.

Misinformation about abortion and guilt for pursuing that option can be a lot to handle. It can be exhausting and frustrating to try to shrug off and dismiss internal and external pressures, especially those driven by religious convictions that disregard the beliefs and freedoms of others. Even when one recognizes that these criticisms are invalid, they can make an already troubling time even harder.

This ritual is designed to alleviate some of these stressors and empower the patient to be guided by the Third and Fifth Tenets when pursuing their decision.

The purpose of the ritual is not to persuade someone to have an abortion if they are undecided. Rather, the ritual serves to assist in affirming their decision and to ward off the effects of unjust persecution, which can cause one to stray from the paths of scientific reasoning and free will that Satanists strive to embody.

SEEDX000063

# ABOUT THE RITUAL

# PREPARATIONS

TST's abortion ritual can be performed to address definable concerns or to overcome unproductive feelings.

The ritual, which includes the abortion itself, spans the entirety of the pregnancy termination procedure. There are steps to be performed before, during, and after the medical or surgical abortion.

Because rituals are deeply personal to those enacting them, there are variations in how it may be performed. The ritual can be personalized based on personal preferences and availability of materials. There is no need to purchase anything special or to adhere to every word. What is essential is the spirit and general intent.

One can also perform their favorite destruction ritual to target any of the unwanted feelings incited by adversity faced as a consequence of choosing to have an abortion. Feel free to take or leave whatever you wish from this one to build your own.

Before performing the ritual, you may choose to review the the safety, the debunked claims, and the scientific reality regarding abortion. You may also choose to read stories or listen to podcasts about people who made great sacrifices in the struggle to establish the reproductive rights we have today. These stories can be inspirational and may subdue stigmas you might feel from those who oppose abortion.

Your ability to choose to terminate a pregnancy is consistent with the ideals of liberty and freedom. Be proud of pursuing what you want for your life despite opposition.

# IMPLEMENTS

- A quiet space where you feel comfortable
- Something that allows you to see your reflection
- A copy of The Satanic Temple's Third and Fifth Tenets and the personal affirmation

SEEDX000064

# TENETS AND AFFIRMATIONS

## Tenet III
*One's body is inviolable, subject to one's own will alone.*

## Tenet V
*Beliefs should conform to one's best scientific understanding of the world. One should take care never to distort scientific facts to fit one's beliefs.*

## Personal Affirmation
*By my body, my blood*
*By my will, it is done.*

SEEDX000065

# PROCEDURES

**For medical abortions:**
Immediately before taking the medication(s) to terminate your pregnancy, look at your reflection to be reminded of your personhood and your responsibility to yourself. Focus on your intent. Take deep breaths, and make yourself comfortable. When ready, read the Third Tenet aloud to begin the ritual. After swallowing the medication(s), take another deep breath and recite the Fifth Tenet. After you have passed the embryo, return to your reflection, and recite the personal affirmation. Feel doubts dissipating and your confidence growing as you have just undertaken a decision that affirms your autonomy and free will. The religious abortion ritual is now complete.

**For surgical abortions:**
Prior to receiving any anesthetic or sedation, look at your reflection to be reminded of your personhood and your responsibility to yourself. Focus on your intent. Take deep breaths, and make yourself comfortable. When you are ready, say the Third Tenet and Fifth Tenet aloud. You may now undergo the surgery. After the surgery is completed and any anesthetic has worn off, return to your reflection and recite your personal affirmation. Feel doubts dissipating and your confidence growing as you have just undertaken a decision that affirms your autonomy and free will. The religious abortion ritual is now complete.

SEEDX000066

# Sample Letter for Members to Request Religious Exemption

July 8, 2020

[addressee]

Re: Demand for religious exemption to abortion restrictions

To whom it may concern,

I am a pregnant person and a Satanist beginning the process of an abortion ritual. I am aware that State law implements generally-applicable restrictions on abortions. However, State law also provides for religious exemptions to generally-applicable rules which impose a substantial burden on religious beliefs or practices. This letter lays out my claim for a religious exemption to generally-applicable restrictions on abortions.

As an adherent to the principles of The Satanic Temple ("**TST**"), my sincerely-held religious beliefs include:

- My body is inviolable and subject to my will alone.
- I may make decisions regarding my health based on the best scientific understanding of the world, even if the religious or political beliefs of others fail to account for the science.
- My inviolable right to bodily autonomy includes the right to make decisions about fetal or embryonic tissue I carry, provided that the tissue is unable to survive outside my body as an independent human being.
- I, alone, decide whether to remain pregnant and, in my sole discretion, may disregard the current or future condition of any fetal or embryonic tissue I carry.

These beliefs are put to practice in TST's abortion ritual. The purpose of the ritual is to free me from the cultural stigma surrounding this medical procedure by providing me spiritual sustenance, affirming my self-worth, and asserting my bodily and spiritual autonomy from pseudoscientific ideas propagated by others.

Demand for religious exemption to abortion restrictions                      Page 1 of 2

SEEDX000067



The abortion procedure is central to the ritual. Throughout the process, I will place myself in a meditative and contemplative state and will focus my mind on diminishing my doubts and reinforcing my confidence in my ability to make decisions that affect my body. During the abortion, I will ceremoniously recite the Third and Fifth Tenets[1,2]. The culmination of this ceremonial rite is the abortive act. Upon completion, I will solemnly recite the affirmation, "By my body, my blood; By my will, it is done."

Because the abortive act is inextricably linked to the religious rite, a burden on the act is a burden on the rite.  State law implements some or all of the following generally-applicable burdens on the abortive act, each of which substantially interfere with my religious beliefs and practices:

- Mandatory waiting periods.
- Requirements that practitioners withhold certain medical information.
- Compulsory counseling prior to an abortion.
- Required reading materials.
- Medically unnecessary sonograms.
- Mandatory listening to the fetal heartbeat.
- Burial or cremation of fetal remains.

Based on the foregoing, I demand a religious exemption to these generally-applicable restrictions.

Sincerely,

_____

[1] Tenet III provides: "One's body is inviolable, subject to one's own will alone."
[2] Tenet V provides: "Beliefs should conform to one's best scientific understanding of the world. One should take care never to distort scientific facts to fit one's beliefs."

Demand for religious exemption to abortion restrictions                                    Page 2 of 2

SEEDX000068

# Religious Abortions FAQ

## 1.  Why has TST created a religious abortion ritual?

The Satanic Temple members' right to exercise free will over their own body is often jeopardized by social expectations, pseudoscience, and public attempts to instill guilt and shame for their decisions. The termination of a pregnancy can be emotionally trying for these reasons and others. To assist members who go through this process, TST has reached out to those who have directly and indirectly experienced this process to develop a ritual that is firmly tied to our religious beliefs and is designed to elicit comfort and resilience.

## 2. What is a religious abortion?

For Satanists, a religious abortion involves the recitation of TST's Third Tenet at the onset of the medical or surgical procedure, TST's Fifth Tenet during the process, and a personal affirmation immediately upon completion. More elaborate augmentations may be performed for those who are so inclined. The ritual is intended to make the experience more tolerable as even the strongest and securest of individuals can find the experience to be emotionally trying. The liturgy is not meant to convince one to have an abortion but rather to affirm and destigmatize one's independent decision to undergo an abortion by reinforcing confidence and self-worth. However, not *all* abortions are Satanic. Only abortions performed as an integral part of TST's religious abortion ritual are Satanic and are thus exempt from states' unnecessary and burdensome regulations.

## 3. What legal rights does a religious abortion provide?

In states that have enacted the Religious Freedom Restoration Act (RFRA), Satanists should be exempt from unnecessary abortion regulations present during the first trimester such as waiting periods, counseling, unwanted sonograms, and unscientific reading materials about abortions. These regulations unnecessarily and substantially interfere with TST members' capacity to perform the religious ritual. Laws that inhibit abortion access and do not promote better outcomes violate TST's belief that one's body is subject to one's own will and decisions should be made based the value of science. A clinic may be hesitant to recognize the legal rights of TST members, and, if requested, we will take legal action to protect the TST members' religious liberty.

## 4. How does one request exemptions from laws that interfere with TST's religious abortion ritual?

TST has prepared a letter that puts the clinic on notice that under RFRA, a Satanist's religious abortion is exempt from state interference that serves no compelling purpose, such as waiting periods. The letter also explains the procedure of the religious ritual so they know what to expect. Because the ritual does not interfere with the medical or surgical procedure of the abortion itself, it should not present any issues with the practitioner.

## 5. What do I do if the clinic does not honor my exemption request?

Notify TST immediately. We will do our best to resolve the situation and decide whether to take legal action.  Contact religiousabortions@thesatanictemple.com with your name and phone number to start this process.

SEEDX000069



# SUMMARY

- TST has announced its religious abortion ritual and claims it exempts Satanists seeking first-trimester abortions in RFRA states from being subjected to unnecessary regulations that hinder one's access to the procedure.

- Religious abortions involve the recitation of two of TST's tenets and a personal affirmation ceremoniously intertwined with the abortion to spiritually assert one's sense of worth and confidence while undergoing the procedure.

- RFRA prohibits the enforcement of legislation that unnecessarily interferes with one's right to freely practice their religion.

- The religious abortion ritual for Satanists is protected by RFRA. TST will take legal action if a RFRA state wrongly interferes with a Satanist's ability to perform the abortion ritual.

- TST's Religious Reproductive Rights campaign strives to ensure that access to reproductive medical services for its members is consistent with the organization's religious beliefs.

SEEDX000070

# About The Satanic Temple

The Satanic Temple (TST) is a non-theistic religious organization that promotes free-thought, empathy, scientific reasoning, and dignity for every individual. Contrary to popular belief, TST does not worship any anthropomorphic deity or believe in the supernatural. Instead, the organization uses Satan as a metaphor for celebrating religious pluralism, embracing individuality, and promoting one's personal independence from arbitrary authority.

Founded in 2012 by Malcolm Jarry and Lucien Greaves, TST now has over 300,000 members world-wide. In addition, the organization also has both national and international chapters that spread the benevolence and goodwill for which TST advocates. Individual chapters have organized social projects to better their communities by distributing supplies to the homeless, cleaning up public parks and roadways, and collecting sanitary items to donate to women's shelters.

TST's parent entity, based in Salem, Massachusetts, confronts religious discrimination to secure the separation of church and state and defend the Constitutional rights of its members. In response to Oklahoma and Arkansas placing a Ten Commandments statue on Capitol grounds, TST offered its bronze Baphomet statue to stand alongside the Christian monuments. TST hosts the "After School Satan" club to counter the Evangelical "Good News Clubs" in public schools across the country to promote a plurality of religious viewpoints. Its national campaign, Project Children Project, works to defend children's religious rights in schools and protect them from corporal punishment. TST is also the subject of the academic analysis of modern Satanism, *Speak of the Devil,* and the 2019 critically-acclaimed documentary, *Hail Satan?*

TST's Religious Reproductive Rights campaign has sued Missouri and Indiana regarding their abortion regulations that impede a Satanist's access to a dignified and scientific procedure in accordance with its Seven Tenets. TST's institution of the religious abortion ritual will be the newest addition to its fight for the justice from which religious minorities are often deprived.

SEEDX000071

# CONTACT THE SATANIC TEMPLE

Visit https://tst.link/August5 to watch the announcement's live stream and Q&A session.

For more information about Satanic abortions, visit https://bit.ly/TST-Abortions.



For more information about TST's mission, visit www.thesatanictemple.com.

Contact TST's publicist at

press@thesatanictemple.com

for further media inquiries.

SEEDX000072

<div style="border:1px solid;">EXHIBIT
4</div>



# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, INC. and ANN DOE | CASE NO. 4:21-CV-00387 |
| PLAINTIFF, | |
| v. | COMPLAINT SEEKING DECLARATORY AND INJUNCTIVE RELIEF |
| JOHN WILLIAM HELLERSTEDT, MD, in his official capacity as Executive Commissioner of the DEPARTMENT OF STATE HEALTH SERVICES, | |
| TEXAS DEPARTMENT OF STATE HEALTH SERVICES, and | |
| PLANNED PARENTHOOD CENTER FOR CHOICE, INC. | |
| DEFENDANTS. | |

COMES NOW Plaintiff The Satanic Temple ("TST"), by and through counsel Matthew A. Kezhaya (AR # 2014161, *pro hac vice* pending) of Kezhaya Law PLC, and Brad Ryynanen (TX # 24082520), of the Ryynanen Law Office PLLC with a complaint seeking declaratory and injunctive relief.

## EXPLANATORY NOTE

1. This complaint asks for judicial review of four Texas abortion regulations through the lens of religious liberty. As further detailed below, TST and its membership holds religious beliefs and practices surrounding the abortive act which are entitled to protection from state interference under both Federal law and Texas law.

2. Ann Doe is a member of TST who intends to engage in a religious ceremony that will culminate in the abortive act. Texas abortion regulations interfere with this ceremony, which raises constitutional suspicions. As further detailed below, the regulations fail constitutional scrutiny and

---

Complaint

fail scrutiny under the Texas Religious Freedom Restoration Act ("TRFRA.")

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this case under 28 USC § 1331 (federal question) because TST complains of alleged constitutional violations under color of state law which are actionable under 42 USC § 1983 (authorizing a cause of action for such claims) and 28 USC § 2201 (authorizing declaratory judgments), both of which are federal laws. See also Ex parte Young, 209 U.S. 123 (1908).  Under Ex parte Young, state officials, like Cecil Young, who enforce an unconstitutional law are stripped of their official character and become merely another citizen who can constitutionally be brought before a court by a party seeking injunctive relief.

4. This Court has supplemental jurisdiction over the TRFRA claim under 28 USC § 1367.  This state law claim is so related to the federal claims that it forms part of the same case or controversy.

5. Texas has expressly waived its Eleventh Amendment immunity to suit for the TRFRA claim. See TEX. CIV. PRAC. & REM. CODE § 110.008.

6. This Court has general personal jurisdiction over Defendants because they all exist or regularly conduct business within this District.  This Court has specific personal jurisdiction over Defendants because the situs of the injury sought to be avoided will take place in this District and it is reasonable to exercise jurisdiction here because the relevant facility is located within this District.

7. Venue properly lies with this Court under 28 USC § 1391(b) because the conduct complained of happened in this Court's District.

## PARTIES

8. **The Satanic Temple, Inc.**, plaintiff, (abbreviated to "**TST**") is a famous IRS-recognized atheistic religious corporation with its principal place of business in Salem, Massachusetts.  TST's membership exceeds 270,000 and was recently the subject of the acclaimed film, "Hail Satan?" (2019,

Magnolia Films).  See also <u>Satanic Temple v. City of Scottsdale</u>, No. CV18-00621-PHX-DGC, 2020 WL 587882 (D. Ariz. Feb. 6, 2020) (holding that TST is a bona fide religion).  TST's membership can be found in every state, including Texas.  TST venerates (but does not worship) the biblical adversary as a promethean icon against tyranny.  For TST and its membership, the Satan described in Paradise Lost and like works is a revolutionary antihero who stood up against impossible odds to seek justice and egalitarianism for himself and others.  TST propagates its Seven Tenets:

(1)      One should strive to act with compassion and empathy toward all creatures in accordance with reason.

(2)      The struggle for justice is an ongoing and necessary pursuit that should prevail over laws and institutions.

(3)      One's body is inviolable, subject to one's own will alone.

(4)      The freedoms of others should be respected, including the freedom to offend.  To willfully and unjustly encroach upon the freedoms of another is to forgo one's own.

(5)      Beliefs should conform to one's best scientific understanding of the world.  One should take care never to distort scientific facts to fit one's beliefs.

(6)      People are fallible.  If one makes a mistake, one should do one's best to rectify it and resolve any harm that might have been caused.

(7)      Every tenet is a guiding principle designed to inspire nobility in action and thought.  The spirit of compassion, wisdom, and justice should always prevail over the written or spoken word.

https://thesatanictemple.com/pages/about-us (last visited November 11, 2020).  One of TST's religious ceremonies is the Satanic Abortion Ritual, described in detail below.  TST sues on behalf of itself and its membership, seeking a declaratory judgment that TST's membership is entitled to a

religious exemption to Texas abortion regulations whenever the regulations act as a substantial interference on the member's Satanic Abortion Ritual.

9. **Ann Doe**, plaintiff, sues anonymously because she wants to avoid the catastrophic side-effects from the controversy surrounding this case and the deeply personal nature of the subject of this dispute. Doe is a pregnant woman who resides at least 100 miles from the nearest abortion clinic, which is the Planned Parenthood Center for Choice, Inc. facility in Houston, TX. Doe is a TST member, and has been since before she became pregnant. Doe wants to participate in TST's Satanic Abortion Ritual unrestrained by the Texas regulations described below.

10. **Dr. JOHN WILLIAM HELLERSTEDT**, defendant, is the Commissioner of the Texas Department of State Health Services. Dr. Hellerstedt is being sued in his official capacity, only.

11. The **Texas Department of State Health Services**, defendant, is the Texas agency responsible for enforcing the complained-of Texas abortion regulations.

## STANDING

12. TST has direct standing because the complained-of regulations are anathema to TST's Satanic Abortion Ritual and core tenets.

13. TST also has associational standing to present the claims of other members, similarly situated to Ms. Doe, who want to participate in the Satanic Abortion Ritual but are impacted by these regulations.

14. TST's organizational purposes include litigating to protect the religious liberty rights of TST's membership. Thus, this lawsuit is germane to TST's organizational purposes.

15. Due to the cost of litigation and the short window between "unripe" abortion claims and "moot" ones, these members cannot vindicate their own rights.

16. Their participation is not "necessary" to the litigation, even though some of them may provide

evidence, because only enough participation to show a pattern is needed.  See Ass'n of Am. Physicians
& Surgeons, Inc. v. Texas Med. Bd., 627 F.3d 547 (5th Cir. 2010).

17. TST thus sues, both directly and on behalf of its affected membership, for an order to require
the Department to create a mechanism for seeking an exemption to these regulations insofar as they
substantially interfere with the Satanic Abortion Ritual.

<p style="text-align:center"><span style="font-variant:small-caps">Facts Alleged</span></p>

18. Ms. Doe is a pregnant woman and a TST member who is looking to participate in TST's
Satanic Abortion Ritual but is forced to comply with certain regulations to which she has a religious
objection.

## What makes TST's abortion ritual "religious"

19. Part of this case will require proving that Ms. Doe's decision to engage in the Satanic Abortion
Ritual is meaningfully different than getting a secular abortion.

20. That requires some important background on what it means to be "Satanic."

21. The following is not an invitation to litigate the truth, the reasonableness, or the centrality of
the Display to TST's beliefs or practices.  E.g. Employment Div., Dep't of Human Res. of Oregon v.
Smith, 494 U.S. 872, 887, 110 S. Ct. 1595, 1604 (1990) ("Repeatedly and in many different contexts,
we have warned that courts must not presume to determine the place of a particular belief in a religion
or the plausibility of a religious claim.")

22. TST shares with all other Satanic groups a veneration for the biblical concept *ha satan* (literally:
"the adversary" or "the accuser.")

23. *Ha satan* is a description of being, not a particular individual.

24. Satanism, broadly, can be roughly divided into "nontheistic" and "theistic" groups.

25. Nontheistic Satanists venerate the concept of the Biblical Satan and may participate in ritual,

but do not literally worship the divine entity that Christians identify as "The Devil" and do not have any expectation that participating in ritual, by itself, will affect the outside world.

26. Ritual is not useless to a nontheistic Satanist, however. Ritual has a powerful, and studied, effect on the subjective experience of the participants. Hobson NM, Schroeder J, Risen JL, Xygalatas D, Inzlicht M. *The Psychology of Rituals: An Integrative Review and Process-Based Framework*. Personality and Social Psychology Review. 2018;22(3):260-284. doi:10.1177/1088868317734944.

27. TST is a nontheistic branch of Satanism. This is enshrined in TST's Fifth Tenet ("Beliefs should conform to one's best scientific understanding of the world. One should take care never to distort scientific facts to fit one's beliefs"), which posits that beliefs and actions should be guided by scientific consensus, not tradition or superstition.

