# 5:22-CV-5033-TLB

---

IN THE UNITED STATES DISTRICT COURT OF
WESTERN ARKANSAS
FAYETTEVILLE DIVISION

---

The Satanic Temple, Inc.
*Plaintiff*

*v.*

Lamar Media Corp., Lamar Advantage GP Company, LLC; Lamar Advantage Holding Company; and Lamar Advertising Company

*Defendants.*

---

## PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY

---



| | |
|---|---|
| **Matt Kezhaya** | **matt@crown.law** |
| Ark. # 2014161 | direct: (479) 431-6112 |
| Minn. # 0403196 | general: (612) 349-2216 |

---

100 S. Fifth St., Ste 1900, Minneapolis, MN 55402

**COMES NOW** The Satanic Temple, Inc ("TST"), by and through counsel of record, with a motion to exclude the testimony of Defendant's expert witness, Clint Albright.

1. Mr. Albright proffers expert testimony on a subject matter he has not established himself as expert in.

2. Mr. Albright has not provided the underlying methodology by which he arrived at his opinions.

**WHEREFORE** the Court, for the reasons stated here and supported in Plaintiff's accompanying brief, should find Clint Albright's expert testimony inadmissible and grant Plaintiff's motion to exclude his testimony.



**Matt Kezhaya**                        matt@crown.law
Ark. # 2014161          direct: (479) 431-6112
Minn. # 0403196        general: (612) 276-2216

100 S. Fifth St., Ste. 1900, Minneapolis, MN 55402

## CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Matthew A. Kezhaya, submitted for electronic filing the foregoing document by uploading it to Court's CM/ECF system on March 3, 2023. The CM/ECF system sends notification to all counsel of record. */s/ Matthew Kezhaya*