# 5:22-CV-5033

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

The Satanic Temple, Inc.
*Plaintiff*

*v.*

Lamar Advantage GP Company, LLC;
Lamar Advantage Holding Company; and
Lamar Advertising Company

*Defendants.*

## TST'S MOTION FOR
## PARTIAL SUMMARY JUDGMENT



**Matt Kezhaya**                    matt@crown.law
Ark. # 2014161              direct: (479) 431-6112
Minn. # 0402193         general: (612) 276-2216

100 S. Fifth St., Ste 1900, Minneapolis, MN 55402

**COMES NOW** TST, by and through counsel of record, on motion for partial summary judgment pursuant to FRCP 56.

1.  There is no genuine issue of material fact as to whether Lamar breached the contract. The Court should grant TST a partial summary judgment as to liability.

2.  There is no genuine issue of material fact as to whether Lamar treated TST differently from similarly situated non-Satanic advertisers. The Court should grant TST a partial summary judgment as to liability.

3.  Lamar failed to disclose the necessary information to determine damages. The Court should entertain a trial on the issue of damages. A genuine dispute as to damages does not prevent summary disposition as to liability.

**WHEREFORE** the Court should enter fact findings consistent with the separately-filed statement of facts and should enter conclusions of law consistent with the separately-filed brief in support.

Respectfully submitted on March 3, 2023 by:



**Matt Kezhaya**                          matt@crown.law
Ark. # 2014161              direct: (479) 431-6112
Minn. # 0402193            general: (612) 276-2216

100 S. Fifth St., Ste. 1900, Minneapolis, MN 55402

### CERTIFICATE OF SERVICE

NOTICE IS GIVEN that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on March 3, 2023, which sends service to registered users, including all other counsel of record in this cause. *s/ Matt Kezhaya*