IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THE SATANIC TEMPLE, INC.                                                                                   PLAINTIFF

V.                                             CASE NO. 5:22-CV-5033-TLB

LAMAR ADVANTAGE GP COMPANY, LLC and
LAMAR ADVANTAGE HOLDING COMPANY                                                     DEFENDANTS

## JOINT MOTION FOR EXTENSION OF TIME

The parties, for their joint motion for extension of time, state:

1.     On March 3, Lamar Advantage GP Company, LLC and Lamar Advantage Holding Company filed a Motion for Summary Judgment (Doc. 47).

2.     On the same day, The Satanic Temple filed a Motion in Limine to Exclude Expert Testimony (Doc. 50) and a Motion for Partial Summary Judgment (Doc. 52).

3.     The parties' responses are currently due on March 17.  *See* Local Rule 7.2(b).

4.     The motions filed on March 3 include extensive briefing.  The parties need additional time to prepare their responses to the pending motions and replies in support of their motions for summary judgment.

5.     The parties respectfully request that this Court extend the deadline for the parties' responses by seven days to March 24.

6.     If responses are filed on March 24, the deadline for replies in support of motions for summary judgment will be March 31.  *See* Local Rule 7.2(b).

7.     The parties further request that this Court extend the deadline for replies in support of the parties' motions for summary judgment by seven days to April 7.

WHEREFORE, the parties respectfully request that this Court grant their motion, extend the time for the parties to respond to the pending motions (Doc. 47, Doc. 50, and Doc. 52) to March 31, 2023, and extend the time for the parties to filed replies in support of their motions for summary judgment to April 7, 2023.

Respectfully Submitted,

/s/ Matthew A. Kezhaya
Matthew A. Kezhaya (Ark. Bar No. 2014161)
**CROWN LAW**
100 S. Fifth Street, Suite 1900
Minneapolis, MN 55402
Tel.: (479) 431-6112
matt@crown.law
nick@crown.law

*Attorneys for The Satanic Temple, Inc.*

/s/ Sarah Keith-Bolden
Michael N. Shannon (Ark. Bar No. 92186)
Sarah Keith-Bolden (Ark. Bar No. 2007135)
**QUATTLEBAUM, GROOMS & TULL PLLC**
111 Center Street, Suite 1900
Little Rock, AR 72201
Phone:  501-379-1700
Fax:  501-379-1701
mshannon@qgtlaw.com
sbolden@qgtlaw.com

*Attorneys for Lamar Advantage GP Company, LLC and Lamar Advantage Holding Company*