IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THE SATANIC TEMPLE, INC.                                                        PLAINTIFF

V.                             CASE NO. 5:22-CV-5033-TLB

LAMAR ADVANTAGE GP COMPANY, LLC,
LAMAR ADVANTAGE HOLDING COMPANY, and
LAMAR ADVERTISING COMPANY                                                DEFENDANTS

EXHIBIT 1 TO
DEFENDANTS' RESPONSE TO THE SATANIC TEMPLE, INC.'S
MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY

```
 1            IN THE UNITED STATES DISTRICT COURT
 2            FOR THE WESTERN DISTRICT OF ARKANSAS
 3                     FAYETTEVILLE DIVISION
 4     _____
 5     THE SATANIC TEMPLE, INC.,
 6           Plaintiff,
 7        v.                              CASE NO.
 8     LAMAR ADVANTAGE GP COMPANY, LLC    5:22-CV-5033-TLB
 9     and LAMAR ADVANTAGE HOLDING
10     COMPANY,
11           Defendants.
12     _____
13                   VIDEOTAPED DEPOSITION OF
14                        MALCOLM JARRY
15     DATE:          Thursday, February 2, 2023
16     TIME:          10:37 a.m.
17     LOCATION:      The Satanic Temple
18                    64 Bridge St
19                    Salem, MA 01970
20     REPORTED BY:   Robert Lombardi, Notary Public
21     JOB NO.:       5694151
22
23
24                                         EXHIBIT
25                                            1
```

**EXHIBIT 1**

Page 1

```
 1                    EXAMINATION
 2    BY MS. KEITH-BOLDEN:
 3         Q    Good morning, Mr. Jarry.  Jarry?  Am I
 4    getting that right now?  Jarry?
 5         A    Jarry.  Jarry.
 6         Q    Jarry.
 7         A    It's a short A.
 8         Q    We probably won't pronounce it the same
 9    anyway, given our different geographical locations.
10    Could you state your name for the record, please?
11         A    Malcolm Jarry.
12         Q    Is that your legal name?
13         A    That is a pseudonym I use.
14         Q    Why do you use that pseudonym?
15         A    Because the work I do is -- there
16    are -- there are many unhinged people who are -- are
17    threatened by our -- the name of our organization.
18         Q    Are you willing to provide your legal name
19    to us here today?
20              MR. KEZHAYA:  Object -- okay.
21         A    No.
22         Q    Have you ever been deposed before?
23         A    Yes.
24         Q    How many times?
25         A    Two, that I can remember.
```

Page 7