IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THE SATANIC TEMPLE, INC.                                                    PLAINTIFF

V.                          CASE NO. 5:22-CV-5033-TLB

LAMAR ADVANTAGE GP COMPANY, LLC,
LAMAR ADVANTAGE HOLDING COMPANY, and
LAMAR ADVERTISING COMPANY                                          DEFENDANTS

EXHIBIT 2 TO
DEFENDANTS' RESPONSE TO THE SATANIC TEMPLE, INC.'S
MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE WESTERN DISTRICT OF ARKANSAS
 3                       FAYETTEVILLE DIVISION
 4       _____
 5       THE SATANIC TEMPLE, INC.,
 6                 Plaintiff,
 7          v.                                      Case No.
 8       LAMAR MEDIA COMPANY, LAMAR                  5:22-CV-5033-
 9       ADVANTAGE GP COMPANY, LLC, and              TLB
10       LAMAR ADVANTAGE HOLDING COMPANY,
11                 Defendants.
12       _____
13                    VIDEOTAPED DEPOSITION OF
14        CORPORATE REPRESENTATIVE FOR THE SATANIC TEMPLE, INC.
15                    LUCIEN GREAVES, (PSEUDONYM)
16       DATE:          Friday, February 3, 2023
17       TIME:          10:29 a.m.
18       LOCATION:      The Satanic Temple
19                      64 Bridge Street
20                      Salem, MA 01970
21       REPORTED BY:   Robert Lombardi, Notary Public
22       JOB NO.:       5694152
23
24
25
```

**EXHIBIT 2**

Page 1

```
 1      WHEREUPON,
 2                  LUCIEN GREAVES, (PSEUDONYM),
 3      called as a witness, and having been first duly sworn
 4      to tell the truth, the whole truth, and nothing but
 5      the truth, was examined and testified as follows:
 6                  THE REPORTER:  You may proceed today,
 7      counsel.
 8                            EXAMINATION
 9      BY MS. KEITH-BOLDEN:
10          Q    Good morning, Mr. Greaves.  As you just
11      heard, my name is Sarah Keith-Bolden, and I'm here on
12      behalf of Lamar Advantage GP Company and Lamar
13      Advantage Holding Company.  Could you state your name
14      for the record?
15          A    Could you be more specific?
16          Q    Well, what name are you going to provide for
17      us today?
18          A    Lucien Greaves.  L-U-C-I-E-N G-R-E-A-V-E-S.
19                  THE VIDEOGRAPHER:  Excuse me.
20      Videographer here.  Lucien, could you pull your mic up
21      a little higher, please?
22                  THE WITNESS:  Oh, I'm sorry.
23                  THE VIDEOGRAPHER:  Great.
24                  THE WITNESS:  Was it difficult to hear
25      me?
```

Page 6

```
 1                    THE VIDEOGRAPHER:  No, I could hear
 2     you.  I just -- well, you can put --
 3                    THE WITNESS:  I -- I didn't know if it
 4     was on her end.
 5                    THE VIDEOGRAPHER: Okay.  No, that's
 6     fine.
 7                    THE WITNESS:  There.  Okay.
 8                    THE VIDEOGRAPHER:  Okay.  That's good.
 9     BY MS. KEITH-BOLDEN:
10          Q    And is that your legal name?
11          A    It is not.
12          Q    What is your legal name?
13                    MR. KEZHAYA:  Object to associational
14     privilege.
15                    And also, don't answer that.
16                    THE WITNESS:  Okay.
17     BY MS. KEITH-BOLDEN:
18          Q    So the name Lucien Greaves; what do you use
19     that name for?
20          A    As a pseudonym.
21          Q    And do you use that pseudonym when you're
22     doing work for The Satanic Temple?
23          A    I do.
24          Q    Have you ever been deposed before?
25          A    I have.
```

Page 7