IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THE SATANIC TEMPLE, INC.                                                                 PLAINTIFF

V.                           CASE NO. 5:22-CV-5033-TLB

LAMAR ADVANTAGE GP COMPANY, LLC,
LAMAR ADVANTAGE HOLDING COMPANY, and
LAMAR ADVERTISING COMPANY                                                    DEFENDANTS

EXHIBIT 4 TO
DEFENDANTS' RESPONSE TO THE SATANIC TEMPLE, INC.'S
MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY



October 25, 2022

Michael N. Shannon
Quattlebaum, Grooms & Tull PLLC
101 Center Street, Suite 1900
Little Rock, AR 72201

Re: Expert Report in TST v. Lamar

Dear Mr. Shannon:

I am the principal of Albright Ideas, an advertising agency located in Little Rock, Arkansas. Albright Ideas has been in business more than 31 years. We have worked with many different accounts ranging from automotive, fine jewelry, home improvement, law firms, restaurants, retail industries, and political campaigns. We have represented these accounts in placing many advertisements with different kinds of media including outdoor, online video, television, radio, print and digital publications, and social media.

I have not authored any publications in the last ten years and have not testified as an expert witness at trial or by deposition during the previous four years. I am charging $200 per hour for my work in this case.

I have reviewed the materials you sent to me including the First Amended Complaint and exhibits as well as the Motion for Judgment on the Pleadings filed by Lamar in the state court action. Based upon my review of the proposed ad copy from The Satanic Temple and Lamar's contract, I have the following opinions based upon my 30+ years in the advertising industry in Arkansas.

- There is a significant difference in the messages promoted by the ad copy previously run by Lamar for The Satanic Temple and the messages promoted by the ad copy provided on September 15th and 21st of 2020. The previous messages were positive in nature. The September 2020 messages, however, would pose significant risks to Lamar and The Satanic Temple if run in Arkansas or similar states.
- The promotion of an "abortion ritual" by any entity would be concerning. The promotion of an "abortion ritual" by a group identified as "The Satanic Temple" would be even more concerning. In my opinion as an advertising professional, many viewers of the proposed ad copy would view promotion of an "abortion ritual" as highly offensive.
- The ad copy proposed by The Satanic Temple also advocates that participation in the ritual or becoming a "Satanist" allows "abortion on demand" and/or "the avoidance of many state restrictions." As such, it is promoting the ability to ignore state laws which many viewers are also likely to find offensive.

11523 Kanis Road, Suite D   Little Rock, Arkansas 72211   •   501-227-4332 (Office)   •   501-227-4595 (Fax)

**EXHIBIT 4**

- Whether true or not, the imagery promoted in the ad copy is likely to conjure up ideas of rituals with a woman and a baby that could be Satanic in nature. Such a toxic response from viewers could lead to unintended, and perhaps violent, attacks against The Satanic Temple and/or Lamar.
- It is common for media companies including newspapers, magazines, television, radio, outdoor, etc. to retain the right to approve the ad copy run by their customers on the media outlets. I have witnessed occasions where customers became so upset regarding a particular advertisement run by a media outlet, they choose to take their business elsewhere in the future.
- Lamar prominently includes its name underneath the ad copy on each of its billboards. In my opinion, many viewers of the ad copy proposed by The Satanic Temple would be upset/angry with Lamar for allowing such ads on its billboards. This could lead to loss of business for Lamar or even some form of physical response such as damage to their billboard signs or sales offices.

If you need any additional information from me, please do not hesitate to contact me. I look forward to hearing from you.

Clint Albright