## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**THE SATANIC TEMPLE, INC.**                                                                 **PLAINTIFF**

**V.**                       **CASE NO. 5:22-CV-5033-TLB**

**LAMAR ADVANTAGE GP COMPANY, LLC,**
**LAMAR ADVANTAGE HOLDING COMPANY, and**
**LAMAR ADVERTISING COMPANY**                                              **DEFENDANTS**

## EXHIBIT A TO
## DEFENDANTS' RESPONSE TO TST'S FACTS BEYOND A GENUINE DISPUTE

Transcript of

# Hal Kilshaw

February 2, 2023

The Satanic Temple vs. Lamar Advantage
5:22-CV-5033

Job # 161183

**EXHIBIT A**

```
 1        Q    Okay.  Drawing your attention now to this
 2   paragraph here, it says, "Lamar will not accept or reject
 3   copy based upon agreement or disagreement with the views
 4   expressed."  Is that a correct statement in the policy?
 5        A    Yes.
 6        Q    Okay.  Does Lamar, in fact, accept or reject
 7   policy based on agreement or disagreement with the views
 8   expressed?
 9        A    We do not.
10             MS. KEITH-BOLDEN:  Object to the form.
11        Q    (BY MR. KEZHAYA)  Hal, could you please answer
12   the question?
13        A    I'm sorry, did somebody else say something?
14        Q    Sarah objected to form.  I errantly stated the
15   views expressed rather than the views presented.
16             Reforming the question, does Lamar accept or
17   reject copy based upon agreement or disagreement with the
18   views presented?
19        A    We do not.
20        Q    Okay.  And then further down here it says,
21   "Lamar pledges to communicate the reason for any rejection
22   of advertising copy and will work with advertisers to
23   achieve acceptable copy if the originally submitted copy
24   is not accepted."  Is that a correct reading?
25        A    We do that the majority of the time but not
```

1   every time.

2       Q   What are some instances in which you do not
3   communicate the reason for rejection and work with
4   advertisers to achieve acceptable copy?

5       A   If the copy is way out of bounds, if it's -- I
6   kind of think in terms of white, gray and black.  If it's
7   in the black and I can't see any way to fix it, sometimes
8   I may not.  It's rare.  The majority of the time we do try
9   to do that.  We run into a lot of people who will just
10  argue as long as we talk to them, so in some cases we just
11  have to quit talking to them.

12      Q   Okay.  But I believe I recall your testimony,
13  you said that a majority of the time you will work with
14  others.  Is that -- is that a correct statement?

15      A   Yes.  Yes.

16      Q   Okay.  We have some -- some documents that have
17  been provided to us in discovery that appears consistent
18  with that.  Let's see here, here is LADV Number 910.  This
19  appears to be an email from you to someone named Rick, I'm
20  not going to try and pronounce it.  Could you please
21  pronounce the last name?

22      A   I don't know how to pronounce it either.

23      Q   Okay.  We'll call him Rick Z. for the sake of
24  these.

25      A   Okay, yeah.