IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THE SATANIC TEMPLE, INC.                                                        PLAINTIFF

V.                          CASE NO. 5:22-CV-5033-TLB

LAMAR ADVANTAGE GP COMPANY, LLC,
LAMAR ADVANTAGE HOLDING COMPANY, and
LAMAR ADVERTISING COMPANY                                          DEFENDANTS

**EXHIBIT B TO
DEFENDANTS' RESPONSE TO TST'S FACTS BEYOND A GENUINE DISPUTE**

| | |
|---|---|
| From: | "Jacqueline Basulto" |
| Date: | November 05, 2020 11:36:26 AM (-06) |
| To: | "The Satanic Temple" |
| Subject: | **Re: Billboards** |
| Attachments: | |

Yeah... I'll ask for that.

They said it doesn't meet community guidelines.

On Thu, Nov 5, 2020 at 11:34 AM The Satanic Temple <info@thesatanictemple.com> wrote:
OK. Proceed.
Can we get photos of the billboards near the fake clinics?

Why did they reject not a cake?

On Thu, Nov 5, 2020 at 11:53 AM Jacqueline Basulto <jacqueline@seedx.us> wrote:
Hi Malcolm,

Sorry I've sent you like ten emails in the past few days.

Here is the proposal I finally received from Clear Channel. They only have approval on these two billboards:





If you're okay with that, it looks like for the original budget, we can put up a bunch of billboards in Houston, Dallas, and/or Miami.

Let me know what you think, and I'll sort through these and find the best locations/those that are near fake clinics.

Best wishes,
Jacqueline

--

**SEEDX**

**Jacqueline Basulto** | CEO at SeedX Inc.
Direct Phone Line: + 1 646-400-3071
Email: jacqueline@seedx.us
Website: www.seedx.us
Los Angeles | Austin | New York

EXHIBIT B

TST000291