# 5:22-CV-5033

---

IN THE UNITED STATES DISTRICT COURT OF ARKANSAS
FAYETTEVILLE DIVISION

---

The Satanic Temple, Inc.
*Plaintiff*

*v.*

Lamar Advantage GP Company, LLC;
Lamar Advantage Holding Company; and
Lamar Advertising Company

*Defendants.*

---

## MOTION TO REMOVE NICK HENRY AS COUNSEL OF RECORD

---



| | |
|---|---|
| **Matt Kezhaya** | **matt@crown.law** |
| Ark. # 2014161 | direct: (479) 431-6112 |
| Minn. # 0402193 | general: (612) 276-2216 |

121 Washington Ave. N., 4th Floor, Minneapolis, MN 55401

**COMES NOW** Plaintiff, by and through Matthew A. Kezhaya, on motion to remove Nick Henry as counsel of record.

1. Plaintiff is represented by Crown Law.

2. Until recently, Mr. Henry was employed by Crown Law.

3. Mr. Henry is no longer employed by Crown Law.

4. Matthew A. Kezhaya has Plaintiff's file and all necessary information to adequately represent Plaintiff.

5. Neither Plaintiff nor any other party herein will be prejudiced by removing Mr. Henry as counsel for Plaintiff.

**WHEREFORE** Plaintiff prays this Court enter an order permitting the withdrawal of Mr. Henry as counsel of record for Plaintiff. Respectfully submitted on March 30, 2023 by:



| **Matt Kezhaya** | matt@crown.law |
|---|---|
| Ark. # 2014161 | direct: (479) 431-6112 |
| Minn. # 0402193 | general: (612) 276-2216 |

121 Washington Ave. N., 4th Floor, Minneapolis, MN 55401

*[Certificate and notice to follow]*

## Certificate and Notice of Service

**NOTICE IS GIVEN** that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on March 30, 2023, which sends service to registered users, including all other counsel of record in this cause. *s/ Matt Kezhaya*