IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THE SATANIC TEMPLE, INC.                                                    PLAINTIFF

V.                             CASE NO. 5:22-CV-5033-TLB

LAMAR ADVANTAGE GP COMPANY, LLC,
LAMAR ADVANTAGE HOLDING COMPANY, and
LAMAR ADVERTISING COMPANY                                          DEFENDANTS

**EXHIBIT 1 TO REPLY IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

```
 1                   IN THE UNITED STATES DISTRICT COURT
                    FOR THE WESTERN DISTRICT OF ARKANSAS
 2                           FAYETTEVILLE DIVISION

 3   THE SATANIC TEMPLE, INC.,

 4              Plaintiff,

 5   vs.                  No. 5:22-CV-5033

 6   LAMAR ADVANTAGE GP COMPANY, LLC ("LAMAR-INDIANA"); LAMAR
     ADVANTAGE HOLDING COMPANY ("LAMAR-ARKANSAS"); and LAMAR
 7   ADVERTISING COMPANY ("LAMAR-HQ"),

 8              Defendants.

 9

     _____
10
                 VIDEOTAPED DEPOSITION OF HAL KILSHAW
11                  TAKEN ON BEHALF OF THE PLAINTIFF
            ON FEBRUARY 2, 2023, BEGINNING AT 1:04 P.M.
12                ALL PARTIES APPEARING REMOTELY
                   REPORTED BY KERRI PIANALTO, CCR
13
                              APPEARANCES:
14
     By videoconference on behalf of the PLAINTIFF
15
                Matthew A. Kezhaya
16              Sonia Kezhaya
                CROWN LAW
17              100 S. 5th Street, Suite 1900
                Minneapolis, Minnesota 55402
18              612-276-2216
                matt@crown.law
19

20   By videoconference on behalf of the DEFENDANTS

21              Sarah Keith-Bolden
                Michael Shannon
22              QUATTLEBAUM, GROOMS & TULL, PLLC
                111 Center Street, Suite 1900
23              Little Rock, Arkansas 72201
                501-379-1700
24              sbolden@qgtlaw.com

25
```

**EXHIBIT 1**

```
 1      Q    Okay.  Drawing your attention now to this
 2  paragraph here, it says, "Lamar will not accept or reject
 3  copy based upon agreement or disagreement with the views
 4  expressed."  Is that a correct statement in the policy?
 5      A    Yes.
 6      Q    Okay.  Does Lamar, in fact, accept or reject
 7  policy based on agreement or disagreement with the views
 8  expressed?
 9      A    We do not.
10           MS. KEITH-BOLDEN:  Object to the form.
11      Q    (BY MR. KEZHAYA)  Hal, could you please answer
12  the question?
13      A    I'm sorry, did somebody else say something?
14      Q    Sarah objected to form.  I errantly stated the
15  views expressed rather than the views presented.
16           Reforming the question, does Lamar accept or
17  reject copy based upon agreement or disagreement with the
18  views presented?
19      A    We do not.
20      Q    Okay.  And then further down here it says,
21  "Lamar pledges to communicate the reason for any rejection
22  of advertising copy and will work with advertisers to
23  achieve acceptable copy if the originally submitted copy
24  is not accepted."  Is that a correct reading?
25      A    We do that the majority of the time but not
```

```
 1   every time.
 2        Q    What are some instances in which you do not
 3   communicate the reason for rejection and work with
 4   advertisers to achieve acceptable copy?
 5        A    If the copy is way out of bounds, if it's -- I
 6   kind of think in terms of white, gray and black.  If it's
 7   in the black and I can't see any way to fix it, sometimes
 8   I may not.  It's rare.  The majority of the time we do try
 9   to do that.  We run into a lot of people who will just
10   argue as long as we talk to them, so in some cases we just
11   have to quit talking to them.
12        Q    Okay.  But I believe I recall your testimony,
13   you said that a majority of the time you will work with
14   others.  Is that -- is that a correct statement?
15        A    Yes.  Yes.
16        Q    Okay.  We have some -- some documents that have
17   been provided to us in discovery that appears consistent
18   with that.  Let's see here, here is LADV Number 910.  This
19   appears to be an email from you to someone named Rick, I'm
20   not going to try and pronounce it.  Could you please
21   pronounce the last name?
22        A    I don't know how to pronounce it either.
23        Q    Okay.  We'll call him Rick Z. for the sake of
24   these.
25        A    Okay, yeah.
```