IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THE SATANIC TEMPLE, INC.                                                                                PLAINTIFF

v.                                    Case No. 5:22-cv-5033

LAMAR MEDIA CORPORATION et al                                                              DEFENDANT

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above captioned matters be referred to Christy D. Comstock, United States Magistrate Judge, for the conduct of further proceedings and the entry of judgment in accordance with the attached consents.

**/S/ TIMOTHY L. BROOKS**
HONORABLE TIMOTHY L. BROOKS
U. S. DISTRICT JUDGE

5/31/2022
DATE