IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**THE SATANIC TEMPLE, INC.**                                                         **PLAINTIFF**

V.                          **CASE NO. 5:22-CV-5033-TLB**

**LAMAR ADVANTAGE GP COMPANY, LLC,**
**LAMAR ADVANTAGE HOLDING COMPANY, and**
**LAMAR ADVERTISING COMPANY**                              **DEFENDANTS**

## STIPULATION OF DISMISSAL

The Satanic Temple, Inc., Lamar Advantage GP Company, LLC, Lamar Advantage Holding Company, and Lamar Advertising Company, for their stipulation of dismissal, state:

1. The parties have resolved all issues between them, and there remain no issues to be decided by this Court.

2. This matter should be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

WHEREFORE, The Satanic Temple, Inc., Lamar Advantage GP Company, LLC, Lamar Advantage Holding Company, and Lamar Advertising Company stipulate to the dismissal with prejudice of this action.

Respectfully Submitted,

/s/ Matthew A. Kezhaya
Matthew A. Kezhaya (Ark. Bar No. 2014161)
121 Washington Ave. No., 4th Floor
Minneapolis, MN 55401
(479) 431-6112
matt@crown.law

*Counsel for The Satanic Temple, Inc.*

>QUATTLEBAUM, GROOMS & TULL PLLC
>111 Center Street, Suite 1900
>Little Rock, Arkansas 72201
>Telephone: (501) 379-1700
>Facsimile: (501) 379-1701
>mshannon@qgtlaw.com
>sbolden@qgtlaw.com
>
>By: /s/ Sarah Keith-Bolden
>    Michael N. Shannon (92168)
>    Sarah Keith-Bolden (2007235)
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on this 8th day of August 2023, I filed the foregoing through the CM/ECF system, which shall send notice to all attorneys of record.

>/s/ Sarah Keith-Bolden