IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THE SATANIC TEMPLE, INC.                                              PLAINTIFF

NO. 5:22-CV-5033-CDC

LAMAR ADVANTAGE GP COMPANY, LLC,
LAMAR ADVANTAGE HOLDING COMPANY, and
LAMAR ADVERTISING COMPANY                                             DEFENDANTS

### CLERK'S ORDER OF DISMISSAL

On this 8th day of August, 2023, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is, dismissed with prejudice.

AT THE DIRECTION OF THE COURT

RONALD E. DOWLING, CLERK

BY:  B. Bell
     Deputy Clerk