28. Theistic Satanists differ from nontheistic Satanists by taking the extra step to literally worship a deity that Christians identify as "The Devil." If they participate in ritual magic, a theistic Satanist will believe that the ritual, by itself, causes an effect on objective reality.

29. Satanists–nontheistic or otherwise–believe that authority is to be rebelled against ("accused") if it is tyrannical.

30. When something becomes "tyranny" is the subject of TST's religious doctrine. Suffice it to say that TST finds the regulations at issue "tyranny."

31. This is an inversion of Christian norms, which holds that authority–particularly divine authority–is not to be questioned.

32. Another Satanic inversion of Christian norms is the balance of perceived importance between the self and the outside world.

33. To Satanists, the self should be assigned a greater importance than the outside world. This is an inversion of the Christian norm, that for example, the outside world (God and the Church) may

freely dictate the thoughts and actions of the adherents.

34. TST's membership does not subscribe to humility as a virtue and self-deprecation as a lifestyle. TST's membership does not denigrate desires and practices that they enjoy which does not harm others.

35. TST has enshrined this belief in the Third Tenet ("One's body is inviolable, subject to one's own will alone.")

36. Other common applications of bodily inviolability include a religious objection against corporeal punishment of minors, a liberal view on body modification, and unwavering acceptance of the LGBTQ+ community.

37. TST and its membership are nontheistic Satanists, with an added influence by the philosophy of the Enlightenment Thinkers.

38. The core philosophy behind TST's Satanism is in propounding those elemental propositions that—we believe—all nontheistic Satanists can agree upon: the pursuit of "justice" and "empathy" is "good" and our worldview should be determined exclusively by reason, with room to grow or change based on new evidence.

39. In this worldview, TST shares much with the Founding Fathers. This great nation began as an act of insurrection against a tyrant-king who claimed divine authority. The Founding Fathers pursued justice and egalitarianism for all. Replace George Washington with Satan, and TST's membership sees no substantive difference.

40. TST's membership holds the Founding Fathers and the Constitution in high esteem.

41. But despite holding these ideals in the highest esteem, TST makes no claim to having the "highest ideal" or "divine truth," and will vigorously defend religious freedom in its many forms.

42. This commitment to pluralism is rooted in a profound respect for the individual but is

accompanied by an unflinching demand for reciprocity.

43. As addressed above, many of TST's membership believe that ritual can have an important place in the life of its adherents.

44. Other than the Satanic Abortion Ritual, TST's membership engages in destruction rituals (ceremonious destruction of items with symbolic meaning), the Unbaptism (ceremonious casting off of religious indoctrination), various meditations and mantras, and sex magic.  See generally Shiva Honey, The Devil's Tome: A Book of Modern Satanic Ritual (Serpentinae, March 25, 2020).

45. There are other rituals, too.  The point is that the Satanic Abortion Ritual is not an end-run around abortion regulations.

46. TST developed the Satanic Abortion Ritual to help its membership cast off guilt, shame, and mental discomfort that the member may be experiencing in connection with their election to abort the pregnancy.  See Exhibit A.

47. The Ritual also confirms the member's choice and wards off effects of unjust persecution. Id.

48. Here, the unjust persecution is an improper effort of the State (the "outside world") to infringe on the decision-making of a member about her own health decision (the "inside world.")

49. This tension is recognized as a secular legal issue.  See Planned Parenthood of Se. Pennsylvania v. Casey, 505 U.S. 833, 852, 112 S. Ct. 2791, 2807, 120 L. Ed. 2d 674 (1992) (recognizing a woman's right to choose as originating from the "zone of conscience and belief.")

50. But for TST's membership (including Ms. Doe), it is more than a simple privacy interest.

51. For plaintiffs, the State's intrusion into a member's decision about their own body is a tyrant overpowering resistance to compel beliefs and actions.  It's an abuse of power.

52. Not only is it an abuse of power, but the political rhetoric surrounding abortion is notably religious.

53. So, from the perspective of a Satanist, abortion regulations place the State in the role of tyrant-king which claims divine authority to in an effort to make the Satanist feel guilt, doubt, and shame on an issue of religious significance. This is deeply offensive to those who subscribe to the Third Tenet.

54. The Satanic Abortion Ritual was created to combat those efforts and, for TST's membership, it is empowering to assert or re-assert (as appropriate) power and control over their own mind and body.

55. To implement the Satanic Abortion Ritual, it depends on the nature of the abortion.

56. For surgical abortions:

> Immediately before receiving any anesthetic or sedation, look at your reflection to be reminded of your personhood and responsibility to yourself. Focus on your intent, take deep breaths, and make yourself comfortable. When you are ready, say the Third Tenet aloud. The surgery can now begin. During the operation, take another deep breath and recite the Fifth Tenet. Immediately after the surgery, return to your reflection and recite the personal affirmation. Feel the doubts dissipating and your confidence growing as you have just undertaken a decision that affirms your autonomy and free will. The religious abortion is now complete.

**EXHIBIT A** at p. 4.

57. For medical abortions:

> Immediately before taking the medication(s) to terminate your pregnancy, look at your reflection to be reminded of your personhood and responsibility to yourself. Focus on your intent, take deep breaths, and make yourself comfortable. When you are ready, read the Third Tenet aloud to begin the ritual. After swallowing the medication(s), take another deep breath and recite the Fifth Tenet. After you have passed the embryo, return to your reflection and recite the personal affirmation. Feel the doubts dissipating and your confidence growing as you have just undertaken a decision that affirms your autonomy and free will. The religious abortion is now complete.

Id.

## Ms. Doe needs an exemption

58. The last day of a woman's period is used as the date to mark the beginning of pregnancy.

59. December 5, 2020 was the last day of Ms. Doe's period.

60. Ms. Doe learned that she was pregnant in early-January or mid-January, 2021.

61. After that, Ms. Doe considered her options and then resolved to abort the pregnancy.

62. Ms. Doe also resolved to use the Satanic Abortion Ritual for its intended purposes.

63. Ms. Doe lives more than 100 miles from any nearby abortion facilities.

64. The closest facility to Ms. Doe is the Planned Parenthood facility in Houston, Texas.

65. Ms. Doe reached out to the facility to arrange for her medical appointments.

66. Through the course of her communications with the facility, Ms. Doe learned of certain abortion regulations which act as an impediment to Ms. Doe being able to participate in the Ritual.

67. Ms. Doe takes issue with the following regulations:

    (a)  A requirement to have a sonogram as a precondition of obtaining an abortion,

    (b)  A forced decision to reject the "opportunity" of seeing the sonogram results,

    (c)  The forced listening to a narrative of the sonogram results, and

    (d)  A mandatory waiting period between the sonogram and receiving the abortion.

See TEX. HEALTH & SAFETY CODE § 171.012(a)(4) and (5) and TEX. HEALTH & SAFETY CODE § 171.0122.

68. Ms. Doe perceives no medical basis for Texas to require a sonogram before an abortion.  See Dr. Jen Russo, "Mandated Ultrasound Prior to Abortion" *Virtual Mentor*. 2014;16(4):240-244. doi: 10.1001/virtualmentor.2014.16.4.ecas1-1404.

69. Ms. Doe objects to the sonogram requirement as violative of the Fifth Tenet.

70. There being no medical need for the sonogram, Ms. Doe objects to the related regulations

(forced rejection of the "opportunity" to see the results, the forced listening of the narrative explanation, and the mandatory waiting period) all as violative of the Fifth Tenet.

71. These requirements' sole apparent purpose is to influence some patients away from the abortion and toward childrearing.  See Gatter M, Kimport K, Foster DG, Weitz TA, Upadhyay UD. Relationship between ultrasound viewing and proceeding to abortion. *Obstet Gynecol.* 2014;123(1):81-87.

72. As explained above, Ms. Doe objects as violative of the Third Tenet to these requirements' as efforts to control the decisions she makes for herself and her body.

73. Additionally, the requirement of a sonogram increases the financial cost of the abortion.

74. For Ms. Doe, the sonogram makes the abortion cost $150 more.

75. Ms. Doe has limited financial resources.

76. Ms. Doe does not want to expend her limited funds on a medical procedure which she objects to.

77. By regulating the abortive act and refusing to grant exemptions for the Satanic Abortion Ritual, the State has placed a barrier between Ms. Doe and her ceremony.

78. On January 22, 2021, Ms. Doe's religious beliefs compelled her to seek a religious exemption to these regulations: both because the regulations violate her beliefs and because they substantially interfere with the Satanic Abortion Ritual.

79. The facility refused to grant it.

80. Neither Ms. Doe nor TST fault the facility.

81. As written, the regulations do not provide for religious exemptions.

82. If the facility granted Ms. Doe a religious exemption, the facility would incur sanctions from the Department.

83. Through counsel, Ms. Doe issued a TRFRA demand letter to the facility and the Department.

**EXHIBIT B.**

84. Neither the facility nor the Department did not grant a religious exemption.

85. Ms. Doe's appointment is on February 6, 2021.

86. Being within the first trimester, the fetus is nonviable.

87. Absent the relief prayed for below, Ms. Doe's religious objections will be overrun and her participation in the Satanic Abortion Ritual will be substantially interfered with.

## CAUSES OF ACTION

### Count 1
Hybrid Free Speech / Free Exercise claim

88. The Free Exercise Clause prohibits the Government from making a law "prohibiting the free exercise" of religion.  U.S. Const. amend. I; see also Cantwell v. Connecticut, 310 U.S. 296, 303, 60 S.Ct. 900, 903, 84 L.Ed. 1213 (1940) (the First Amendment prohibition is applicable to the States as incorporated into the Fourteenth Amendment).

89. The Free Speech Clause prohibits the Government from "abridging the freedom of speech." Id.

90. The First Amendment, which includes the Free Speech and Free Exercise Clauses, was drafted to protect against political division along religious lines. Lemon v. Kurtzman, 403 U.S. 602, 622, 91 S. Ct. 2105, 2116, 29 L. Ed. 2d 745 (1971).

91. To that end, the Free Exercise Clause prohibits governmental restraint on the free exercise of religion.  U.S. Const. Amend. I ("Congress shall make no law . . . prohibiting the free exercise [of religion]"); Braunfeld v. Brown, 366 U.S. 599, 607, 81 S. Ct. 1144, 1148 (1961) ("If the purpose *or effect* of a law is to . . . discriminate invidiously between religions, that law is constitutionally invalid even

though the burden may be characterized as being only indirect") (emphasis added); see also <u>Church of the Lukumi Babalu Aye, Inc. v. City of Hialeah</u>, 508 U.S. 520, 534, 113 S. Ct. 2217, 2227, 124 L. Ed. 2d 472 (1993) ("Facial neutrality is not determinative.")

92. Likewise, the Free Speech Clause prohibits governmental suppression of expression—particularly to include religious expression. <u>Capitol Square Review and Advisory Bd. v. Pinette</u>, 515 U.S. 753, 760 (1995) ("government suppression of speech has so commonly been directed *precisely* at religious speech that a free-speech clause without religion would be Hamlet without the prince.") (emphasis in original)

93. By officiating the Satanic Abortion Ritual, Ms. Doe (and TST's similarly situated members) will be uttering religiously charged speech and will be engaging in religious conduct.

94. Texas places barriers between Ms. Doe (and TST's similarly situated members) and this religious speech and conduct by first requiring she undergo a medically unnecessary operation, requiring she reject the "opportunity" to see the results of the imaging, requiring she listen to the narrative of and results of the imaging, and requiring she wait.

95. As applied to Ms. Doe (and TST's similarly situated members), these regulations are constitutionally suspect barriers between an officiant and their religious speech and conduct.

96. Therefore, the complained-of regulations are constitutionally suspect and must survive strict scrutiny under <u>Braunfield</u>.

97. Pursuant to 42 USC § 1983 and 28 USC § 2201, the Court should declare these regulations unconstitutional as applied to Ms. Doe and TST's similarly situated members because they "abridge" or "prohibit the free exercise" of religious speech and conduct.

98. The Court should issue permanent injunctions (1) barring the Department from enforcing this regulation in a manner that interferes with TST's Satanic Abortion Ritual and (2) requiring the

Department to develop a mechanism to accommodate TST's Satanic Abortion Ritual.  42 USC § 1983 (authorizing injunctive relief).

## Count 2
### Equal Protection

99. The Fourteenth Amendment prohibits Texas from disparately treating similarly situated classes of people.  Plyler v. Doe, 457 U.S. 202, 216-17, 102 S. Ct. 2382, 2394 (1982); see also U.S. Const. Amend. XIV ("nor shall any State . . . deny to any person within its jurisdiction the equal protection of the laws.")

100.        When a regulation disadvantages a suspect class or the exercise of a fundamental right, like the free exercise of religion, the regulation is presumptively unconstitutional and must be justified by a showing that the regulation is precisely tailored to a compelling governmental interest.  Id.

101.        Or, when "important but not fundamental" rights are impacted, the governmental regulation must be justified by a showing of a substantial interest which is closely related to the regulation.  Id.; see also District of Columbia v. Heller, 554 U.S. 570 at fn. 27 (2008) (rejecting the rational basis test because, otherwise, constitutional guarantees would be "redundant with the separate constitutional prohibition on irrational laws.")

102.        At issue under this count is the "narrative" regulation.  TEX. HEALTH & S § 171.0122(d).

103.        The "narrative" regulation delineates between two classes of pregnant women who don't want to listen to the narrative of the result:

104.        On the one hand: victims of a sexual crime, minors with a judicial bypass, and women pregnant with a fetus with an irreversible medical condition or abnormality; and

105.        All other pregnant women, importantly to include those who intend to participate in

TST's Satanic Abortion Ritual.

106.     Both are similarly situated in that they are pregnant and don't want to listen to the narrative of the result.

107.     But the regulation only permits the former camp to reject the narrative.

108.     The latter camp must suffer through the explanation.

109.     This regulation must survive strict scrutiny. It impacts the fundamental right of free exercise of religion because Ms. Doe and TST's similarly situated members intend to participate in the Satanic Abortion Ritual without first listening to the narrative.

110.     Alternatively, it must survive intermediate scrutiny because it impacts the Fourteenth Amendment's right to choose.

111.     Pursuant to 42 USC § 1983 and 28 USC § 2201, the Court should declare this regulation unconstitutional as applied to Ms. Doe and TST's similarly situated members because it fails to accommodate a religious exemption.

112.     The Court should issue permanent injunctions (1) barring the Department from enforcing this regulation in a manner that interferes with TST's Satanic Abortion Ritual and (2) requiring the Department to develop a mechanism to accommodate TST's Satanic Abortion Ritual. 42 USC § 1983 (authorizing injunctive relief).

## Count 3
### Violation of Casey

113.     The Fourteenth Amendment prohibits Texas from enacting an "undue burden" on a nonviable fetus, i.e. an "a substantial obstacle in the path of a woman seeking an abortion of a nonviable fetus." Planned Parenthood of Se. Pennsylvania v. Casey, 505 U.S. 833, 877, 112 S. Ct. 2791, 2820, 120 L. Ed. 2d 674 (1992); see also U.S. Const. amend XIV § 1 ("nor shall any State deprive

any person of life, liberty, or property, without due process of law").

114.     By requiring a sonogram before Ms. Doe can get an abortion, the State has imposed an "undue burden" on Ms. Doe's decision to seek an abortion of a nonviable fetus.

115.     The financial requirement attending the sonogram is an "undue burden." Cf. Texas Med. Providers Performing Abortion Servs. v. Lakey, 667 F.3d 570, 576 (5th Cir. 2012) (the Fifth Circuit has held that the sonogram, itself, is not an undue burden but did not address the financial costs of the sonogram).

116.     Pursuant to 42 USC § 1983 and 28 USC § 2201, the Court should declare the sonogram requirement unconstitutional as applied to Ms. Doe and TST's similarly situated members because it incurs an additional financial cost to the abortion.

117.     The Court should issue either of two permanent injunctions: (1) the Department is barred from enforcing this regulation; or (2) the Department shall pay all costs of the sonogram for Ms. Doe and TST's similarly situated members.  42 USC § 1983 (authorizing injunctive relief).

## Count 4
### Violation of TRFRA

118.     To some extent, the constitutional issues will need to overcome Employment Div., Dep't of Human Res. of Oregon v. Smith, 494 U.S. 872, 110 S. Ct. 1595 (1990) (holding that generally applicable rules that only impact free exercise, unaccompanied by evidence of an intention to prohibit religious practices, need not survive strict scrutiny).

119.     Texas encoded the Texas Religious Freedom Restoration Act in response to Smith. See TEX. CIV. PRAC. & REM.CODE § 110.001 et seq. ("TRFRA").

120.     Under TRFRA, it is irrelevant that the regulations at issue are generally applicable and it is irrelevant whether the regulations were motivated by religious discrimination.  The applicable

questions are (1) whether any of the regulations are a "substantial interference" with the free exercise of religion; and (2) if so, whether the regulations can survive strict scrutiny.

121.     Plaintiffs expect an argument that TST's Satanic Abortion Ritual cannot "really" be religious because other people engage in secular abortions.

122.     The Texas Supreme Court has already resolved this argument in favor of TST. <u>Barr v. City of Sinton</u>, 295 S.W.3d 287, 300 (Tex. 2009) ("the fact that a halfway house can be secular does not mean that it cannot be religious.")

123.     The regulations are a substantial interference with Ms. Doe's and TST's similarly situated members because they place hurdles in front of religious speech and religious conduct. The State might as well tax and regulate the act of prayer.

124.     The State must raise and prove a compelling interest and how the regulation is precisely tailored to it.

125.     Plaintiffs issued appropriate demand correspondence before filing this lawsuit. Exhibit B.

126.     The governmental infringement of Ms. Doe's–and, by association, TST's–religious liberty is "imminent" because Ms. Doe's religious objections will be overrun on February 6, 2021. Thus, the 60 day waiting period does not apply. See TEX. CIV. PRAC. & REM.CODE § 110.006(b).

## <u>PRAYER FOR RELIEF</u>

**WHEREFORE** Plaintiffs pray for relief as follows.

1.  The Court should declare the regulations at issue unconstitutional as applied to Ms. Doe and TST's similarly situated members.

2.  The Court should issue a permanent injunction against the Department to bar enforcement of the regulations insofar as they substantially interfere with the Satanic Abortion Ritual.  Id.

3.   The Court should issue a permanent injunction against the Department to require the creation and enforcement of regulations that accommodate the Satanic Abortion Ritual. Id.

4.   The Court should issue a temporary restraining order against the Department and the facility, as prayed for in the separate emergency motion for temporary restraining order. Id.

5.   The Court should order compensation to TST for costs and attorney's fees.  42 USC § 1983 and FRCP 54.

6.   And the Court should order all other relief to which it finds TST entitled.  FRCP 54(c).

Respectfully submitted,        Date:   February 5, 2021

By:      /s/ Matthew A. Kezhaya
         Attorney-in-charge (*pro hac vice* pending)
         Matthew A. Kezhaya, ABA # 2014161
         Kezhaya Law PLC
         1202 NE McClain Road
         Bentonville, AR 72712
         P: 479-431-6112
         Email: matt@kezhaya.law

         /s/ Brad Ryynanen
         Brad Ryynanen
         Texas Bar No. 24082520
         The Ryynanen Law Office, PLLC
         515 Centre Street, # 4471
         Dallas, TX 75208
         P: 214-972-8640
         Email: brad@bdrlegal.com

## EXHIBIT LIST

A.  Religious abortion ritual pamphlet

B.  TRFRA demand letter

# Exhibit A

# SATANIC ABORTION RITUAL

The Satanic Abortion Ritual is a destruction ritual that serves as a protective rite. Its purpose is to cast off notions of guilt, shame, and mental discomfort that a patient may be experiencing due to choosing to have a medically safe and legal abortion.

Even the most confident and unapologetic individual can experience uncomfortable feelings and anxiety for choosing to terminate their pregnancy. Laws in many states that impose waiting periods and state-mandated counseling can exacerbate these feelings, as can social condemnation and outright harassment by those who oppose abortion.

Misinformation about abortion and guilt for pursuing that option can be a lot to handle. It can be exhausting and frustrating to try to shrug off and dismiss internal and external pressures, especially those driven by religious convictions that disregard the beliefs and freedoms of others. Even when one recognizes that these criticisms are invalid, they can make an already troubling time even harder.

This ritual is intended to alleviate some of these stressors and empower the patient to be guided by the Third and Fifth Tenets when pursuing their decision.

The purpose of the ritual is not to persuade someone to have an abortion if they are undecided. Instead, the ritual serves to assist in confirming their decision and to ward off the effects of unjust persecution, which can cause one to stray from the paths of scientific reasoning and free will that TST members strive to embody.



Case 4:21-cv-00387   Document 1-5   Filed on 02/05/21 in TXSD   Page 3 of 5

# ABOUT THE RITUAL

TST's abortion ritual can be performed to address definable concerns or to overcome unproductive feelings.

The ritual, which includes the abortion itself, spans the entirety of the pregnancy termination procedure. There are steps to be performed before, during, and after the medical or surgical abortion.

Because rituals are deeply personal to those enacting them, there are variations in how it may be performed. The ritual can be personalized based on personal preferences and availability of materials. There is no need to purchase anything special or to adhere to every word. What is essential is the spirit and general intent.

One can also perform their favorite destruction ritual to target any of the unwanted feelings incited by adversity faced as a consequence of choosing to have an abortion. Feel free to take or leave whatever you wish from this one to build your own.

# PREPARATIONS

Before performing the ritual, you may choose to review the science about the safety and reality of abortion and the debunked claims from those who oppose abortion. You may also choose to read stories or listen to podcasts about people who made great sacrifices in the struggle to establish the reproductive rights we have today. These stories can be inspirational and may subdue stigmas you might feel from those who oppose abortion.

Your ability to choose to terminate a pregnancy is consistent with the ideals of liberty and freedom. Be proud of pursuing what you want for your life despite opposition.

# IMPLEMENTS

- A quiet space where you feel comfortable
- Something that allows you to see your reflection
- A copy of The Satanic Temple's third and fifth tenets and personal affirmation

# TENETS AND AFFIRMATIONS

## Tenet III
*One's body is inviolable, subject to one's own will alone.*

## Tenet V
*Beliefs should conform to one's best scientific understanding of the world. One should take care never to distort scientific facts to fit one's beliefs.*

## Personal Affirmation
*By my body, my blood
By my will, it is done.*



# PROCEDURES

**For medical abortions:**
Immediately before taking the medication(s) to terminate your pregnancy, look at your reflection to be reminded of your personhood and responsibility to yourself. Focus on your intent, take deep breaths, and make yourself comfortable. When ready, read the Third Tenet aloud to begin the ritual. After swallowing the medication(s), take another deep breath and recite the Fifth Tenet. After you have passed the embryo, return to your reflection, and recite the personal affirmation. Feel the doubts dissipating and your confidence growing as you have just undertaken a decision that affirms your autonomy and free will. The religious abortion ritual is now complete.

**For surgical abortions:**
Immediately before receiving any anesthetic or sedation, look at your reflection to be reminded of your personhood and responsibility to yourself. Focus on your intent, take deep breaths, and make yourself comfortable. When you are ready, say the Third Tenet aloud. The surgery can now begin. During the operation, take another deep breath and recite the Fifth Tenet. Immediately after the surgery, return to your reflection and recite the personal affirmation. Feel the doubts dissipating and your confidence growing as you have just undertaken a decision that affirms your autonomy and free will. The religious abortion ritual is now complete.

# Exhibit B

# KEZHAYA LAW PLC



MATTHEW A. KEZHAYA
100 S. FIFTH STREET
19TH FLOOR
MINNEAPOLIS, MN 55402

P: (479) 431-6112
F: (479) 282-2892
MATT@KEZHAYA.LAW

February 3, 2021

Texas Department of State Health Services
PO Box 149347
Austin, Texas 78714-9347
     By certified mail, return receipt requested
     And by email to: customer.service@dshs.texas.gov

Re: <u>TST v. Tx. Health and Human Serv's Comm. and Planned Parenthood</u> – demand letter

To whom it may concern,

    I represent The Satanic Temple, Inc. ("**TST**") and an anonymous pregnant member who desires an abortion ("**Ann Doe**") in a potential dispute surrounding my clients' demand for a religious exemption to the following Texas abortion regulations:

- medically unnecessary sonogram precondition of obtaining an abortion,

- a forced decision to reject the "opportunity" of seeing the sonogram results,

- the forced listening to a narrative of the sonogram results, and

- a mandatory waiting period between the sonogram and the abortion.

TEX. HEALTH & S § 171.012. The abortion is to be performed by the Planned Parenthood facility addressed above. The facility has refused to provide a religious exemption to the sonogram requirement, which is enforced by the Texas Department of State Health Services.

    This letter is a demand for a religious exemption to the sonogram requirement. TEX. CIV. PRAC. & REM.CODE § 110.006. I use the word "demand" in the legal sense; i.e. only as the assertion of a legal right, without connoting any ill will. If this matter does turn to litigation, please know that TST and Ms. Doe both support the mission of Planned Parenthood and understand its obligation to adhere to applicable Texas law and regulations.

    The primary legal basis for the religious exemption is the Texas Religious Freedom Restoration Act ("**TRFRA**") encoded at TEX. CIV. PRAC. & REM.CODE § 110.001 *et seq.* Under TRFRA, the government "may not substantially burden a person's free exercise of religion [unless it] demonstrates that the application of the burden to the person . . . is in furtherance of a compelling governmental interest; and . . . is the least restrictive means of furthering that interest." <u>Barr v. City of Sinton</u>, 295 S.W.3d 287, 296 (Tex. 2009) (quoting TEX. CIV. PRAC. & REM.CODE § 110.003(a)-(b)).

    Ms. Doe will be participating in an abortion ritual. The details of the ritual are enclosed with this email. Importantly, the abortion ritual (1) requires an abortion; and (2) affirms her religious

---

TRFRA demand letter                                                           Page 1 of 3

# KEZHAYA LAW PLC



MATTHEW A. KEZHAYA
100 S. FIFTH STREET
19TH FLOOR
MINNEAPOLIS, MN 55402

P: (479) 431-6112
F: (479) 282-2892
MATT@KEZHAYA.LAW

subscription to TST's Third and Fifth Tenets.[1,2]  But before Ms. Doe can get her abortion–and therefore participate in the abortion ritual–the government has required that she get a sonogram. TEX. HEALTH & S § 171.012(a)(4) and (5).

The requirements substantially interfere with Ms. Doe's religious beliefs and practices for two reasons.  First, the requirements are a precondition to Ms. Doe's ability to participate in a religious ceremony.  It is a substantial interference per se for the State to place a regulatory hurdle–one that costs money–in front of a religious exercise.  The State might as well tax and regulate Mass.

Second, the requirements violate her sincerely-held religious beliefs.  As stated above, Ms. Doe's sincerely-held religious beliefs are that (1) her actions are to be rooted in peer-reviewed scientific consensus; and (2) her bodily autonomy is inviolable.  These requirements violate both Tenets.

There is no medical basis for Texas to require a sonogram before an abortion. See Dr. Jen Russo, "Mandated  Ultrasound  Prior  to  Abortion"  *Virtual  Mentor*.  2014;16(4):240-244.  doi: 10.1001/virtualmentor.2014.16.4.ecas1-1404.  Its sole apparent purpose is to influence some patients away from the abortion and toward childrearing.  See Gatter M, Kimport K, Foster DG, Weitz TA, Upadhyay UD. Relationship between ultrasound viewing and proceeding to abortion. *Obstet Gynecol.* 2014;123(1):81-87.

The requirement that Ms. Doe be presented with the "opportunity" to see the sonogram images and hear the heart auscultation is a transparent effort to infringe upon Ms. Doe's zone of conscience. There is no subtlety to the State's position, communicated through these requirements, that Ms. Doe should feel doubt, guilt, and shame about her decision to have this abortion. See Planned Parenthood of Se. Pennsylvania v. Casey, 505 U.S. 833, 852, 112 S. Ct. 2791, 2807, 120 L. Ed. 2d 674 (1992).

I acknowledge Texas's efforts to minimize the intrusion on Ms. Doe's zone of conscience.  She can, after all, reject the "opportunity" to see the sonogram images and hear the heart auscultation. TEX. HEALTH & S § 171.0122.  But there is no mechanism for her to reject the opportunity to receive the verbal explanation of the results.  Id.  It strains imagination why the victim of a sexual assault can waive this requirement, but someone with a religious objection cannot.  The same is true for the waiting period between sonogram and abortion.  TEX. HEALTH & S § 171.012.  There is no credible basis for this period except to intrude on Ms. Doe's conscience.

Because these requirements have no basis in science, they violate the Fifth Tenet.  Because the unifying purpose of all these requirements is to undermine Ms. Doe's decision for her health and her future, they violate the Third Tenet.

Based on the foregoing, these requirements substantially interfere with Ms. Doe's religious beliefs and practices.  Thus, it must survive the strict scrutiny test.  While it has been established that this statute survives intermediate scrutiny, see Texas Med. Providers Performing Abortion Servs. v. Lakey,

---

[1] The Third Tenet is "One's body is inviolable, subject to one's own will alone."
[2] The Fifth Tenet is "Beliefs should conform to one's best scientific understanding of the world.  One should take care never to distort scientific facts to fit one's beliefs."

# KEZHAYA LAW PLC

MATTHEW A. KEZHAYA
100 S. FIFTH STREET
19TH FLOOR
MINNEAPOLIS, MN 55402



P: (479) 431-6112
F: (479) 282-2892
MATT@KEZHAYA.LAW

667 F.3d 570, 576 (5th Cir. 2012), I think it falls short under the strict scrutiny analysis. Under the circumstances, a religious exemption to the requirements is reasonable and will obviate the need of expensive litigation.

I anticipate an argument that the abortion ritual is not "really" religious. That would be ill-advised. TST is a bona fide religion. Satanic Temple v. City of Scottsdale, No. CV18-00621-PHX-DGC, 2020 WL 587882 (D. Ariz. Feb. 6, 2020) (holding that TST is a bona fide religion). It is not a valid judicial inquiry to determine the plausibility of TST's Tenets or their application to the matter at hand. E.g. Employment Div., Dep't of Human Res. of Oregon v. Smith, 494 U.S. 872, 887, 110 S. Ct. 1595, 1604 (1990) ("Repeatedly and in many different contexts, we have warned that courts must not presume to determine the place of a particular belief in a religion or the plausibility of a religious claim.") And the Texas Supreme Court has held that an activity can be religious for one person, even though that same activity can be secular for someone else. Barr v. City of Sinton, 295 S.W.3d 287, 300 (Tex. 2009) ("the fact that a halfway house can be secular does not mean that it cannot be religious.")

It is my understanding that Ms. Doe has an appointment scheduled for February 6, 2021. If litigation will be necessary to vindicate my client's rights, please let me know at your earliest convenience. If I do not hear that a religious exemption to Ms. Doe will be granted by **February 4, 2021 at 5:00 pm Central Time**, I will have to draft the complaint.

Sincerely,

Matthew A. Kezhaya

**EXHIBIT**

**5**



# COPY ACCEPTANCE POLICY

Lamar Advertising supports the First Amendment right of advertisers to promote legal products and services. We also advocate the use of our medium for political, editorial, public service and other noncommercial messages. We believe it is in the best interest of our Company and the communities we serve to accept advertising copy openly, subject only to requirements imposed by law and reasonable standards of fairness and decency. Application of this policy for several years has made it clear there are issues that require special scrutiny before copy may be accepted. All submissions which contain negative references concerning religion, human rights, nationality (such as Israeli-Palestinian or Turkish-Armenian), abortion or similar subjects must be submitted to the Vice-President of Governmental Relations for consideration before any decision on acceptance or rejection may be made.

## Lamar reserves the right to reject advertising copy for any reason, but rejects copy for the following specific reasons:

- The copy is factually inaccurate, misleading, fraudulent or deceptive.
- The copy is obscene, offensive or otherwise inconsistent with local community standards.
- The copy promotes an illegal activity.
- Advertisers who have a pattern of using provocative and critical copy to create negative impressions of other entities may be barred from posting copy.

## Lamar will accept copy for a sexually-oriented business (SOB) with the following guidelines:

- Lamar's local General Manager, in consultation with the Regional Manager, will decide which areas within his/her market are appropriate for SOB ads.
- No photographs or silhouettes will be accepted except tasteful head shots.
- Written copy must not be offensive.
- No SOB copy will be accepted near churches, schools or other such places.
- Regional Managers may impose stricter guidelines on the acceptance of SOB copy.
- Less restrictive guidelines apply in Las Vegas, NV and Times Square, NY.

Text addresses are acceptable in billboard copy but should include an additional statement such as "Please do not text while driving." QR codes may not be displayed on billboards but are acceptable for transit advertising or street level media when not intended to be read by drivers.

Lamar will not accept or reject copy based upon agreement or disagreement with the views presented.

When a website address is contained in advertising copy, the content of the website will be considered in Lamar's process of deciding whether copy is acceptable.

When a local General Manager questions whether copy should be accepted, he will forward the copy to his Regional Manager. If the Regional Manager decides the copy should be accepted, he communicates that decision to the General Manager. If the Regional Manager decides the copy is unacceptable or is unsure, he will further communicate with the Vice-President of Governmental Relations. All copy which a General or Regional Manager thinks should be rejected must be forwarded. If necessary, the Chief Executive Officer and General Counsel will be consulted as well. The decision rendered in this process will be final.

Lamar pledges to communicate the reason for any rejection of advertising copy and will work with advertisers to achieve acceptable copy if the originally submitted copy is not accepted.

For copy determined to be sensitive but acceptable by Lamar, the identity of the advertiser must be clearly stated in an easily readable disclaimer with letters no smaller than 8 inches tall on billboards up to 300 square feet and in letters no smaller than 10 inches tall on billboards larger than 300 square feet (for example "Paid for by the ABC Committee").

| | |
|---|---|
| From: | "Jacqueline Basulto" |
| Date: | November 05, 2020 11:36:26 AM (-06) |
| To: | "The Satanic Temple" |
| Subject: | **Re: Billboards** |
| | |
| Attachments: | |

Yeah... I'll ask for that.

They said it doesn't meet community guidelines.

On Thu, Nov 5, 2020 at 11:34 AM The Satanic Temple <info@thesatanictemple.com> wrote:
OK. Proceed.
Can we get photos of the billboards near the fake clinics?

Why did they reject not a cake?

On Thu, Nov 5, 2020 at 11:53 AM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Hi Malcolm,

Sorry I've sent you like ten emails in the past few days.

Here is the proposal I finally received from Clear Channel. They only have approval on these two billboards:





If you're okay with that, it looks like for the original budget, we can put up a bunch of billboards in Houston, Dallas, and/or Miami.

Let me know what you think, and I'll sort through these and find the best locations/those that are near fake clinics.

Best wishes,
Jacqueline

--

S E E D X
**Jacqueline Basulto** | CEO at SeedX Inc.
Direct Phone Line: + 1 646-400-3071
Email: jacqueline@seedx.us
Website: www.seedx.us
Los Angeles | Austin | New York

<div style="border:1px solid black">EXHIBIT<br>6</div>

```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE WESTERN DISTRICT OF ARKANSAS
 2                       FAYETTEVILLE DIVISION

 3     THE SATANIC TEMPLE, INC.,

 4            Plaintiff,

 5     vs.                    No. 5:22-CV-5033

 6     LAMAR ADVANTAGE GP COMPANY, LLC ("LAMAR-INDIANA"); LAMAR
       ADVANTAGE HOLDING COMPANY ("LAMAR-ARKANSAS"); and LAMAR
 7     ADVERTISING COMPANY ("LAMAR-HQ"),

 8            Defendants.

 9
       _____
10
                  VIDEOTAPED DEPOSITION OF HAL KILSHAW
11                TAKEN ON BEHALF OF THE PLAINTIFF
            ON FEBRUARY 2, 2023, BEGINNING AT 1:04 P.M.
12                ALL PARTIES APPEARING REMOTELY
                  REPORTED BY KERRI PIANALTO, CCR
13
                       APPEARANCES:
14
       By videoconference on behalf of the PLAINTIFF
15
                  Matthew A. Kezhaya
16                Sonia Kezhaya
                  CROWN LAW
17                100 S. 5th Street, Suite 1900
                  Minneapolis, Minnesota 55402
18                612-276-2216
                  matt@crown.law
19

20     By videoconference on behalf of the DEFENDANTS

21                Sarah Keith-Bolden
                  Michael Shannon
22                QUATTLEBAUM, GROOMS & TULL, PLLC
                  111 Center Street, Suite 1900
23                Little Rock, Arkansas 72201
                  501-379-1700
24                sbolden@qgtlaw.com

25
```

EXHIBIT
7

```
 1    reply to the questions propounded as follows, to-wit:

 2                    DIRECT EXAMINATION

 3    BY MR. KEZHAYA:

 4        Q    Please state your name for the record.

 5        A    Hal Kilshaw.

 6        Q    Hal, drawing your attention to September of

 7    2020, were you employed by any Lamar affiliates?

 8        A    Yes.

 9        Q    What was your job title?

10        A    My job title was vice president of governmental

11    relations.

12        Q    And in the course of that job, what were your

13    day-to-day responsibilities?

14        A    So I have responsibility for the government

15    relations function at the corporate office, so we have

16    offices and assets throughout the country so I head that

17    up.  I also am in charge of the company acceptance policy

18    function.

19        Q    Okay.  And in the course of accepting or

20    rejecting copy, did you adhere to a policy called Lamar

21    Advertising copy acceptance policy?

22        A    Yes.

23        Q    I'm going to share a screen here.  We have

24    listed here as LADV Number 1 a document entitled Lamar

25    Advertising Copy Acceptance Policy.  Are you familiar with
```

```
 1    side of things.

 2         Q    Okay.  But in terms of discussions you may have

 3    had with Tom Hill, you don't distinctly recall looking at

 4    those emails, or I'm not sure I understand your testimony?

 5         A    I know I looked at some, I'm not sure I looked

 6    at all is what I meant to say.

 7         Q    Okay.

 8         A    I think that's what I said, but to be clear.

 9         Q    All right.  I'm going to pull number 743 in

10    which -- let's see here, misleading and offensive, you're

11    correct.  I mis-recalled myself.  So you told Jason Graham

12    and Tom Gibbens that they are misleading and offensive.

13    That's the result that you came to in terms of why you

14    were rejecting it; is that correct?

15         A    Yes.

16         Q    And tell me about misleading first.  What was it

17    about the billboards that were misleading?

18         A    To me, the copy would lead the reader to believe

19    that if they accepted The Satanic Temple's view, they

20    could violate state law.

21         Q    And you say violate state law, tell me a little

22    bit more about your understanding of --

23         A    Just that they wouldn't have to follow the law.

24    It's -- so it's one of the areas we're very, very

25    sensitive about and so we don't provide as much leeway
```

PROFESSIONAL REPORTERS
800.376.1006
proreporters.com

```
 1   when we think something is criminal or suggests violating

 2   law, so that was the reason for the decision in this case.

 3        Q    Okay.  And as we established earlier, you're not

 4   a lawyer, correct?

 5        A    I am not.

 6        Q    And the last time you had any form of education

 7   or training in the issue of law was approximately 40 years

 8   ago, as I recall your testimony; is that correct?

 9        A    That's correct, yes.

10        Q    Are you familiar with the 1993 act -- the

11   federal act, the Religious Freedom Restoration Act?

12        A    I am not.

13        Q    Are you familiar with the state analogs of the

14   federal act, the Arkansas and Indiana Religious Freedom

15   Restoration Acts?

16        A    I am not.

17        Q    Okay.  I'm going to pull up the Arkansas

18   Religious Freedom Restoration Act, the more salient of the

19   two here.  This is at Arkansas code annotated 16-123-401,

20   subchapter shall be known and may be cited as the

21   Religious Freedom Restoration Act.  Do you see that?

22        A    I do.

23        Q    Okay.  Let's take a look at this act.  So

24   Section 404 says that, "A government shall not

25   substantially burden a person's exercise of religion even
```

```
 1      A    Yes.

 2      Q    Okay.  Why were they offensive?

 3      A    They were offensive because they were sending

 4  the message out to readers of the billboard that it's okay

 5  to violate the law if you agree with the satanic ritual.

 6      Q    Okay.  And, in fact, that's not in violation of

 7  law as we saw earlier.  We saw the Arkansas and Indiana

 8  Religious Freedom Restoration Acts, correct?

 9           MS. KEITH-BOLDEN:  Object to the form.

10      A    Yeah, I don't agree with that at all, what you

11  just said.

12      Q    (BY MR. KEZHAYA)  You don't agree with the

13  statutory text?

14           MS. KEITH-BOLDEN:  Object to the form.

15      A    I don't agree with your interpretation of the

16  statutory text.

17      Q    (BY MR. KEZHAYA)  I see.  Please explain to me

18  why you don't agree with it.

19      A    Lamar is not a government.

20      Q    Uh-huh.

21      A    That's it.

22      Q    That's just sole -- that's your sole basis?

23      A    I don't even understand where you're going, so I

24  don't know how to answer your question.

25      Q    Well, you said that you disagree that the
```



Indianapolis
5711 W. Minnesota St
Indianapolis, IN 46241
Phone: 317-484-0396
Fax: 317-484-1522

**CONTRACT # 3482055**

Date: 9/9/2020
New/Renewal: NEW
Account Executive: THOMAS HILL
Phone: 317-484-0396

| CONTRACTED DIRECTLY BY ADVERTISER | |
|---|---|
| Customer # | 759005-1 |
| Name | SEEDX |
| Address | 1420 S FIGUEROA ST #204 |
| City/State/Zip | LOS ANGELES, CA 90015 |
| Contact | |
| Email Address | |
| Phone # | |
| Fax # | |
| P.O. / Reference # | |
| Advertiser/Product | THE SATANIC TEMPLE |
| Campaign | Indiana & Arkansas |

**Production/Other Services**

| Department | Plant | Production Type | Misc | Service Dates | # Billing Periods | Invest Per Period | Cost |
|---|---|---|---|---|---|---|---|
| Vinyl | 286 Little Rock, AR | Printing & Installation of (4) vinyls for Arkansas | | 09/21/20 | 1 | $2,962.00 | $2,962.00 |
| Vinyl | 405 Indianapolis, IN | Printing & Installation of (4) vinyls for Indiana | | 09/21/20 | 1 | $4,400.00 | $4,400.00 |
| | | | | | Total Production/Other Services Costs: | | $7,362.00 |

**Space**

# of Panels: 8

Billing Cycle: Every 4 weeks

| Panel # TAB ID | Market | Location | Illum | Media Type | Size | Misc | Service Dates | # Billing Periods | Invest Per Period | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| 2364 364291 | 286-NORTH LITTLE ROCK, AR | I-40 N/S 1.2 MI E/O I-440 P3-EFT | Yes | Perm Bulletin | 12' 0" x 48' 0" | | 09/28/20-10/25/20 | 1 | $925.00 | $925.00 |
| 60006 364483 | 286-JACKSONVILLE, AR | US 67/167 E/S 0.6 MI N/O I-440 JCT P1-NF | Yes | Perm Bulletin | 10' 6" x 36' 0" | | 09/28/20-10/25/20 | 1 | $800.00 | $800.00 |
| 70218 364588 | 286-LITTLE ROCK, AR | I-30 S/S 0.4 MI E/O S HAMILTON P1-EF | Yes | Perm Bulletin | 14' 0" x 48' 0" | | 09/28/20-10/25/20 | 1 | $1,500.00 | $1,500.00 |
| 1399 264319 | 405-BOONE CO, IN | I-65, 1.5 MI N/O SR 334 W/S | Yes | Perm Bulletin | 14' 0" x 48' 0" | | 09/28/20-10/25/20 | 1 | $1,500.00 | $1,500.00 |
| 1597 264481 | 405-JASPER, IN | I-65, 1.5 MI S/O SR 114 | No | Perm Bulletin | 12' 0" x 34' 0" | | 09/28/20-10/25/20 | 1 | $1,000.00 | $1,000.00 |
| 5070 14925260 | 405-MORGAN CO, IN | E/S SR 67 1/4 MI S/O SR 144 | Yes | Perm Bulletin | 10' 6" x 36' 0" | | 09/28/20-10/25/20 | 1 | $1,200.00 | $1,200.00 |
| 9003 570856 | 405-DECATUR CO, IN | I-74 1680' E/O HWY 3 | Yes | Perm Bulletin | 10' 0" x 30' 0" | | 09/28/20-10/25/20 | 1 | $600.00 | $600.00 |
| 68412 30970109 | 434-SPRINGDALE, AR | I-49 W/S, 0.30 mi S/O Wagon Wheel Rd, Springdale, AR, NB, S/F-2 | Yes | Perm Bulletin | 10' 0" x 40' 0" | | 09/28/20-10/25/20 | 1 | $1,500.00 | $1,500.00 |
| | | | | | | | Total Space Costs: | | | $9,025.00 |
| | | | | | | | **Total Costs:** | | | **$16,387.00** |

**Special Considerations:**

Advertiser authorizes and instructs The Lamar Companies (Lamar) to display in good and workmanlike manner, and to maintain for the terms set forth above, outdoor advertising displays described above or on the attached list. In consideration thereof, Advertiser agrees to pay Lamar all contracted amounts within thirty (30) days after the date of billing. Advertiser acknowledges and agrees to be bound by the terms and conditions on all pages of this contract.

The Agency representing this Advertiser in the contract executes this contract as an agent of a disclosed principal, but hereby expressly agrees to be liable jointly and severally and in solido with Advertiser for the full and faithful performance of Advertiser's obligations hereunder. Agency waives notice of default and consents to all extensions of payment.

The undersigned representative or agent of Advertiser hereby warrants to Lamar that he/she is the ___Partner___

**(Officer/Title)**

of the Advertiser and is authorized to execute this contract on behalf of the Advertiser.

**EXHIBIT**

**8**



Page 1 of 3

LADV000029

Indianapolis
5711 W. Minnesota St
Indianapolis, IN 46241
Phone: 317-484-0396
Fax:  317-484-1522

Date: 9/9/2020
New/Renewal: NEW
Account Executive: THOMAS HILL
Phone: 317-484-0396

## CONTRACT # 3482055

| Customer: | SEEDX |
|---|---|
| Signature: | *Jacqueline Basulto* |
| | (signature above) |
| Name: | Jacqueline Basulto |
| | (print name above) |
| Date: | Sep 14, 2020 |
| | (date above) |

**THE LAMAR COMPANIES**                           This contract is NOT BINDING UNTIL ACCEPTED by a Lamar General Manager.

| *T.J.H.* | *Jason Graham* | Sep 15, 2020 |
|---|---|---|
| ACCOUNT EXECUTIVE: THOMAS HILL | GENERAL MANAGER | DATE |

### STANDARD CONDITIONS

1. Late Artwork: The Advertiser must provide or approve art work, materials and installation instructions ten (10) days prior to the initial Service Date. In the case of default in furnishing or approval of art work by Advertiser, billing will occur on the initial Service Date.

2. Copyright/Trademark: Advertiser warrants that all approved designs do not infringe upon any trademark or copyright, state or federal. Advertiser agrees to defend, indemnify and hold Lamar free and harmless from any and all loss, liability, claims and demands, including attorney's fees arising out of the character contents or subject matter of any copy displayed or produced pursuant to this contract.

3. Payment Terms: Lamar will, from time to time at intervals following commencement of service, bill Advertiser at the address on the face hereof. Advertiser will pay Lamar within thirty (30) days after the date of invoice. If Advertiser fails to pay any invoice when it is due, in addition to amounts payable thereunder, Advertiser will promptly reimburse collection costs, including reasonable attorney's fees plus a monthly service charge at the rate of 1.5% of the outstanding balance of the invoice to the extent permitted by applicable law. Delinquent payment will be considered a breach of this contract. Payments will be applied as designated by the Advertiser; non designated payments will be applied to the oldest invoices outstanding.

4. Service Interruptions: If Lamar is prevented from posting or maintaining any of the spaces by causes beyond its control of whatever nature, including but not limited to acts of God, strikes, work stoppages or picketing, or in the event of damage or destruction of any of the spaces, or in the event Lamar is unable to deliver any portion of the service required in this contract, including buses in repair, or maintenance, this contract shall not terminate. Credit shall be allowed to Advertiser at the standard rates of Lamar for such space or service for the period that such space or service shall not be furnished or shall be discontinued or suspended. In the case of illumination, should there be more than a 50% loss of illumination, a 20% pro-rata credit based on four week billing will be given. If this contract requires illumination, it will be provided from dusk until 11:00p.m. Lamar may discharge this credit, at its option, by furnishing advertising service on substitute space, to be reasonably approved by Advertiser, or by extending the term of the advertising service on the same space for a period beyond the expiration date. The substituted or extended service shall be of a value equal to the amount of such credit.

5. Entire Agreement: This contract, all pages, constitutes the entire agreement between Lamar and Advertiser. Lamar shall not be bound by any stipulations, conditions, or agreements not set forth in this contract. Waiver by Lamar of any breach of any provision shall not constitute a waiver of any other breach of that provision or any other provision.

6. Copy Acceptance: Lamar reserves the right to determine if copy and design are in good taste and within the moral standards of the individual communities in which it is to be displayed. Lamar reserves the right to reject or remove any copy either before or after installation, including immediate termination of this contract.

7. Termination: All contracts are non-cancellable by Advertiser without the written consent of Lamar. Breach of any provisions contained in this contract may result in cancellation of this contract by Lamar.

8. Materials/Storage: Production materials will be held at customer's written request. Storage fees may apply.

9. Installation Lead Time: A leeway of five (5) working days from the initial Service Date is required to complete the installation of all non-digital displays.

10. Customer Provided Production: The Advertiser is responsible for producing and shipping copy production. Advertiser is responsible for all space costs involved in the event production does not reach Lamar by the established Service Dates. These materials must be produced in compliance with Lamar production specifications and must come with a 60 day warranty against fading and tearing.



Page 2 of 3

LADV000030

Indianapolis
5711 W. Minnesota St
Indianapolis, IN 46241
Phone: 317-484-0396
Fax:  317-484-1522



**CONTRACT # 3482055**

Date: 9/9/2020
New/Renewal: NEW
Account Executive: THOMAS HILL
Phone: 317-484-0396

11. Bulletin Enhancements: Cutouts/extensions, where allowed, are limited in size to 5 feet above, and 2 feet to the sides and 1 foot below normal display area. The basic fabrication charge is for a maximum 12 months.

12. Assignment: Advertiser shall not sublet, resell, transfer, donate or assign any advertising space without the prior written consent of Lamar.

Page 3 of 3

LADV000031

| From: | Jacqueline Basulto |
|---|---|
| Date: | September 02, 2020 9:58:04 PM (-05) |
| To: | Tom Hill |
| Cc: | Arif Afsheen; Justin Rashidi |
| Subject: | **Re: Lamar Advertising** |

Attachments: Lamar - Little Rock, AK Locations.png; Lamar - Indiana Locations.png;

Hi Tom,

Hope all is well! As promised, here are the areas we are interested in in both the Indianapolis-area and Little Rock-area markets. I'd like to get an estimate for 4 billboards on the highway paths I highlighted in the screenshots. Perhaps we can talk again or you can help me figure out which ones and the price?

I am also attaching our past campaign with Lamar to show you what creative looked like in the past.

Look forward to hearing from you!

Best wishes,
Jacqueline



>
On Wed, Sep 2, 2020 at 9:58 AM Tom Hill <thill@lamar.com> wrote:
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">Hey Jacqueline, I'm actually free now if you are
>
On Tue, Sep 1, 2020 at 5:58 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Sure!! My number is +16464003071

Sent from my iPhone: please excuse any brevity or grammatical error on my part.

On Sep 1, 2020, at 5:19 PM, Tom Hill <thill@lamar.com> wrote:


Absolutely.   Would 1pm est work?

>
On Tue, Sep 1, 2020 at 5:39 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Hi Tom,

Can we set up a time to talk through this tomorrow? Let me know when you're available!

Sent from my iPhone: please excuse any brevity or grammatical error on my part.

On Sep 1, 2020, at 3:02 PM, Tom Hill <thill@lamar.com> wrote:

**EXHIBIT 9**

LADV000006

style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">Good afternoon Arif,
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">I wanted to circle back with you and see if any questions have
come up that I can help answer.    If you see any locations of interest, please let me know and I'd be glad to check and confirm
availability.
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">Thank You!

>
On Wed, Aug 26, 2020 at 8:14 AM Tom Hill <thill@lamar.com> wrote:
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">Good morning,
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">The links below will provide additional inventory across the
state of Indiana.    Wanted to point a few quick things....
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">

- The maps can be zoomed in/out to get a better idea of where the locations are
- Top right corner of each map is a 'traffic' tab.... that provides real time traffic conditions
- Each photo will show a 'Weekly Impressions' figure.   That number is the amount of impressions each location will provide
  each week

style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">Upon your review, I'd love the opportunity to connect briefly
over the phone to answer any questions and discuss details further.  style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">I74 between Indy & Cincinnati
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">I80/90 East of South Bend
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">I69 & SR67 Bloomington
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">I69 Between Anderson & Ft Wayne
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">I65 Between Crown Point & Lebanon
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">I70 Between Terre Haute & Indy
>
On Tue, Aug 25, 2020 at 4:04 PM Arif Afsheen <arif@seedx.us> wrote:
Good afternoon to you as well,


Thank you Tom for responding back promptly and providing us some material to cross check!



Looking forward to more Indiana markets.



We will take a look and and get back to you.



Best Regards,

A Arif

>
On Tue, Aug 25, 2020 at 3:52 PM Tom Hill <thill@lamar.com> wrote:
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">Good afternoon Arif & team,
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">The link below will provide some available locations in the

LADV000007

Indianapolis area.   Please review and let me know if you see any locations of interest.  style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">Indianapolis   style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">Please note that on the digital locations (orange dots) there are no production costs.  On our bulletins, you're looking $1000 to print & install each board.  style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">I'll share a few more Indiana markets here shortly.  If you see any locations of interest, please let me know so I can confirm availability.  style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">Thank You!   style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">
>
On Tue, Aug 25, 2020 at 7:26 AM Tom Hill <thill@lamar.com> wrote:
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">

Good morning Arif, I have added poster & bulletin specs for both our static & digital boards.

Static Poster Retro Spec Sheet (and 4 more)

Stay tuned for available inventory.   Do we have a specific advertiser on this potential campaign?
>
On Mon, Aug 24, 2020 at 6:58 PM Arif Afsheen <arif@seedx.us> wrote:
Thank you Tom! We are looking specifically for Indiana and Arkansas. Can you send us the specs required for a poster and/or bulletin board design?

>
On Mon, Aug 24, 2020 at 2:47 PM Tom Hill <thill@lamar.com> wrote:
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">
>Good afternoon Arif! Thank You for reaching out. See below answers to your questions. If you're available, I'd like to try and connect briefly tomorrow to see what areas are of most interest to you. The link below will provide some general information for review in the meantime. >
>Thank You for the opportunity!  >
>

OOH Quick Facts (and 3 more)


1.    We would place 4-6 billboards near each other (on the same highway, etc.) in Indiana – is this possible? Yes, we have coverage on all major interstates across Indiana.  Are you specifically focused on Indianapolis?  We can also cover Terre Haute, Lafayette, Ft Wayne, Evansville, NW Indiana (Lake Co) & Bloomington, IN

2.    What is the availability like? We would like to place them by the 15th of September to 15th October. We're running over 90% in September.  Will share available locations for consideration.

3.    What would be the cost of each billboard space?  Varies based on location & Impressions delivered

4.    Are there different sizes and what are they? Standard sized are 14x48 & 10.6x36

5.    Do you also provide the entire process of having the logo and design to be set out on these billboards? If so, what are the costs? We can design.   Cost per board ranges from $800-$1200 each.  Digital billboards have $0 production costs

6.    What is the market like in Indiana? Is it heavily populated as we would be interested to know which areas are more occupied to compare. Indianapolis and surrounding counties are highest populated.  Ft Wayne, Evansville, Bloomington, Lafayette, Terre Haute & Hammond are next in line

7.    Is there a pricing difference in each area or is it standard pricing for all the billboards? Prices vary based on Impressions Delivered & availability

8.    What is the process to get it placed? We will share available locations for your review.  Once we have locations contracted, it takes about 2wks to get materials ordered, shipped and installed.  If we use any digital locations, we can start as soon as the design (s) are approved.


--

LADV000008

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**

--
Sent from Gmail Mobile

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**

| | |
|---|---|
| From: | Hal Kilshaw |
| Date: | September 08, 2020 12:08:06 PM (-05) |
| To: | Jason Graham |
| Subject: | **Re: The Satanic Temple - Creative Approval** |
| Attachments: | |

O. K. with required disclaimer.

On Tue, Sep 8, 2020 at 11:40 AM Jason Graham <jgraham@lamar.com> wrote:
> Hal,
>
> Hope all is well.  Have you seen this copy?  It's strange but I checked the website and I didn't see anything that violated our copy policy.
>
>
> **Jason Graham**
>
> *Vice President / General Manager*
>
> Lamar Advertising of Indianapolis / Terre Haute IN
>
> cell 646-379-2246
>
> office 317-484-0396
>
>
>
> ---------- Forwarded message ---------
> From: **Tom Hill** <thill@lamar.com>
> Date: Tue, Sep 8, 2020 at 12:29 PM
> Subject: The Satanic Temple - Creative Approval
> To: Jason Graham <jgraham@lamar.com>, Krista Nott <knott@lamar.com>
>
>
> I'm told this has run in other Lamar markets in the past.  Can we confirm this is approved content?

EXHIBIT
10

LADV000477



--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
_____ | **INDIANAPOLIS**
**Make Online Payments @ Payments.Lamar.com**

--
Hal P. Kilshaw
Vice President of Governmental Relations
Lamar Advertising
5321 Corporate Blvd.
Baton Rouge, LA 70808
225-237-1047
Fax 225-923-0658

LADV000478

| | |
|---|---|
| From: | Thomas Gibbens |
| Date: | September 23, 2020 5:24:34 PM (-05) |
| To: | Thomas Gibbens |
| Subject: | **Fwd: Lamar Advertising** |

Attachments:

Tom Gibbens
VP/TM/GM
Lamar Advertising
www.lamar.com
Little Rock, AR
501-562-2476 off
501-568-0085 fx


---------- Forwarded message ---------
From: **Hal Kilshaw** <hkilshaw@lamar.com>
Date: Tue, Sep 15, 2020 at 9:55 AM
Subject: Re: Lamar Advertising
To: Thomas Gibbens <tgibbens@lamar.com>


No worries

On Tue, Sep 15, 2020 at 9:53 AM Thomas Gibbens <tgibbens@lamar.com> wrote:
> Just covering my bases.
>
> Thx
> Tom Gibbens
>
> VP/TM/GM
>
> Lamar Advertising
>
> www.lamar.com
>
> Little Rock, AR
>
> 501-562-2476 off
>
> 501-568-0085 fx

On Tue, Sep 15, 2020 at 9:51 AM Hal Kilshaw <hkilshaw@lamar.com> wrote:
> I approved the copy on 9/8. We run thousands of church ads and have to post the occasional atheist, satanic, etc. submissions we receive.

On Tue, Sep 15, 2020 at 9:38 AM Thomas Gibbens <tgibbens@lamar.com> wrote:
> Hal -
>
> Can you buzz me about the satanic temple. We just found out this buy is coming through an agency. The contract originated from the Indaniapolis office. I do not have the final artwork yet. Can we reject this based on not meeting the moral standards of our community? I would include Springdale AR as well.

**EXHIBIT**
**11**

LADV000180

I'll send you the contract in the next e-mail

Thx
Tom Gibbens

VP/TM/GM

Lamar Advertising

www.lamar.com

Little Rock, AR

501-562-2476 off

501-568-0085 fx

---------- Forwarded message ---------
From: **Tom Hill** <thill@lamar.com>
Date: Tue, Sep 15, 2020 at 9:21 AM
Subject: Fwd: Lamar Advertising
To: Thomas Gibbens <tgibbens@lamar.com>

See below copy

---------- Forwarded message ---------
From: **Jacqueline Basulto** <jacqueline@seedx.us>
Date: Wed, Sep 2, 2020 at 9:58 PM
Subject: Re: Lamar Advertising
To: Tom Hill <thill@lamar.com>
Cc: Arif Afsheen <arif@seedx.us>, Justin Rashidi <justin@seedx.us>

Hi Tom,

Hope all is well! As promised, here are the areas we are interested in in both the Indianapolis-area and Little Rock-area markets. I'd like to get an estimate for 4 billboards on the highway paths I highlighted in the screenshots. Perhaps we can talk again or you can help me figure out which ones and the price?

I am also attaching our past campaign with Lamar to show you what creative looked like in the past.

Look forward to hearing from you!

Best wishes,
Jacqueline



On Wed, Sep 2, 2020 at 9:58 AM Tom Hill <thill@lamar.com> wrote:
Hey Jacqueline, I'm actually free now if you are

On Tue, Sep 1, 2020 at 5:58 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Sure!! My number is +16464003071

Sent from my iPhone: please excuse any brevity or grammatical error on my part.

On Sep 1, 2020, at 5:19 PM, Tom Hill <thill@lamar.com> wrote:


Absolutely.    Would 1pm est work?

On Tue, Sep 1, 2020 at 5:39 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Hi Tom,

Can we set up a time to talk through this tomorrow? Let me know when you're available!

Sent from my iPhone: please excuse any brevity or grammatical error on my part.

On Sep 1, 2020, at 3:02 PM, Tom Hill <thill@lamar.com> wrote:


Good afternoon Arif,

I wanted to circle back with you and see if any questions have come up that I can help answer.   If you see any locations of interest, please let me know and I'd be glad to check and confirm availability.

Thank You!

On Wed, Aug 26, 2020 at 8:14 AM Tom Hill <thill@lamar.com> wrote:
Good morning,

LADV000182

The links below will provide additional inventory across the state of Indiana.  Wanted to point a few quick things....

- The maps can be zoomed in/out to get a better idea of where the locations are
- Top right corner of each map is a 'traffic' tab.... that provides real time traffic conditions
- Each photo will show a 'Weekly Impressions' figure.  That number is the amount of impressions each location will provide each week

Upon your review, I'd love the opportunity to connect briefly over the phone to answer any questions and discuss details further.

I74 between Indy & Cincinnati

I80/90 East of South Bend

I69 & SR67 Bloomington

I69 Between Anderson & Ft Wayne

I65 Between Crown Point & Lebanon

I70 Between Terre Haute & Indy

On Tue, Aug 25, 2020 at 4:04 PM Arif Afsheen <arif@seedx.us> wrote:
 Good afternoon to you as well,


 Thank you Tom for responding back promptly and providing us some material to cross check!



 Looking forward to more Indiana markets.



 We will take a look and and get back to you.



 Best Regards,

 A Arif

On Tue, Aug 25, 2020 at 3:52 PM Tom Hill <thill@lamar.com> wrote:
 Good afternoon Arif & team,

 The link below will provide some available locations in the Indianapolis area.  Please review and let me know if you see any locations of interest.

 Indianapolis

 Please note that on the digital locations (orange dots) there are no production costs. On our bulletins, you're looking $1000 to print & install each board.

 I'll share a few more Indiana markets here shortly.  If you see any locations of interest, please let me know so I can confirm availability.

 Thank You!


On Tue, Aug 25, 2020 at 7:26 AM Tom Hill <thill@lamar.com> wrote:
 Good morning Arif, I have added poster & bulletin specs for both our static & digital boards.

LADV000183

Static Poster Retro Spec Sheet (and 4 more)

Stay tuned for available inventory.   Do we have a specific advertiser on this potential campaign?

On Mon, Aug 24, 2020 at 6:58 PM Arif Afsheen <arif@seedx.us> wrote:
Thank you Tom! We are looking specifically for Indiana and Arkansas. Can you send us the specs required for a poster and/or bulletin board design?

On Mon, Aug 24, 2020 at 2:47 PM Tom Hill <thill@lamar.com> wrote:
Good afternoon Arif! Thank You for reaching out. See below answers to your questions. If you're available, I'd like to try and connect briefly tomorrow to see what areas are of most interest to you.  The link below will provide some general information for review in the meantime.

Thank You for the opportunity!

OOH Quick Facts (and 3 more)

1.    We would place 4-6 billboards near each other (on the same highway, etc.) in Indiana – is this possible? Yes, we have coverage on all major interstates across Indiana.  Are you specifically focused on Indianapolis?  We can also cover Terre Haute, Lafayette, Ft Wayne, Evansville, NW Indiana (Lake Co) & Bloomington, IN

2.    What is the availability like? We would like to place them by the 15th of September to 15th October. We're running over 90% in September.  Will share available locations for consideration.

3.    What would be the cost of each billboard space?  Varies based on location & Impressions delivered

4.    Are there different sizes and what are they? Standard sized are 14x48 & 10.6x36

5.    Do you also provide the entire process of having the logo and design to be set out on these billboards? If so, what are the costs? We can design.   Cost per board ranges from $800-$1200 each.   Digital billboards have $0 production costs

6.    What is the market like in Indiana? Is it heavily populated as we would be interested to know which areas are more occupied to compare. Indianapolis and surrounding counties are highest populated.  Ft Wayne, Evansville, Bloomington, Lafayette, Terre Haute & Hammond are next in line

7.    Is there a pricing difference in each area or is it standard pricing for all the billboards? Prices vary based on Impressions Delivered & availability

8.    What is the process to get it placed? We will share available locations for your review.  Once we have locations contracted, it takes about 2wks to get materials ordered, shipped and installed.  If we use any digital locations, we can start as soon as the design (s) are approved.

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

LADV000184

--

**Tom Hill**
Senior Account Executive
m: 812.208.1239
_LAMAR_ | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

**Tom Hill**
Senior Account Executive
m: 812.208.1239
_LAMAR_ | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

**Tom Hill**
Senior Account Executive
m: 812.208.1239
_LAMAR_ | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

**Tom Hill**
Senior Account Executive
m: 812.208.1239
_LAMAR_ | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--
Sent from Gmail Mobile

--

**Tom Hill**
Senior Account Executive
m: 812.208.1239
_LAMAR_ | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

LADV000185

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**

--

Hal P. Kilshaw

Vice President of Governmental Relations
Lamar Advertising

5321 Corporate Blvd.

Baton Rouge, LA 70808

225-237-1047

Fax 225-923-0658

--

Hal P. Kilshaw
Vice President of Governmental Relations
Lamar Advertising
5321 Corporate Blvd.
Baton Rouge, LA 70808
225-237-1047
Fax 225-923-0658

LADV000186

| From: | Thomas Gibbens |
|---|---|
| Date: | September 15, 2020 9:54:26 AM (-05) |
| To: | Sam Cooper; Lisa Fulmer |
| Subject: | **Fwd: Lamar Advertising** |
| | |
| Attachments: | |

See below. If anyone calls during the campaign direct to my voicemail. We will make no comments

Thx
Tom Gibbens
VP/TM/GM
Lamar Advertising
www.lamar.com
Little Rock, AR
501-562-2476 off
501-568-0085 fx


---------- Forwarded message ---------
From: **Hal Kilshaw** <hkilshaw@lamar.com>
Date: Tue, Sep 15, 2020 at 9:51 AM
Subject: Re: Lamar Advertising
To: Thomas Gibbens <tgibbens@lamar.com>

I approved the copy on 9/8. We run thousands of church ads and have to post the occasional atheist, satanic, etc. submissions we receive.

On Tue, Sep 15, 2020 at 9:38 AM Thomas Gibbens <tgibbens@lamar.com> wrote:
Hal -

Can you buzz me about the satanic temple. We just found out this buy is coming through an agency. The contract originated from the Indaniapolis office. I do not have the final artwork yet. Can we reject this based on not meeting the moral standards of our community? I would include Springdale AR as well.

I'll send you the contract in the next e-mail


Thx
Tom Gibbens


VP/TM/GM


Lamar Advertising


www.lamar.com


Little Rock, AR


501-562-2476 off


501-568-0085 fx

---------- Forwarded message ---------

EXHIBIT
12

From: **Tom Hill** <thill@lamar.com>
Date: Tue, Sep 15, 2020 at 9:21 AM
Subject: Fwd: Lamar Advertising
To: Thomas Gibbens <tgibbens@lamar.com>

See below copy

---------- Forwarded message ---------
From: **Jacqueline Basulto** <jacqueline@seedx.us>
Date: Wed, Sep 2, 2020 at 9:58 PM
Subject: Re: Lamar Advertising
To: Tom Hill <thill@lamar.com>
Cc: Arif Afsheen <arif@seedx.us>, Justin Rashidi <justin@seedx.us>

Hi Tom,

Hope all is well! As promised, here are the areas we are interested in in both the Indianapolis-area and Little Rock-area markets. I'd like to get an estimate for 4 billboards on the highway paths I highlighted in the screenshots. Perhaps we can talk again or you can help me figure out which ones and the price?

I am also attaching our past campaign with Lamar to show you what creative looked like in the past.

Look forward to hearing from you!

Best wishes,
Jacqueline



On Wed, Sep 2, 2020 at 9:58 AM Tom Hill <thill@lamar.com> wrote:
  Hey Jacqueline, I'm actually free now if you are

 On Tue, Sep 1, 2020 at 5:58 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
  Sure!! My number is +16464003071

  Sent from my iPhone: please excuse any brevity or grammatical error on my part.


      On Sep 1, 2020, at 5:19 PM, Tom Hill <thill@lamar.com> wrote:

LADV000653

Absolutely.     Would 1pm est work?

On Tue, Sep 1, 2020 at 5:39 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Hi Tom,

Can we set up a time to talk through this tomorrow? Let me know when you're available!

Sent from my iPhone: please excuse any brevity or grammatical error on my part.

> On Sep 1, 2020, at 3:02 PM, Tom Hill <thill@lamar.com> wrote:
>
>
> Good afternoon Arif,
>
> I wanted to circle back with you and see if any questions have come up that I can help answer.    If
> you see any locations of interest, please let me know and I'd be glad to check and confirm availability.
>
> Thank You!
>
> On Wed, Aug 26, 2020 at 8:14 AM Tom Hill <thill@lamar.com> wrote:
> Good morning,
>
> The links below will provide additional inventory across the state of Indiana.   Wanted to point a few
> quick things....
>
> - The maps can be zoomed in/out to get a better idea of where the locations are
> - Top right corner of each map is a 'traffic' tab.... that provides real time traffic conditions
> - Each photo will show a 'Weekly Impressions' figure.   That number is the amount of
>   impressions each location will provide each week
>
> Upon your review, I'd love the opportunity to connect briefly over the phone to answer any
> questions and discuss details further.
>
> I74 between Indy & Cincinnati
>
> I80/90 East of South Bend
>
> I69 & SR67 Bloomington
>
> I69 Between Anderson & Ft Wayne
>
> I65 Between Crown Point & Lebanon
>
> I70 Between Terre Haute & Indy
>
> On Tue, Aug 25, 2020 at 4:04 PM Arif Afsheen <arif@seedx.us> wrote:
> Good afternoon to you as well,
>
>
> Thank you Tom for responding back promptly and providing us some material to cross check!
>
>
> Looking forward to more Indiana markets.
>
>
> We will take a look and and get back to you.

Best Regards,

A Arif

On Tue, Aug 25, 2020 at 3:52 PM Tom Hill <thill@lamar.com> wrote:

Good afternoon Arif & team,

The link below will provide some available locations in the Indianapolis area.   Please review and let me know if you see any locations of interest.

Indianapolis

Please note that on the digital locations (orange dots) there are no production costs.  On our bulletins, you're looking $1000 to print & install each board.

I'll share a few more Indiana markets here shortly.  If you see any locations of interest, please let me know so I can confirm availability.

Thank You!


On Tue, Aug 25, 2020 at 7:26 AM Tom Hill <thill@lamar.com> wrote:

Good morning Arif, I have added poster & bulletin specs for both our static & digital boards.

Static Poster Retro Spec Sheet (and 4 more)

Stay tuned for available inventory.   Do we have a specific advertiser on this potential campaign?

On Mon, Aug 24, 2020 at 6:58 PM Arif Afsheen <arif@seedx.us> wrote:

Thank you Tom! We are looking specifically for Indiana and Arkansas. Can you send us the specs required for a poster and/or bulletin board design?

On Mon, Aug 24, 2020 at 2:47 PM Tom Hill <thill@lamar.com> wrote:

Good afternoon Arif!  Thank You for reaching out.  See below answers to your questions.  If you're available, I'd like to try and connect briefly tomorrow to see what areas are of most interest to you.  The link below will provide some general information for review in the meantime.

Thank You for the opportunity!


OOH Quick Facts (and 3 more)


1.     We would place 4-6 billboards near each other (on the same highway, etc.) in Indiana – is this possible? Yes, we have coverage on all major interstates across Indiana.  Are you specifically focused on Indianapolis?  We can also cover Terre Haute, Lafayette, Ft Wayne, Evansville, NW Indiana (Lake Co) & Bloomington, IN

2.     What is the availability like? We would like to place them by the 15th of September to 15th October. We're running over 90% in September.  Will share available locations for consideration.

3.     What would be the cost of each billboard space?  Varies based on location & Impressions delivered

4.     Are there different sizes and what are they? Standard sized are 14x48 & 10.6x36

5.     Do you also provide the entire process of having the logo and design to be set out on these billboards? If so, what are the

LADV000655

costs? We can design.   Cost per board ranges from $800-$1200 each.   Digital billboards have $0 production costs

6.     What is the market like in Indiana? Is it heavily populated as we would be interested to know which areas are more occupied to compare. Indianapolis and surrounding counties are highest populated.  Ft Wayne, Evansville, Bloomington, Lafayette, Terre Haute & Hammond are next in line

7.     Is there a pricing difference in each area or is it standard pricing for all the billboards? Prices vary based on Impressions Delivered & availability

8.     What is the process to get it placed? We will share available locations for your review.  Once we have locations contracted, it takes about 2wks to get materials ordered, shipped and installed.  If we use any digital locations, we can start as soon as the design (s) are approved.

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
⎯⎯⎯⎯⎯ | INDIANAPOLIS
Make Online Payments @ Payments.Lamar.com

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
⎯⎯⎯⎯⎯ | INDIANAPOLIS
Make Online Payments @ Payments.Lamar.com

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
⎯⎯⎯⎯⎯ | INDIANAPOLIS
Make Online Payments @ Payments.Lamar.com

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
⎯⎯⎯⎯⎯ | INDIANAPOLIS
Make Online Payments @ Payments.Lamar.com

LADV000656

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
        | INDIANAPOLIS
**Make Online Payments @ [Payments.Lamar.com](http://Payments.Lamar.com)**

--
Sent from Gmail Mobile


--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
| INDIANAPOLIS
**Make Online Payments @ [Payments.Lamar.com](http://Payments.Lamar.com)**


--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
| INDIANAPOLIS
**Make Online Payments @ [Payments.Lamar.com](http://Payments.Lamar.com)**


--
Hal P. Kilshaw
Vice President of Governmental Relations
Lamar Advertising
5321 Corporate Blvd.
Baton Rouge, LA 70808
225-237-1047
Fax 225-923-0658

LADV000657

| | |
|---|---|
| From: | Whit Weeks |
| Date: | September 15, 2020 10:44:15 AM (-05) |
| To: | Alex Neal; Brent McCord; Lacey Nast; Sheridan Mercer; Sonja Barnett; Steve Jackson; Tiffany Case |
| Subject: | **Agency Requests without Customer** |

| | |
|---|---|
| Attachments: | TST Billboard – TST-NewVersionBillboard-v2.jpg.html; TST Billboard – st1.jpg.html; TST Billboard – satanic-temple's-2.html; TST Billboard – satanic-temple's-1.jpg.html; TST Billboard – ST-VallaPublicitaria1-Boceto.png.html; |

Good Morning.

One of these pieces of creative that will be running in NW Arkansas starting at the end of the month.

This is why we shouldn't respond to agency requests listed as "Client X" or without gaining knowledge of the customer.  This will be running in our market and below rate.

I'm embarrassed that this will represent us.


**Whit Weeks** | General Manager
wweeks@lamar.com


**Lamar Advertising Company**
(o)479-442-0300 | (c) 479-200-9387
*Office:* 1855 Shelby Lane, Fayetteville, AR 72704
*Mailing:* PO Box 10352, Fayetteville, AR 72703
www.lamar.com

---

**EXHIBIT**
**13**

LADV000087

| | |
|---|---|
| From: | Tom Hill |
| Date: | September 14, 2020 10:15:59 AM (-05) |
| To: | Jacqueline Basulto |
| Subject: | **Re: Proposal for SeedX** |
| | |
| Attachments: | |

style="font-family:georgia,serif;font-size:small;color:#000000">Hey Jacqueline, could you sign the contract so we can get the locations locked in while we await creative approval.

>
On Fri, Sep 11, 2020 at 12:05 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Thank you so much

>
On Fri, Sep 11, 2020 at 12:02 PM Tom Hill <thill@lamar.com> wrote:
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">Literally was just changing our start date to 9/28 :-) I'll resend shortly

>
On Fri, Sep 11, 2020 at 11:59 AM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Hi Tom,

I have no problem signing, I am just waiting to hear on creative approval from the client now. I'm worried that it'll push the timeline back. Should I still sign even so?

>
On Fri, Sep 11, 2020 at 6:38 AM Tom Hill <thill@lamar.com> wrote:
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">Hey Jacqueline, could you sign the contract this morning and let me know how I can help on the designs?

>
On Wed, Sep 9, 2020 at 3:38 PM Tom Hill <thill@lamar.com> wrote:
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">If it's all one design, you can send me a file and we can resize.
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">The design you sent me last wk was approved
>
On Wed, Sep 9, 2020 at 3:37 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Okay!

I do not think the artwork will be finalized tomorrow... can we send the samples for approval first? What do you think?

>
On Wed, Sep 9, 2020 at 3:18 PM Tom Hill <thill@lamar.com> wrote:
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">That is preferred

>
On Wed, Sep 9, 2020 at 3:16 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Thank you! So the full amount is due 9/21? Just making sure I understand correctly.

>
On Wed, Sep 9, 2020 at 3:13 PM Tom Hill <thill@lamar.com> wrote:
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">Sending the contract your way now for electronic signature.
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">Thank You!
>
On Wed, Sep 9, 2020 at 11:19 AM Jacqueline Basulto <jacqueline@seedx.us> wrote:
We're ready to move forward! What is the next step?

>
On Tue, Sep 8, 2020 at 3:14 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:

**EXHIBIT 14**

Thank you Tom! Sending these to the client for approval

>

On Tue, Sep 8, 2020 at 3:00 PM Tom Hill <thill@lamar.com> wrote:
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">Hey Jacqueline, see below for Arkansas and let us know if these look good on your end.
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">
style="font-family:georgia,serif;font-size:small;color:rgb(0,0,0)">Note the Indiana quotes I gave you do include production costs

>

---------- Forwarded message ---------
From: **Colleen Baird** <COMJohnson@lamar.com>
Date: Tue, Sep 8, 2020 at 2:58 PM
Subject: Proposal for SeedX
To: Thomas Hill <thill@lamar.com>


Please see attached for my recommendation.  Cost for the 4 week and 8 week campaign would be:

1) Interstate 440 North Little Rock #2364  weekly impressions  404,309
2) Highways 67/167 Jacksonville #60006  weekly impressions  532,958
3)  Interstate 49 Springdale #68412  weekly impressions 519,391
4)  Interstate 30 Little Rock #70218  weekly impressions  531,846

Cost of 4 week campaign: $ 7,687
Cost of 8 week campaign: $12,412
(includes production)



Proposal for Tom - SeedX

--



Colleen M Johnson
Account Executive

501-412-8635 cell

LADV000593

"Make it simple. Make it memorable. Make it inviting to look at" – Leo Burnett


--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
      | **INDIANAPOLIS**
**Make Online Payments @ [Payments.Lamar.com](Payments.Lamar.com)**


--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
      | **INDIANAPOLIS**
**Make Online Payments @ [Payments.Lamar.com](Payments.Lamar.com)**


--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
      | **INDIANAPOLIS**
**Make Online Payments @ [Payments.Lamar.com](Payments.Lamar.com)**


--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
      | **INDIANAPOLIS**
**Make Online Payments @ [Payments.Lamar.com](Payments.Lamar.com)**


--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
      | **INDIANAPOLIS**
**Make Online Payments @ [Payments.Lamar.com](Payments.Lamar.com)**


--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
      | **INDIANAPOLIS**
**Make Online Payments @ [Payments.Lamar.com](Payments.Lamar.com)**


--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
      | **INDIANAPOLIS**
**Make Online Payments @ [Payments.Lamar.com](Payments.Lamar.com)**

| | |
|---|---|
| From: | Tom Hill |
| Date: | September 14, 2020 10:25:52 AM (-05) |
| To: | Jacqueline Basulto |
| Subject: | **Re: Proposal for SeedX** |

| | |
|---|---|
| Attachments: | |

I'd feel comfortable if we had by Wednesday afternoon

On Mon, Sep 14, 2020 at 10:24 AM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Yes, will do! When is the latest we can send creative for this date?

On Mon, Sep 14, 2020 at 10:17 AM Tom Hill <thill@lamar.com> wrote:
Hey Jacqueline, could you sign the contract so we can get the locations locked in while we await creative approval.

On Fri, Sep 11, 2020 at 12:05 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Thank you so much

On Fri, Sep 11, 2020 at 12:02 PM Tom Hill <thill@lamar.com> wrote:
Literally was just changing our start date to 9/28 :-) I'll resend shortly

On Fri, Sep 11, 2020 at 11:59 AM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Hi Tom,

I have no problem signing, I am just waiting to hear on creative approval from the client now. I'm worried that it'll push the timeline back. Should I still sign even so?

On Fri, Sep 11, 2020 at 6:38 AM Tom Hill <thill@lamar.com> wrote:
Hey Jacqueline, could you sign the contract this morning and let me know how I can help on the designs?

On Wed, Sep 9, 2020 at 3:38 PM Tom Hill <thill@lamar.com> wrote:
If it's all one design, you can send me a file and we can resize.

The design you sent me last wk was approved

On Wed, Sep 9, 2020 at 3:37 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Okay!

I do not think the artwork will be finalized tomorrow... can we send the samples for approval first? What do you think?

On Wed, Sep 9, 2020 at 3:18 PM Tom Hill <thill@lamar.com> wrote:
That is preferred

On Wed, Sep 9, 2020 at 3:16 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Thank you! So the full amount is due 9/21? Just making sure I understand correctly.

On Wed, Sep 9, 2020 at 3:13 PM Tom Hill <thill@lamar.com> wrote:
Sending the contract your way now for electronic signature.

Thank You!

On Wed, Sep 9, 2020 at 11:19 AM Jacqueline Basulto <jacqueline@seedx.us> wrote:
We're ready to move forward! What is the next step?

On Tue, Sep 8, 2020 at 3:14 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Thank you Tom! Sending these to the client for approval

On Tue, Sep 8, 2020 at 3:00 PM Tom Hill <thill@lamar.com> wrote:
Hey Jacqueline, see below for Arkansas and let us know if these look good on your end.

Note the Indiana quotes I gave you do include production costs

---------- Forwarded message ---------

**EXHIBIT**

**15**

LADV000021

From: **Colleen Baird** <COMJohnson@lamar.com>
Date: Tue, Sep 8, 2020 at 2:58 PM
Subject: Proposal for SeedX
To: Thomas Hill <thill@lamar.com>


Please see attached for my recommendation.  Cost for the 4 week and 8 week campaign would be:

1) Interstate 440 North Little Rock #2364  weekly impressions  404,309
2) Highways 67/167 Jacksonville #60006  weekly impressions  532,958
3)  Interstate 49 Springdale #68412  weekly impressions 519,391
4)  Interstate 30 Little Rock #70218  weekly impressions  531,846

Cost of 4 week campaign: $ 7,687
Cost of 8 week campaign: $12,412
(includes production)



Proposal for Tom - SeedX

--



Colleen M Johnson
Account Executive

501-412-8635 cell



"Make it simple. Make it memorable. Make it inviting to look at" – Leo Burnett


--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**

LADV000022

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**


--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**


--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**


--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**


--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**


--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**


--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**

| From: | Jacqueline Basulto |
|---|---|
| Date: | September 22, 2020 12:21:14 PM (-05) |
| To: | Tom Hill |
| Cc: | Justin Rashidi |
| Subject: | **Re: Lamar Advertising** |

Attachments:

That was a design from a past campaign with Lamar, not the current campaign.

Sent from my iPhone: please excuse any brevity or grammatical error on my part.

On Sep 22, 2020, at 12:13 PM, Tom Hill <thill@lamar.com> wrote:


I'll see if I can get more details.

Can we not use the original design you'd sent?

On Tue, Sep 22, 2020 at 12:05 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
In order to revise the designs, we need more specific information about what is misleading or offensive. The messaging and content is in line with the beliefs of the Satanic Temple and their religious beliefs, so we can't move forward without an understanding of what characteristics are specifically off-base.


On Tue, Sep 22, 2020 at 12:01 PM Tom Hill <thill@lamar.com> wrote:
All of the content

On Tue, Sep 22, 2020 at 12:59 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
All of the content? In what ways is it misleading and in what ways is it offensive? Can you clarify?

On Tue, Sep 22, 2020 at 11:57 AM Tom Hill <thill@lamar.com> wrote:
I was the content is misleading and offensive.

On Tue, Sep 22, 2020 at 12:54 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Hi Tom,

We are working to understand how we can accommodate Lamar's policy.

Is there anything specific about the messaging or imagery that we should focus on?

On Tue, Sep 22, 2020 at 9:16 AM Tom Hill <thill@lamar.com> wrote:
Hey Jacqueline, can we expect revised/updated designs today?

On Mon, Sep 21, 2020 at 10:33 AM Tom Hill <thill@lamar.com> wrote:
Hey Jacqueline, these designs were rejected.   See below Copy Acceptance policy included on our contracts.
<image.png>

On Mon, Sep 21, 2020 at 10:16 AM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Hi Tom,

Thanks for the update. Here are the designs that our client would like to place on the billboards. Please let me know if any of them are approvable.

Design #1: https://marvelapp.com/prototype/69ac76h/screen/72876931

EXHIBIT
16

LADV000160

Design #2: https://marvelapp.com/prototype/6aa2gj3/screen/72917196

Design #3: https://marvelapp.com/prototype/b87hei8/screen/72919634

Design #4: https://marvelapp.com/prototype/6aa2gj3/screen/72922240

What is Lamar's criteria for approving billboard messaging? The Satanic Temple is a registered religious group in the United States.

Best wishes,
Jacqueline

On Mon, Sep 21, 2020 at 10:01 AM Tom Hill <thill@lamar.com> wrote:
 Hey Jacqueline, our corporate office has rejected all copy pending approval.

The original design you shared was approved but not the newest versions.

On Fri, Sep 18, 2020 at 7:47 AM Tom Hill <thill@lamar.com> wrote:
 I can't push it out anymore.

On Thu, Sep 17, 2020 at 5:52 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
 I know... it's been impossible, I'm so sorry to make this process bad for you.

Is it possible for us to push it out? Maybe even more this time to avoid any issues?

Sent from my iPhone: please excuse any brevity or grammatical error on my part.

On Sep 17, 2020, at 3:36 PM, Tom Hill <thill@lamar.com> wrote:

Hey Jacqueline, checking in on approvals

Cutting things close here

On Tue, Sep 15, 2020 at 10:51 AM Tom Hill <thill@lamar.com> wrote:
 Gotcha

On Tue, Sep 15, 2020 at 9:52 AM Jacqueline Basulto <jacqueline@seedx.us> wrote:
 The others were previously approved billboards that we ran in the past... I'm sorry for the difficulty

On Tue, Sep 15, 2020 at 9:51 AM Tom Hill <thill@lamar.com> wrote:
 I'll have to get these approved on my end..... the content is totally different than what we had originally approved.

On Tue, Sep 15, 2020 at 9:41 AM Jacqueline Basulto <jacqueline@seedx.us> wrote:
 Hi Tom,

Thank you so much. Here is the creative I am trying to push to get approved ASAP!

Design option 1: https://marvelapp.com/prototype/69ac76h/screen/72654929
Design option 2: https://marvelapp.com/prototype/69ac76h/screen/72594823
Design option 3: https://marvelapp.com/prototype/69ac76h/screen/72525916
Design option 4: https://marvelapp.com/prototype/69ac76h/screen/72494110
Design option 5: https://marvelapp.com/prototype/69ac76h/screen/72469144

On Tue, Sep 15, 2020 at 9:28 AM Tom Hill <thill@lamar.com> wrote:
 Thanks for signing the contract Jacqueline!

Any change you can share the creative that is awaiting approval?

On Fri, Sep 4, 2020 at 1:26 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
 Sounds good. Let's talk at 4pm? Can you give me a call at 646-400-3071

LADV000161

On Fri, Sep 4, 2020 at 1:18 PM Tom Hill <thill@lamar.com> wrote:
I'm available. After 4 would be best

On Fri, Sep 4, 2020 at 12:44 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Are you working today or Monday? I'd love to talk again

On Fri, Sep 4, 2020 at 7:33 AM Tom Hill <thill@lamar.com> wrote:
And finally, locations in NE

---------- Forwarded message ---------
From: **Colleen Baird** <COMJohnson@lamar.com>
Date: Thu, Sep 3, 2020 at 7:53 AM
Subject: Re: Lamar Advertising
To: Tom Hill <thill@lamar.com>



Revise for Selected Interstates Seedx Arkansas

On Thu, Sep 3, 2020 at 8:52 AM Colleen Baird <COMJohnson@lamar.com>
wrote:
Please see this proposal with the available panels for 8 weeks in the areas she has
circled. I sent them these areas, along with others, but I have removed the
additional markets that she is no longer interested in and have just given the
panel photo sheets,map, and pricing for the ones in the map you sent. There is
one panel that we do not have in the system yet ( it is new) and I will send that
today.

If you have any questions, please let me know. I can work up the actual cost for
each of the vinyl and install for the bulletins but I wanted to get this over to you
right away to give them time to select. I wasn't sure if they were still on a quick
turnaround or not.

Thank you-

On Thu, Sep 3, 2020 at 7:47 AM Tom Hill <thill@lamar.com> wrote:
Hey Colleen, took a call with Jaqueline yesterday.....see below for info she
shared after our call regarding NE inventory

---------- Forwarded message ---------
From: **Jacqueline Basulto** <jacqueline@seedx.us>
Date: Wed, Sep 2, 2020 at 10:58 PM
Subject: Re: Lamar Advertising
To: Tom Hill <thill@lamar.com>
CC: Arif Afsheen <arif@seedx.us>, Justin Rashidi <justin@seedx.us>

LADV000162

Hi Tom,

Hope all is well! As promised, here are the areas we are interested in in both the Indianapolis-area and Little Rock-area markets. I'd like to get an estimate for 4 billboards on the highway paths I highlighted in the screenshots. Perhaps we can talk again or you can help me figure out which ones and the price?

I am also attaching our past campaign with Lamar to show you what creative looked like in the past.

Look forward to hearing from you!

Best wishes,
Jacqueline
<The_Satanic_Temple_Protect_Children.jpg>

On Wed, Sep 2, 2020 at 9:58 AM Tom Hill <thill@lamar.com> wrote:
  Hey Jacqueline, I'm actually free now if you are

  On Tue, Sep 1, 2020 at 5:58 PM Jacqueline Basulto <jacqueline@seedx.us>
  wrote:
    Sure!! My number is +16464003071

    Sent from my iPhone: please excuse any brevity or grammatical error on my
    part.

        On Sep 1, 2020, at 5:19 PM, Tom Hill <thill@lamar.com> wrote:


        Absolutely.    Would 1pm est work?

        On Tue, Sep 1, 2020 at 5:39 PM Jacqueline Basulto
        <jacqueline@seedx.us> wrote:
          Hi Tom,

          Can we set up a time to talk through this tomorrow? Let me know
          when you're available!

          Sent from my iPhone: please excuse any brevity or grammatical
          error on my part.

              On Sep 1, 2020, at 3:02 PM, Tom Hill
              <thill@lamar.com> wrote:



              Good afternoon Arif,

              I wanted to circle back with you and see if any
              questions have come up that I can help answer.   If
              you see any locations of interest, please let me know
              and I'd be glad to check and confirm availability.

              Thank You!

              On Wed, Aug 26, 2020 at 8:14 AM Tom Hill
              <thill@lamar.com> wrote:
                Good morning,

LADV000163

The links below will provide additional inventory across the state of Indiana.  Wanted to point a few quick things....

- The maps can be zoomed in/out to get a better idea of where the locations are
- Top right corner of each map is a 'traffic' tab.... that provides real time traffic conditions
- Each photo will show a 'Weekly Impressions' figure.  That number is the amount of impressions each location will provide each week

Upon your review, I'd love the opportunity to connect briefly over the phone to answer any questions and discuss details further.

I74 between Indy & Cincinnati

I80/90 East of South Bend

I69 & SR67 Bloomington

I69 Between Anderson & Ft Wayne

I65 Between Crown Point & Lebanon

I70 Between Terre Haute & Indy

On Tue, Aug 25, 2020 at 4:04 PM Arif Afsheen <arif@seedx.us> wrote:
Good afternoon to you as well,

Thank you Tom for responding back promptly and providing us some material to cross check!

Looking forward to more Indiana markets.

We will take a look and and get back to you.

Best Regards,

A Arif

On Tue, Aug 25, 2020 at 3:52 PM Tom Hill <thill@lamar.com> wrote:
Good afternoon Arif & team,

The link below will provide some available locations in the Indianapolis area.  Please review and let me know if you see any locations of interest.

Indianapolis

Please note that on the digital locations (orange dots) there are no production costs.  On our

LADV000164

bulletins, you're looking $1000 to print & install each board.

I'll share a few more Indiana markets here shortly. If you see any locations of interest, please let me know so I can confirm availability.

Thank You!

On Tue, Aug 25, 2020 at 7:26 AM Tom Hill <thill@lamar.com> wrote:

Good morning Arif, I have added poster & bulletin specs for both our static & digital boards.

Static Poster Retro Spec Sheet (and 4 more)

Stay tuned for available inventory.  Do we have a specific advertiser on this potential campaign?

On Mon, Aug 24, 2020 at 6:58 PM Arif Afsheen <arif@seedx.us> wrote:
Thank you Tom! We are looking specifically for Indiana and Arkansas. Can you send us the specs required for a poster and/or bulletin board design?

On Mon, Aug 24, 2020 at 2:47 PM Tom Hill <thill@lamar.com> wrote:
Good afternoon Arif!  Thank You for reaching out.  See below answers to your questions.  If you're available, I'd like to try and connect briefly tomorrow to see what areas are of most interest to you.  The link below will provide some general information for review in the meantime.

Thank You for the opportunity!

OOH Quick Facts (and 3 more)

1.      We would place 4-6 billboards near each other (on the same highway, etc.) in Indiana – is this possible? Yes, we have coverage on all major interstates across Indiana.  Are you specifically focused on Indianapolis?  We can also cover Terre Haute, Lafayette, Ft Wayne, Evansville, NW Indiana (Lake Co) & Bloomington, IN

2.      What is the availability like? We would like to place them by the 15th of September to 15th October. We're running over 90% in September.  Will share available locations for consideration.

3.      What would be the

LADV000165

cost of each billboard space?  Varies based on location & Impressions delivered

4.    Are there different sizes and what are they? Standard sized are 14x48 & 10.6x36

5.    Do you also provide the entire process of having the logo and design to be set out on these billboards? If so, what are the costs? We can design.   Cost per board ranges from $800-$1200 each.   Digital billboards have $0 production costs

6.    What is the market like in Indiana? Is it heavily populated as we would be interested to know which areas are more occupied to compare. Indianapolis and surrounding counties are highest populated. Ft Wayne, Evansville, Bloomington, Lafayette, Terre Haute & Hammond are next in line

7.    Is there a pricing difference in each area or is it standard pricing for all the billboards? Prices vary based on Impressions Delivered & availability

8.    What is the process to get it placed? We will share available locations for your review.  Once we have locations contracted, it takes about 2wks to get materials ordered, shipped and installed.  If we use any digital locations, we can start as soon as the design (s) are approved.

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @**
**Payments.Lamar.com**

--

**Tom Hill**

LADV000166

Senior Account Executive
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

**Tom Hill**
Senior Account Executive
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

**Tom Hill**
Senior Account Executive
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

**Tom Hill**
Senior Account Executive
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--
Sent from Gmail Mobile

--

**Tom Hill**
Senior Account Executive
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--
Sent from Gmail Mobile

LADV000167

--



Colleen M Johnson
Account Executive

501-412-8635 cell



"Make it simple. Make it memorable. Make it inviting to look at" – Leo Burnett

--



Colleen M Johnson
Account Executive

501-412-8635 cell



"Make it simple. Make it memorable. Make it inviting to look at" – Leo Burnett

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR | INDIANAPOLIS**
**Make Online Payments @ Payments.Lamar.com**

--

Sent from Gmail Mobile

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**

--

Sent from Gmail Mobile

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**

--

LADV000169

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

Sent from Gmail Mobile

--

Sent from Gmail Mobile

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**





TST-NewVersionBillboard-v2.jpg

**Jacqueline Basulto**

is

1 month ago

**Jacqueline Basulto**

no quotes around this text

1 month ago

**Ryan Street**

Let's add more emphasis to the word "Satanist" (maybe a mixture of size increase, underlining, & changing the color to red?)

1 month ago

To leave a comment on this prototype

Sign in    or    Sign up

EXHIBIT
17



st1.jpg

**Ryan Street**

Hey Daniela! So TST wants us to go with a more "vintage" look rather than the "comic" style. If you could, please illustrate 2 girls talking, one with devil horns on the right in this more vintage style.

1 month ago

**Ryan Street**

Color scheme: I think we should maybe focus on contrasting black & white, with red accents

1 month ago

**justin**

Daniela, I think the way that this is placed, it makes the elements seem unbalanced even though the spacing is equal at the top and bottom.

To leave a comment on this prototype

Sign in   or   **Sign up**



satanic-temple's-2                                        All        ✕

justin

I like this, but I think we can't use this
messaging. I will confirm with them.

1 month ago

Ryan Street

Let's change these red Xs to check-marks

1 month ago



To leave a comment on this prototype

Sign in     or     Sign up

satanic-temple's-1.jpg    All    ✕

justin
Same comment as the other one

1 month ago

Ryan Street
I think this one looks good to show to TST

1 month ago



To leave a comment on this prototype

Sign in    or    Sign up

| From: | Jacqueline Basulto |
|---|---|
| Date: | September 15, 2020 9:52:33 AM (-05) |
| To: | Tom Hill |
| Subject: | **Re: Lamar Advertising** |

Attachments:

The others were previously approved billboards that we ran in the past... I'm sorry for the difficulty

On Tue, Sep 15, 2020 at 9:51 AM Tom Hill <thill@lamar.com> wrote:
I'll have to get these approved on my end..... the content is totally different than what we had originally approved.

On Tue, Sep 15, 2020 at 9:41 AM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Hi Tom,

Thank you so much. Here is the creative I am trying to push to get approved ASAP!

Design option 1: https://marvelapp.com/prototype/69ac76h/screen/72654929
Design option 2: https://marvelapp.com/prototype/69ac76h/screen/72594823
Design option 3: https://marvelapp.com/prototype/69ac76h/screen/72525916
Design option 4: https://marvelapp.com/prototype/69ac76h/screen/72494110
Design option 5: https://marvelapp.com/prototype/69ac76h/screen/72469144

On Tue, Sep 15, 2020 at 9:28 AM Tom Hill <thill@lamar.com> wrote:
Thanks for signing the contract Jacqueline!

Any change you can share the creative that is awaiting approval?

On Fri, Sep 4, 2020 at 1:26 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Sounds good. Let's talk at 4pm? Can you give me a call at 646-400-3071

On Fri, Sep 4, 2020 at 1:18 PM Tom Hill <thill@lamar.com> wrote:
I'm available.  After 4 would be best

On Fri, Sep 4, 2020 at 12:44 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Are you working today or Monday? I'd love to talk again

On Fri, Sep 4, 2020 at 7:33 AM Tom Hill <thill@lamar.com> wrote:
And finally, locations in NE

---------- Forwarded message ---------
From: **Colleen Baird** <COMJohnson@lamar.com>
Date: Thu, Sep 3, 2020 at 7:53 AM
Subject: Re: Lamar Advertising
To: Tom Hill <thill@lamar.com>

EXHIBIT
18

LADV000076



Revise for Selected Interstates Seedx Arkansas

On Thu, Sep 3, 2020 at 8:52 AM Colleen Baird <COMJohnson@lamar.com> wrote:
Please see this proposal with the available panels for 8 weeks in the areas she has circled.  I sent them these areas, along with others, but I have removed the additional markets that she is no longer interested in and have just given the panel photo sheets,map, and pricing for the ones in the map you sent. There is one panel that we do not have in the system yet ( it is new) and I will send that today.

If you have any questions, please let me know.  I can work up the actual cost for each of the vinyl and install for the bulletins but I wanted to get this over to you right away to give them time to select.  I wasn't sure if they were still on a quick turnaround or not.

Thank you-

On Thu, Sep 3, 2020 at 7:47 AM Tom Hill <thill@lamar.com> wrote:

LADV000077

Hey Colleen, took a call with Jaqueline yesterday.....see below for info she shared after our call regarding NE inventory

---------- Forwarded message ---------
From: **Jacqueline Basulto** <jacqueline@seedx.us>
Date: Wed, Sep 2, 2020 at 10:58 PM
Subject: Re: Lamar Advertising
To: Tom Hill <thill@lamar.com>
CC: Arif Afsheen <arif@seedx.us>, Justin Rashidi <justin@seedx.us>


Hi Tom,

Hope all is well! As promised, here are the areas we are interested in in both the Indianapolis-area and Little Rock-area markets. I'd like to get an estimate for 4 billboards on the highway paths I highlighted in the screenshots. Perhaps we can talk again or you can help me figure out which ones and the price?

I am also attaching our past campaign with Lamar to show you what creative looked like in the past.

Look forward to hearing from you!

Best wishes,
Jacqueline



On Wed, Sep 2, 2020 at 9:58 AM Tom Hill <thill@lamar.com> wrote:
Hey Jacqueline, I'm actually free now if you are

On Tue, Sep 1, 2020 at 5:58 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Sure!! My number is +16464003071

Sent from my iPhone: please excuse any brevity or grammatical error on my part.


On Sep 1, 2020, at 5:19 PM, Tom Hill <thill@lamar.com> wrote:


Absolutely.    Would 1pm est work?

On Tue, Sep 1, 2020 at 5:39 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Hi Tom,

LADV000078

Can we set up a time to talk through this tomorrow? Let me know when you're available!

Sent from my iPhone: please excuse any brevity or grammatical error on my part.

> On Sep 1, 2020, at 3:02 PM, Tom Hill <thill@lamar.com> wrote:

Good afternoon Arif,

I wanted to circle back with you and see if any questions have come up that I can help answer.   If you see any locations of interest, please let me know and I'd be glad to check and confirm availability.

Thank You!

On Wed, Aug 26, 2020 at 8:14 AM Tom Hill <thill@lamar.com> wrote:
Good morning,

The links below will provide additional inventory across the state of Indiana.   Wanted to point a few quick things....

- The maps can be zoomed in/out to get a better idea of where the locations are
- Top right corner of each map is a 'traffic' tab.... that provides real time traffic conditions
- Each photo will show a 'Weekly Impressions' figure.   That number is the amount of impressions each location will provide each week

Upon your review, I'd love the opportunity to connect briefly over the phone to answer any questions and discuss details further.

I74 between Indy & Cincinnati

I80/90 East of South Bend

I69 & SR67 Bloomington

I69 Between Anderson & Ft Wayne

I65 Between Crown Point & Lebanon

I70 Between Terre Haute & Indy

On Tue, Aug 25, 2020 at 4:04 PM Arif Afsheen <arif@seedx.us> wrote:
Good afternoon to you as well,

Thank you Tom for responding back promptly and providing us some material to cross check!

Looking forward to more Indiana markets.

We will take a look and and get back to you.

Best Regards,

LADV000079

A Arif

On Tue, Aug 25, 2020 at 3:52 PM Tom Hill <thill@lamar.com> wrote:
Good afternoon Arif & team,

The link below will provide some available locations in the Indianapolis area.   Please review and let me know if you see any locations of interest.

Indianapolis

Please note that on the digital locations (orange dots) there are no production costs.  On our bulletins, you're looking $1000 to print & install each board.

I'll share a few more Indiana markets here shortly.  If you see any locations of interest, please let me know so I can confirm availability.

Thank You!

On Tue, Aug 25, 2020 at 7:26 AM Tom Hill <thill@lamar.com> wrote:

Good morning Arif, I have added poster & bulletin specs for both our static & digital boards.

Static Poster Retro Spec Sheet (and 4 more)

Stay tuned for available inventory.  Do we have a specific advertiser on this potential campaign?

On Mon, Aug 24, 2020 at 6:58 PM Arif Afsheen <arif@seedx.us> wrote:
Thank you Tom! We are looking specifically for Indiana and Arkansas. Can you send us the specs required for a poster and/or bulletin board design?

On Mon, Aug 24, 2020 at 2:47 PM Tom Hill <thill@lamar.com> wrote:
Good afternoon Arif! Thank You for reaching out. See below answers to your questions. If you're available, I'd like to try and connect briefly tomorrow to see what areas are of most interest to you.  The link below will provide some general information for review in the meantime.

Thank You for the opportunity!

OOH Quick Facts (and 3 more)

1.      We would place 4-6 billboards near each other (on the same highway, etc.) in Indiana – is this possible? Yes, we have coverage on all major interstates across Indiana.  Are you specifically focused on Indianapolis? We can also cover Terre Haute, Lafayette, Ft Wayne, Evansville, NW Indiana (Lake Co) & Bloomington, IN

2.      What is the availability like? We would like to place them by the 15th of September to 15th October. We're running over 90% in September.  Will share available locations for consideration.

3.      What would be the cost of each billboard space? Varies based on location & Impressions delivered

4.      Are there different sizes and what are they? Standard sized are 14x48 & 10.6x36

5.      Do you also provide the entire process of having the logo and design to be set out on these billboards? If so, what are the costs? We can design.   Cost per board ranges from $800-$1200 each.   Digital billboards have

$0 production costs

6.    What is the market like in Indiana? Is it heavily populated as we would be interested to know which areas are more occupied to compare. Indianapolis and surrounding counties are highest populated.  Ft Wayne, Evansville, Bloomington, Lafayette, Terre Haute & Hammond are next in line

7.    Is there a pricing difference in each area or is it standard pricing for all the billboards? Prices vary based on Impressions Delivered & availability

8.    What is the process to get it placed? We will share available locations for your review.  Once we have locations contracted, it takes about 2wks to get materials ordered, shipped and installed.  If we use any digital locations, we can start as soon as the design (s) are approved.

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
*LAMAR* | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
*LAMAR* | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
*LAMAR* | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
*LAMAR* | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
*LAMAR* | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**

--
Sent from Gmail Mobile

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
*LAMAR* | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**

--
Sent from Gmail Mobile

--



Colleen M Johnson
Account Executive

501-412-8635 cell



"Make it simple. Make it memorable. Make it inviting to look at" – Leo Burnett

--



Colleen M Johnson
Account Executive

501-412-8635 cell



"Make it simple. Make it memorable. Make it inviting to look at" – Leo Burnett


--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
*LAMAR* | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**


--

Sent from Gmail Mobile


--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
*LAMAR* | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**


--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
*LAMAR* | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

LADV000083

| From: | Hal Kilshaw |
|---|---|
| Date: | September 15, 2020 10:58:42 AM (-05) |
| To: | Jason Graham |
| Cc: | Thomas Gibbens |
| Bcc: | amcalpin@lamar.com |
| Subject: | **Re: Satanic Temple Creative** |

Attachments:

Jason,

All of these are misleading and offensive so no on all of them.

On Tue, Sep 15, 2020 at 10:02 AM Jason Graham <jgraham@lamar.com> wrote:
Hal,

This client has more copies they want approved.   I don't see the paid for disclaimer so I know they need that.  But how else do you feel about these copies?


**Jason Graham**

*Vice President / General Manager*

Lamar Advertising of Indianapolis / Terre Haute IN

cell 646-379-2246

office 317-484-0396




---------- Forwarded message ---------
From: **Tom Hill** <thill@lamar.com>
Date: Tue, Sep 15, 2020 at 10:54 AM
Subject: Satanic Temple Creative
To: Jason Graham <jgraham@lamar.com>, Thomas Gibbens <tgibbens@lamar.com>


Jason, can you have Hal review the designs below?  Totally different content from what they originally provided. She says these designs were previously approved by Lamar but best we double check.

Thanks

---------- Forwarded message ---------
From: **Jacqueline Basulto** <jacqueline@seedx.us>
Date: Tue, Sep 15, 2020 at 9:41 AM
Subject: Re: Lamar Advertising
To: Tom Hill <thill@lamar.com>


Hi Tom,

Thank you so much. Here is the creative I am trying to push to get approved ASAP!

Design option 1: https://marvelapp.com/prototype/69ac76h/screen/72654929
Design option 2: https://marvelapp.com/prototype/69ac76h/screen/72594823
Design option 3: https://marvelapp.com/prototype/69ac76h/screen/72525916
Design option 4: https://marvelapp.com/prototype/69ac76h/screen/72494110
Design option 5: https://marvelapp.com/prototype/69ac76h/screen/72469144

EXHIBIT
19

LADV000100

--
**Tom Hill**
m: 812.208.1239

--
Hal P. Kilshaw
Vice President of Governmental Relations
Lamar Advertising
5321 Corporate Blvd.
Baton Rouge, LA 70808
225-237-1047
Fax 225-923-0658

LADV000101

| From: | Hal Kilshaw |
|---|---|
| Date: | September 22, 2020 1:28:33 PM (-05) |
| To: | Jason Graham |
| Cc: | Tom Hill; Thomas Gibbens |
| Subject: | **Re: Satanic Temple Creative** |

Attachments:

The right to have an abortion in the U.S. is provided under law not the Satanic Temple's abortion ritual.

On Tue, Sep 22, 2020 at 12:36 PM Jason Graham <jgraham@lamar.com> wrote:
For starters they asked about a campaign to protect children.  Then switched to aborting them.

But I'll let Hal guide us how to word the reply.

On Tue, Sep 22, 2020 at 1:12 PM Tom Hill <thill@lamar.com> wrote:
Hal, could you review the below questions I received.  Thank You!

**Jacqueline Basulto**                                                                                            12:05 PM (4 minutes ago)

to me, Justin

In order to revise the designs, we need more specific information about what is misleading or offensive. The messaging and content is in line with the beliefs of the Satanic Temple and their religious beliefs, so we can't move forward without an understanding of what characteristics are specifically off-base

On Mon, Sep 21, 2020 at 10:58 AM Thomas Gibbens <tgibbens@lamar.com> wrote:
This was the last I heard where Hal rejected all the copy?

See below
Tom Gibbens

VP/TM/GM

Lamar Advertising

www.lamar.com

Little Rock, AR

501-562-2476 off

501-568-0085 fx

---------- Forwarded message ---------
From: **Thomas Gibbens** <tgibbens@lamar.com>
Date: Tue, Sep 15, 2020 at 10:59 AM
Subject: Fwd: Satanic Temple Creative
To: Whit Weeks <wweeks@lamar.com>, Sam Cooper <scooper@lamar.com>, Colleen Baird <COMJohnson@lamar.com>

fyi
Tom Gibbens

VP/TM/GM

Lamar Advertising

www.lamar.com

**EXHIBIT**
**20**

Little Rock, AR

501-562-2476 off

501-568-0085 fx

---------- Forwarded message ----------
From: **Hal Kilshaw** <hkilshaw@lamar.com>
Date: Tue, Sep 15, 2020 at 10:58 AM
Subject: Re: Satanic Temple Creative
To: Jason Graham <jgraham@lamar.com>
Cc: Thomas Gibbens <tgibbens@lamar.com>

Jason,

All of these are misleading and offensive so no on on all of them.

On Tue, Sep 15, 2020 at 10:02 AM Jason Graham <jgraham@lamar.com> wrote:
  Hal,

  This client has more copies they want approved.   I don't see the paid for disclaimer so I know they need that.   But how else do you feel about these copies?


  **Jason Graham**

  *Vice President / General Manager*

  Lamar Advertising of Indianapolis / Terre Haute IN

  cell 646-379-2246

  office 317-484-0396



---------- Forwarded message ----------
From: **Tom Hill** <thill@lamar.com>
Date: Tue, Sep 15, 2020 at 10:54 AM
Subject: Satanic Temple Creative
To: Jason Graham <jgraham@lamar.com>, Thomas Gibbens <tgibbens@lamar.com>

Jason, can you have Hal review the designs below?   Totally different content from what they originally provided. She says these designs were previously approved by Lamar but best we double check.

Thanks

---------- Forwarded message ----------
From: **Jacqueline Basulto** <jacqueline@seedx.us>
Date: Tue, Sep 15, 2020 at 9:41 AM
Subject: Re: Lamar Advertising
To: Tom Hill <thill@lamar.com>

Hi Tom,

Thank you so much. Here is the creative I am trying to push to get approved ASAP!

Design option 1: https://marvelapp.com/prototype/69ac76h/screen/72654929
Design option 2: https://marvelapp.com/prototype/69ac76h/screen/72594823
Design option 3: https://marvelapp.com/prototype/69ac76h/screen/72525916
Design option 4: https://marvelapp.com/prototype/69ac76h/screen/72494110
Design option 5: https://marvelapp.com/prototype/69ac76h/screen/72469144


--
**Tom Hill**
m: 812.208.1239


--
Hal P. Kilshaw

LADV000175

Vice President of Governmental Relations
Lamar Advertising

5321 Corporate Blvd.

Baton Rouge, LA 70808

225-237-1047

Fax 225-923-0658

--

**Jason Graham**

*Vice President / General Manager*

Lamar Advertising of Indianapolis / Terre Haute IN

cell 646-379-2246

office 317-484-0396

--
Hal P. Kilshaw
Vice President of Governmental Relations
Lamar Advertising
5321 Corporate Blvd.
Baton Rouge, LA 70808
225-237-1047
Fax 225-923-0658

LADV000176

| From: | Jacqueline Basulto |
| --- | --- |
| Date: | September 21, 2020 10:16:59 AM (-05) |
| To: | Tom Hill; Justin Rashidi |
| Subject: | **Re: Lamar Advertising** |

Attachments:

Hi Tom,

Thanks for the update. Here are the designs that our client would like to place on the billboards. Please let me know if any of them are approvable.

Design #1: https://marvelapp.com/prototype/69ac76h/screen/72876931

Design #2: https://marvelapp.com/prototype/6aa2gj3/screen/72917196

Design #3: https://marvelapp.com/prototype/b87hei8/screen/72919634

Design #4: https://marvelapp.com/prototype/6aa2gj3/screen/72922240

What is Lamar's criteria for approving billboard messaging? The Satanic Temple is a registered religious group in the United States.

Best wishes,
Jacqueline

On Mon, Sep 21, 2020 at 10:01 AM Tom Hill <thill@lamar.com> wrote:
Hey Jacqueline, our corporate office has rejected all copy pending approval.

The original design you shared was approved but not the newest versions.

On Fri, Sep 18, 2020 at 7:47 AM Tom Hill <thill@lamar.com> wrote:
I can't push it out anymore.

On Thu, Sep 17, 2020 at 5:52 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
I know... it's been impossible, I'm so sorry to make this process bad for you.

Is it possible for us to push it out? Maybe even more this time to avoid any issues?

Sent from my iPhone: please excuse any brevity or grammatical error on my part.

On Sep 17, 2020, at 3:36 PM, Tom Hill <thill@lamar.com> wrote:

Hey Jacqueline, checking in on approvals

Cutting things close here

On Tue, Sep 15, 2020 at 10:51 AM Tom Hill <thill@lamar.com> wrote:
Gotcha

On Tue, Sep 15, 2020 at 9:52 AM Jacqueline Basulto <jacqueline@seedx.us> wrote:
The others were previously approved billboards that we ran in the past... I'm sorry for the difficulty

On Tue, Sep 15, 2020 at 9:51 AM Tom Hill <thill@lamar.com> wrote:
I'll have to get these approved on my end..... the content is totally different than what we had originally approved.

On Tue, Sep 15, 2020 at 9:41 AM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Hi Tom,

**EXHIBIT 21**

Thank you so much. Here is the creative I am trying to push to get approved ASAP!

Design option 1: https://marvelapp.com/prototype/69ac76h/screen/72654929
Design option 2: https://marvelapp.com/prototype/69ac76h/screen/72594823
Design option 3: https://marvelapp.com/prototype/69ac76h/screen/72525916
Design option 4: https://marvelapp.com/prototype/69ac76h/screen/72494110
Design option 5: https://marvelapp.com/prototype/69ac76h/screen/72469144

On Tue, Sep 15, 2020 at 9:28 AM Tom Hill <thill@lamar.com> wrote:
  Thanks for signing the contract Jacqueline!

  Any change you can share the creative that is awaiting approval?

On Fri, Sep 4, 2020 at 1:26 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
  Sounds good. Let's talk at 4pm? Can you give me a call at 646-400-3071

  On Fri, Sep 4, 2020 at 1:18 PM Tom Hill <thill@lamar.com> wrote:
  I'm available.  After 4 would be best

  On Fri, Sep 4, 2020 at 12:44 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
  Are you working today or Monday? I'd love to talk again

  On Fri, Sep 4, 2020 at 7:33 AM Tom Hill <thill@lamar.com> wrote:
  And finally, locations in NE

  ---------- Forwarded message ---------
  From: **Colleen Baird** <COMJohnson@lamar.com>
  Date: Thu, Sep 3, 2020 at 7:53 AM
  Subject: Re: Lamar Advertising
  To: Tom Hill <thill@lamar.com>



  Revise for Selected Interstates Seedx Arkansas

On Thu, Sep 3, 2020 at 8:52 AM Colleen Baird <COMJohnson@lamar.com> wrote:
  Please see this proposal with the available panels for 8 weeks in the areas she has circled. I sent them
  these areas, along with others, but I have removed the additional markets that she is no longer
  interested in and have just given the panel photo sheets,map, and pricing for the ones in the map you
  sent. There is one panel that we do not have in the system yet ( it is new) and I will send that today.

  If you have any questions, please let me know.  I can work up the actual cost for each of the vinyl and
  install for the bulletins but I wanted to get this over to you right away to give them time to select.  I
  wasn't sure if they were still on a quick turnaround or not.

  Thank you-

LADV000124

On Thu, Sep 3, 2020 at 7:47 AM Tom Hill <thill@lamar.com> wrote:
Hey Colleen, took a call with Jaqueline yesterday.....see below for info she shared after our call regarding NE inventory

---------- Forwarded message ---------
From: **Jacqueline Basulto** <jacqueline@seedx.us>
Date: Wed, Sep 2, 2020 at 10:58 PM
Subject: Re: Lamar Advertising
To: Tom Hill <thill@lamar.com>
CC: Arif Afsheen <arif@seedx.us>, Justin Rashidi <justin@seedx.us>

Hi Tom,

Hope all is well! As promised, here are the areas we are interested in in both the Indianapolis-area and Little Rock-area markets. I'd like to get an estimate for 4 billboards on the highway paths I highlighted in the screenshots. Perhaps we can talk again or you can help me figure out which ones and the price?

I am also attaching our past campaign with Lamar to show you what creative looked like in the past.

Look forward to hearing from you!

Best wishes,
Jacqueline
<The_Satanic_Temple_Protect_Children.jpg>

On Wed, Sep 2, 2020 at 9:58 AM Tom Hill <thill@lamar.com> wrote:
Hey Jacqueline, I'm actually free now if you are

On Tue, Sep 1, 2020 at 5:58 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Sure!! My number is +16464003071

Sent from my iPhone: please excuse any brevity or grammatical error on my part.

On Sep 1, 2020, at 5:19 PM, Tom Hill <thill@lamar.com> wrote:

Absolutely.    Would 1pm est work?

On Tue, Sep 1, 2020 at 5:39 PM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Hi Tom,

Can we set up a time to talk through this tomorrow? Let me know when you're available!

Sent from my iPhone: please excuse any brevity or grammatical error on my part.

On Sep 1, 2020, at 3:02 PM, Tom Hill <thill@lamar.com> wrote:

Good afternoon Arif,

I wanted to circle back with you and see if any questions have come up that I can help answer.   If you see any locations of interest, please let me know and I'd be glad to check and confirm availability.

Thank You!

LADV000125

On Wed, Aug 26, 2020 at 8:14 AM Tom Hill <thill@lamar.com> wrote:
Good morning,

The links below will provide additional inventory across the state of Indiana.   Wanted to point a few quick things....

- The maps can be zoomed in/out to get a better idea of where the locations are
- Top right corner of each map is a 'traffic' tab.... that provides real time traffic conditions
- Each photo will show a 'Weekly Impressions' figure.   That number is the amount of impressions each location will provide each week

Upon your review, I'd love the opportunity to connect briefly over the phone to answer any questions and discuss details further.

I74 between Indy & Cincinnati

I80/90 East of South Bend

I69 & SR67 Bloomington

I69 Between Anderson & Ft Wayne

I65 Between Crown Point & Lebanon

I70 Between Terre Haute & Indy

On Tue, Aug 25, 2020 at 4:04 PM Arif Afsheen <arif@seedx.us> wrote:
Good afternoon to you as well,

Thank you Tom for responding back promptly and providing us some material to cross check!

Looking forward to more Indiana markets.

We will take a look and and get back to you.

Best Regards,

A Arif

On Tue, Aug 25, 2020 at 3:52 PM Tom Hill <thill@lamar.com> wrote:
Good afternoon Arif & team,

The link below will provide some available locations in the Indianapolis area.   Please review and let me know if you see any locations of interest.

Indianapolis

Please note that on the digital locations (orange dots) there are no production costs. On our bulletins, you're looking $1000 to print & install each board.

LADV000126

I'll share a few more Indiana markets here shortly. If you see any locations of interest, please let me know so I can confirm availability.

Thank You!

On Tue, Aug 25, 2020 at 7:26 AM Tom Hill <thill@lamar.com> wrote:

Good morning Arif, I have added poster & bulletin specs for both our static & digital boards.

Static Poster Retro Spec Sheet (and 4 more)

Stay tuned for available inventory.   Do we have a specific advertiser on this potential campaign?

On Mon, Aug 24, 2020 at 6:58 PM Arif Afsheen <arif@seedx.us> wrote:

Thank you Tom! We are looking specifically for Indiana and Arkansas. Can you send us the specs required for a poster and/or bulletin board design?

On Mon, Aug 24, 2020 at 2:47 PM Tom Hill <thill@lamar.com> wrote:

Good afternoon Arif! Thank You for reaching out. See below answers to your questions. If you're available, I'd like to try and connect briefly tomorrow to see what areas are of most interest to you. The link below will provide some general information for review in the meantime.

Thank You for the opportunity!

OOH Quick Facts (and 3 more)

1.    We would place 4-6 billboards near each other (on the same highway, etc.) in Indiana – is this possible? Yes, we have coverage on all major interstates across Indiana. Are you specifically focused on Indianapolis? We can also cover Terre Haute, Lafayette, Ft Wayne, Evansville, NW Indiana (Lake Co) & Bloomington, IN

2.    What is the availability like? We would like to place them by the 15th of September to 15th October. We're running over 90% in September. Will share available locations for consideration.

3.    What would be the cost of each billboard space? Varies based on location & Impressions delivered

4.    Are there different sizes and what are they? Standard sized are 14x48 & 10.6x36

5.    Do you also provide the entire process of having the logo and design to be set out on these billboards? If so, what are the costs? We can design.   Cost per board ranges from $800-$1200 each. Digital billboards have $0 production costs

6.    What is the market like in Indiana? Is it heavily populated as we would be interested to know which areas are more occupied to compare. Indianapolis and surrounding counties are highest populated. Ft Wayne, Evansville,

Bloomington, Lafayette, Terre Haute &
Hammond are next in line

7.    Is there a pricing difference in each
area or is it standard pricing for all the
billboards? Prices vary based on
Impressions Delivered & availability

8.    What is the process to get it placed?
We will share available locations for your
review.  Once we have locations
contracted, it takes about 2wks to get
materials ordered, shipped and installed.
If we use any digital locations, we can
start as soon as the design (s) are
approved.

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
*LAMAR* | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
*LAMAR* | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
*LAMAR* | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
*LAMAR* | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

LADV000128



**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
*LAMAR* | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--
Sent from Gmail Mobile

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
*LAMAR* | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--
Sent from Gmail Mobile

--



Colleen M Johnson
Account Executive

501-412-8635 cell



"Make it simple. Make it memorable. Make it inviting to look at" — Leo Burnett

--

LADV000129



Colleen M Johnson
Account Executive

501-412-8635 cell



"Make it simple. Make it memorable. Make it inviting to look at" – Leo Burnett

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
*LAMAR* | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

Sent from Gmail Mobile

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
*LAMAR* | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
*LAMAR* | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

LADV000130

--

**Tom Hill**
Senior Account Executive
m: 812.208.1239
_LAMAR_ | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

Sent from Gmail Mobile

--

**Tom Hill**
Senior Account Executive
m: 812.208.1239
_LAMAR_ | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

--

**Tom Hill**
Senior Account Executive
m: 812.208.1239
_LAMAR_ | INDIANAPOLIS
Make Online Payments @ **Payments.Lamar.com**

LADV000131



**Pregnancy** complications are the sixth most common **cause of death** among women between the ages of 20 and 34.

# Abortions Save Lives!



www.TheSatanicTemple.com

## Our Religious Abortion Ritual Averts Many State Restrictions

TST000002





| From: | Tom Hill |
|---|---|
| Date: | September 23, 2020 5:04:39 PM (-05) |
| To: | Hal Kilshaw; Jason Graham; Thomas Gibbens |
| Subject: | **Fwd: TST v. Lamar Advertising Company -- demand letter and preservation notice** |

Attachments: 2020 09 23 demand letter and preservation notice.pdf;

Just received the below & attached.

---------- Forwarded message ---------
From: **Matthew A. Kezhaya** <matt@kezhaya.law>
Date: Wed, Sep 23, 2020 at 5:59 PM
Subject: TST v. Lamar Advertising Company -- demand letter and preservation notice
To: <thill@lamar.com>


Please see attached for a demand letter and preservation notice in the above case.  Please advise how your organization plans to proceed by September 24 at 5:00 pm.

Matthew A. Kezhaya

Arkansas office:
Kezhaya Law PLC
1202 NE McClain Rd
Bentonville, AR 72712
p: (479) 431-6112
f: (479) 282-2892
e: matt@kezhaya.law

Minnesota office (MN license pending):
Kezhaya Law PLC
100 S. Fifth Street, 19th Floor
Minneapolis, MN 55402
p: (479) 431-6112
f: (479) 282-2892
e: matt@kezhaya.law

This message may contain confidential or privileged information and was intended for a particular recipient. If it appears that I sent this to you in error, please inform me and delete this message.


--
Sent from Gmail Mobile

EXHIBIT

23

LADV000826

# KEZHAYA LAW PLC



**MATTHEW A. KEZHAYA**
1202 NE MCCLAIN RD
BENTONVILLE, AR 72712

P: (479) 431-6112
F: (479) 282-2892
MATT@KEZHAYA.LAW

September 23, 2020

Lamar Advertising Company
c/o Mr. Tom Hill
**by email only to:** thill@lamar.com

Re: <u>TST v. Lamar Advertising Company</u> – demand letter and preservation notice

Good afternoon,

I represent The Satanic Temple ("**TST**") in its efforts to place billboards advertising the news of the recently-unveiled abortion ritual. My client is working through a marketing firm called SeedX Inc., who I understand you have been directly communicating with. Near as I can tell, your organization owns all of the billboards in the suitable area for my client's advertisements. My client and your organization have a contract to display several billboards throughout Arkansas and Indiana for a period beginning September 28, 2020 and ending October 25, 2020.

The problem is that someone in your organization is declining to adhere to the terms of the deal. Ostensibly, the issue is that my client's designs are not "in good taste and within the moral standards of the individual communities in which it is to be displayed." See Agreement at ¶ 6. But you have refused to indicate what, exactly, is wrong with the designs so the problem can be remediated.

It appears that one of two things are going on. Your organization could be discriminating against my client on the basis of its religious tenets, which would violate the Arkansas Civil Rights Act. See ACA § 16-123-107(a)(4)(prohibiting discrimination because of religion in contractual transactions).

Or, your organization could simply be running afoul of the implied warranty of good faith and fair dealing. E.g. <u>W. Memphis Adolescent Residential, LLC v. Compton</u>, 2010 Ark. App. 450, 5, 374 S.W.3d 922, 925 (2010) ("Every contract imposes upon each party a duty of good faith and fair dealing in its performance and its enforcement.")

In any event, your organization is bound in contract to put up billboards advertising TST's abortion ritual by September 28. You can provide meaningful feedback in a timely manner to permit corrections to the designs, or you can put up the designs that have been put forward. You cannot reject them without comment. Not without incurring substantial legal expenses, at least.

Time is a critical factor on this matter. Please advise how your organization plans to proceed by **September 24, 2020** at 5:00 pm central time. Regardless, this letter is your notice to preserve all internal correspondence on this matter as it will be valuable evidence in the ensuing litigation.

Sincerely,

Matthew A. Kezhaya

---

Demand letter and preservation notice                                                    Page 1 of 1

LADV000827

| | |
|---|---|
| From: | Tom Hill |
| Date: | September 25, 2020 9:10:49 AM (-05) |
| To: | Colleen Baird; Thomas Gibbens |
| Subject: | **Fwd: TST v. Lamar Advertising Company -- demand letter and preservation notice** |
| Attachments: | 2020 09 23 demand letter and preservation notice.pdf; Lamar Contract #3482055 THE SATANIC TEMPLE - signed.pdf; |

FYI, it's been determined that we will cancel this contract. My GM requested we wait a few days to see how they respond and if they revise the creative so stay tuned.

I pushed to get them to use the old artwork/design but they didn't want to.

Sorry

---------- Forwarded message ---------
From: **Jason Graham** <jgraham@lamar.com>
Date: Fri, Sep 25, 2020 at 8:51 AM
Subject: Fwd: TST v. Lamar Advertising Company -- demand letter and preservation notice
To: <matt@kezhaya.law>


Matt,

In response to your email and letter we will be cancelling the contract per paragraph 6 of the attached contract.


Sincerely,

**Jason Graham**

*Vice President / General Manager*

Lamar Advertising of Indianapolis / Terre Haute IN

cell 646-379-2246

office 317-484-0396




--




---------- Forwarded message ---------
From: **Matthew A. Kezhaya** <matt@kezhaya.law>
Date: Wed, Sep 23, 2020 at 5:59 PM
Subject: TST v. Lamar Advertising Company -- demand letter and preservation notice
To: <thill@lamar.com>


Please see attached for a demand letter and preservation notice in the above case. Please advise how your organization plans to proceed by September 24 at 5:00 pm.

Matthew A. Kezhaya

Arkansas office:
Kezhaya Law PLC
1202 NE McClain Rd

**EXHIBIT**

**24**

Bentonville, AR 72712
p: (479) 431-6112
f: (479) 282-2892
e: matt@kezhaya.law

Minnesota office (MN license pending):
Kezhaya Law PLC
100 S. Fifth Street, 19th Floor
Minneapolis, MN 55402
p: (479) 431-6112
f: (479) 282-2892
e: matt@kezhaya.law

This message may contain confidential or privileged information and was intended for a particular recipient.
If it appears that I sent this to you in error, please inform me and delete this message.


--
Sent from Gmail Mobile


--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR** | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**

LADV000199

From:       Tom **Hill**
Date:       September 30, 2020 10:03:17 AM (-05)
To:         Jacqueline Basulto
Subject:    **Re: Completed: "Lamar Contract #3482055 THE SATANIC TEMPLE"**

Attachments:

I believe their legal team communicated with ours.   If we get revised designs similar to the last ones we can revisit the campaign.

On Wed, Sep 30, 2020 at 10:57 AM Jacqueline Basulto <jacqueline@seedx.us> wrote:
 Thank you for the notification. We never received any additional information on how to address changing specifics on the designs.


 On Wed, Sep 30, 2020 at 9:51 AM Tom Hill <thill@lamar.com> wrote:
  Hey Jacqueline,

  Since it doesn't appear that we will be getting any revised designs to approve, we are going to cancel this contract and any invoices that have ran for this contract.

  Please confirm you've received this notice of cancellation.

  Thank You!

  On Tue, Sep 15, 2020 at 8:28 AM Lamar Advertising <echosign@echosign.com> wrote:

```
EXHIBIT
25
```

LADV000212



LADV000213



All parties finished
**Lamar Contract #3482055 THE SATANIC TEMPLE**



LADV000214

Attached is the final agreement between:

- Lamar Advertising
- Tom Hill
- Jacqueline Basulto and 1 more

You can also **open it online** to review its activity history.

LADV000215

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2020 Adobe. All rights reserved.

--

**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
**LAMAR | INDIANAPOLIS**
**Make Online Payments @ Payments.Lamar.com**

--
Sent from Gmail Mobile

| | |
|---|---|
| From: | Thomas Gibbens |
| Date: | September 21, 2020 3:25:22 PM (-05) |
| To: | Lisa Rust |
| Subject: | **Re: Satanic Temple Creative** |
| | |
| Attachments: | |

yes, for now

Tom Gibbens
VP/TM/GM
Lamar Advertising
www.lamar.com
Little Rock, AR
501-562-2476 off
501-568-0085 fx


On Mon, Sep 21, 2020 at 3:24 PM Lisa Rust <LRust@lamar.com> wrote:
Do you want me to go ahead and take the vinyl and all the space out of billing?

On Mon, Sep 21, 2020 at 10:56 AM Thomas Gibbens <tgibbens@lamar.com> wrote:
Make sure we get out of billing this afternoon if we don't have an answer

see below

Tom Gibbens
VP/TM/GM
Lamar Advertising
www.lamar.com
Little Rock, AR
501-562-2476 off
501-568-0085 fx


---------- Forwarded message ---------
From: **Tom Hill** <thill@lamar.com>
Date: Mon, Sep 21, 2020 at 10:36 AM
Subject: Re: Satanic Temple Creative
To: Thomas Gibbens <tgibbens@lamar.com>


Ok thanks.   First I've heard they were rejected.   Been communicating with the agency this morning....... stay tuned

On Mon, Sep 21, 2020 at 9:58 AM Thomas Gibbens <tgibbens@lamar.com> wrote:
This was the last I heard where Hal rejected all the copy?

See below
Tom Gibbens
VP/TM/GM
Lamar Advertising
www.lamar.com
Little Rock, AR
501-562-2476 off
501-568-0085 fx


---------- Forwarded message ---------
From: **Thomas Gibbens** <tgibbens@lamar.com>
Date: Tue, Sep 15, 2020 at 10:59 AM
Subject: Fwd: Satanic Temple Creative
To: Whit Weeks <wweeks@lamar.com>, Sam Cooper <scooper@lamar.com>, Colleen Baird <COMJohnson@lamar.com>

EXHIBIT
26

fyi
Tom Gibbens
VP/TM/GM
Lamar Advertising
www.lamar.com
Little Rock, AR
501-562-2476 off
501-568-0085 fx

---------- Forwarded message ---------
From: **Hal Kilshaw** <hkilshaw@lamar.com>
Date: Tue, Sep 15, 2020 at 10:58 AM
Subject: Re: Satanic Temple Creative
To: Jason Graham <jgraham@lamar.com>
Cc: Thomas Gibbens <tgibbens@lamar.com>

Jason,

All of these are misleading and offensive so no on all of them.

On Tue, Sep 15, 2020 at 10:02 AM Jason Graham <jgraham@lamar.com> wrote:
> Hal,
>
> This client has more copies they want approved.   I don't see the paid for disclaimer so I know they need that.  But how
> else do you feel about these copies?
>
>
> **Jason Graham**
>
> *Vice President / General Manager*
>
> Lamar Advertising of Indianapolis / Terre Haute IN
>
> cell 646-379-2246
>
> office 317-484-0396

---------- Forwarded message ---------
From: **Tom Hill** <thill@lamar.com>
Date: Tue, Sep 15, 2020 at 10:54 AM
Subject: Satanic Temple Creative
To: Jason Graham <jgraham@lamar.com>, Thomas Gibbens <tgibbens@lamar.com>

Jason, can you have Hal review the designs below?  Totally different content from what they originally provided. She says
these designs were previously approved by Lamar but best we double check.

Thanks

---------- Forwarded message ---------
From: **Jacqueline Basulto** <jacqueline@seedx.us>
Date: Tue, Sep 15, 2020 at 9:41 AM
Subject: Re: Lamar Advertising
To: Tom Hill <thill@lamar.com>

Hi Tom,

Thank you so much. Here is the creative I am trying to push to get approved ASAP!

Design option 1: https://marvelapp.com/prototype/69ac76h/screen/72654929
Design option 2: https://marvelapp.com/prototype/69ac76h/screen/72594823
Design option 3: https://marvelapp.com/prototype/69ac76h/screen/72525916
Design option 4: https://marvelapp.com/prototype/69ac76h/screen/72494110
Design option 5: https://marvelapp.com/prototype/69ac76h/screen/72469144

--
**Tom Hill**
m: 812.208.1239

--
Hal P. Kilshaw
Vice President of Governmental Relations
Lamar Advertising
5321 Corporate Blvd.
Baton Rouge, LA 70808
225-237-1047
Fax 225-923-0658

--
**Tom Hill**
**Senior Account Executive**
m: 812.208.1239
⊏_____⊐ | INDIANAPOLIS
**Make Online Payments @ Payments.Lamar.com**

--
Lisa Rust
Lamar Advertising
Little Rock, AR  #286
501-562-2476

LADV000753